# EXHIBIT 1

```
UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

------------------------------------------X
JAVIER CARDENAS, RODNEY AND PAMELA BAKER,
MICHELLE MONGE, and KURT KIRTON,
individually and on behalf of all others
similarly situated,

                    Plaintiffs,

          Civil Action no. 18-22798-CIV-MORENO

                       VS.

TOYOTA MOTOR CORPORATION, TOYOTA MOTOR
SALES, U.S.A., INC., TOYOTA MOTOR
ENGINEERING & MANUFACTURING NORTH
AMERICA, INC., and SOUTHEAST TOYOTA
DISTRIBUTORS, LLC,

                    Defendants.
------------------------------------------X




                     DEPOSITION

                        OF

               ROBERT M. KUHN, P.E.

                 NOVEMBER 17, 2020

                   HELD REMOTELY




Reported by:
CANDIDA BORRIELLO
JOB NO. 328656
```

```
 1                      R. Kuhn
 2   of these inspections?
 3       A.   It may have been during the Kirton
 4   inspection.  I don't recall them doing that on
 5   the Cardenas.
 6       Q.   What do you recall about a FaceTime
 7   call during the Kirton inspection?
 8       A.   The best I can remember, those guys
 9   got on the phone with Jeff Hicks for a few
10   minutes and that's about all I know.
11       Q.   Do you know why they got on the
12   phone with Mr. Hicks during that time?
13       A.   No idea, other than this is their
14   first time doing one of these, so perhaps they
15   just wanna confirm they're getting all the
16   things that he needs to do his work.
17       Q.   Did you hear any part of that
18   conversation?
19       A.   No, sir, I was busy doing my
20   photographic work on the car.
21       Q.   Did you do any root cause analysis
22   concerning the cause of HVAC odor in any of
23   the plaintiffs' vehicles?
24            MR. SCHRADER:  Form.
25            MR. SACKS:  Join.
```

```
 1                     R. Kuhn
 2        A.   Well, Mr. Kirton says he doesn't
 3   have it, so that was easy.  There is no odor
 4   complaint on the Kirton vehicle.
 5             As far as the other guys, I would
 6   rely on what I've discussed in my report.
 7   It's a matter of environmental factors,
 8   operating factors such as that that can
 9   potentially create the odors.
10             I do know that the guys that
11   inspected the Monge vehicle, is that how you
12   say it, describe it as a rolling ashtray.  He
13   said, about the only thing you could smell
14   were cigarettes and air fresheners.
15             So, other than that, no, no other
16   root cause analysis.
17    BY MR. GRADEN:
18        Q.   Who inspected the Monge vehicle,
19   who made that comment?
20        A.   That would've been whoever from ESI
21   down in Florida did the inspection, I forget
22   his name, but he said, yeah, it was just full
23   of -- and I have the picture that go with it,
24   he said it's full of cigarette ash and very --
25   it -- it smelled like cigarettes.
```

```
1                    R. Kuhn
2       Q.   So, is it your opinion the odor of
3   which Ms. Monge complains about is HVAC -- is
4   cigarette odor?
5            MR. SCHRADER:  Form.
6            MR. SACKS:  Join.
7       A.   No, all I can tell you -- you asked
8   for cause, no.  All I can tell you is based on
9   inspection of the vehicle, those were the only
10  odors that were noted at the time of the
11  inspection.
12   BY MR. GRADEN:
13      Q.   With respect to Ms. Monge's
14  vehicle, do you have any opinion to what is
15  causing the odors that she is complaining
16  about here?
17           MR. SACKS:  Form.
18           MR. SCHRADER:  Join.
19      A.   Beyond what we already discussed in
20  terms of operating and environmental inputs
21  through the HVAC, no.  What I was consistent
22  with is what we already discussed in my
23  report.
24   BY MR. GRADEN:
25      Q.   Would that be the same answer for
```

1                     R. Kuhn

2      the other plaintiffs' vehicles that you had in

3      your report here?

4           A.   For Cardenas, yes.  Again, for

5      Kirton, no, because he already said he didn't

6      have any odors in his car, and we didn't note

7      any odors in that car.

8           Q.   And when you say environmental

9      factors, what are you referring to?

10          A.   Same as before.  Humidity,

11     contaminants, things of that nature, along

12     with, you know, operator control settings,

13     time of year, exterior weather, you know,

14     seasonal, that type of things, all the things

15     we already discussed.

16          Q.   And what have you done specifically

17     with respect to the plaintiffs' vehicles to

18     connect the HVAC odor that they're complaining

19     of to those -- those factors?

20          A.   Again, I'd say that Mr. Kirton's

21     side, since he doesn't have it, it was

22     consistent with my review of the performance

23     data and what we've identified as being

24     contributors to odor based on field

25     performance data, so I would lump them in with

```
 1                    R. Kuhn
 2    what I -- the information I've already given
 3    you concerning potential causes of odor in the
 4    field.
 5         Q.   And you specific conduct -- any
 6    specific testing that you conducted on the
 7    plaintiffs' vehicles to connect that odor to
 8    the plaintiffs -- to the field data that you
 9    just referred to?
10         A.   No, other than their -- their
11    complaints.  And, again, I didn't -- in the
12    Cardenas vehicle, I didn't notice any odor in
13    that vehicle.  But they're consistent with the
14    other vehicles that report this type of issue
15    and part of that population of cars that have
16    odor -- odor complaints.
17         Q.   Do you hold yourself out as an
18    olfactory expert?
19         A.   No, sir.
20         Q.   Do you hold yourself out as an
21    expert in the cause of odors?
22         A.   No, sir.
23         Q.   And you don't hold yourself out as
24    an expert in microbiology?
25              MR. SCHRADER:  Tyler, hold -- hold
```

```
 1                  R. Kuhn
 2      on.  I'm sorry.  I was -- I was muted
 3      the last time.  I'm objecting to your
 4      prior question.  Form.
 5           Go ahead.
 6      A.   I'm sorry.  Can you repeat the
 7 question, please?
 8  BY MR. GRADEN:
 9      Q.   You don't hold yourself out as an
10 expert in microbiology?
11      A.   Oh, no, sir.
12           MR. GRADEN:  Okay.  We can go off
13      the record.
14           THE VIDEOGRAPHER:  Going off the
15      record.  Time is 4:55.
16           (Whereupon, a brief recess was
17      taken.)
18           THE VIDEOGRAPHER:  We're back on
19      the record the time is 5:03.
20  BY MR. GRADEN:
21      Q.   Mr. Kuhn, in Appendix B of your
22 report, that's the inspection protocol that we
23 were just looking at.  Let me know when you've
24 turned to that page.
25      A.   Okay, got it.
```

```
 1                        R. Kuhn

 2                   C E R T I F I C A T E

 3

        STATE OF NEW YORK      )
 4                             : SS.:
        COUNTY OF RICHMOND     )
 5

 6            I, CANDIDA BORRIELLO, a Notary

 7      Public for and within the State of New York,

 8      do hereby certify:

 9            That the witness, ROBERT M. KUHN,

10      P.E., whose examination is hereinbefore set

11      forth was duly sworn and that such

12      examination is a true record of the testimony

13      given by that witness.

14            I further certify that I am not

15      related to any of the parties to this action

16      by blood or by marriage and that I am in no

17      way interested in the outcome of this matter.

18            IN WITNESS WHEREOF, I have hereunto

19      set my hand this 17th day of November, 2020.

20

21                   *Candida Borriello*
                      CANDIDA BORRIELLO
22

23

24

25
```