UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-22798-CIV-MORENO**

JAVIER CARDENAS, KURT KIRTON,
PAMELA BAKER, and MICHELLE MONGE,
individually and on behalf of all others simiarly
situated,

        Plaintiffs,

vs.

TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR SALES, U.S.A., INC.;
TOYOTA MOTOR ENGINEERING &
MANUFACTURING, INC.; and
SOUTHEAST TOYOTA DISTRIBUTORS,
LLC,

        Defendants.
_____/

**ORDER SETTING HEARING ON ALL PENDING MOTIONS**

THIS CAUSE came before the Court upon ALL PENDING MOTIONS.

**ADJUDGED** that Oral argument shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom **12-2**, 400 North Miami Avenue, Miami, Florida 33128, on **Monday, September 27, 2021 at 2:00 p.m.** Counsel shall be prepared to address all pending matters, including the objections to the Magistrate's Reports and Recommendations.

DONE AND ORDERED in Chambers at Miami, Florida, this _21st_ of September 2021.

                                    FEDERICO A. MORENO
                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record