# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**JAVIER CARDENAS, RODNEY AND PAMELA BAKER, MICHELLE MONGE, and KURT KIRTON, individually and on behalf of all others similarly situated,**

Plaintiffs,

v.

**TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., and SOUTHEAST TOYOTA DISTRIBUTORS, LLC,**

Defendants.

Civil Action No. 18-22798-CIV-MORENO

**EXPERT REPORT OF SARAH BUTLER**

## Table of Contents

**I. QUALIFICATIONS .......... 2**

**II. DOCUMENTS REVIEWED .......... 3**

**III. ASSIGNMENT AND SUMMARY OF OPINIONS .......... 4**

**IV. BACKGROUND .......... 7**

**V. SURVEY METHODOLOGY .......... 8**

A. Survey Population .......... 9
B. Sampling of the Relevant Population .......... 9
C. Quality Control Measures for the Survey .......... 11
D. Screening Questionnaire .......... 12
E. Vehicle Review Pages and HVAC Disclosure .......... 13
F. Questionnaire .......... 24

**VI. SURVEY RESULTS .......... 26**

**VII. CONCLUSIONS .......... 34**

## I.     QUALIFICATIONS

1.      I am a Managing Director at NERA Economic Consulting ("NERA"), where I am the Chair of the Survey and Sampling Practice and a member of the Intellectual Property, Product Liability, Antitrust, and Labor Practices. My business address is 4 Embarcadero Center, San Francisco, CA 94111.  NERA is a firm providing expert statistical, survey, economic, and financial research analysis.

2.      Among my responsibilities, I conduct survey research, market research, and design and implement statistical samples for matters involving business and consumer decision making, consumer choice, and consumer behavior.  In the course of my career, I have conducted research for leading corporations and government agencies on consumers, employees, and businesses.  My work has been included in numerous lawsuits involving allegations of false marketing and advertising, patent infringement, trademark and trade dress confusion, and secondary meaning, as well as in antitrust and employment-related litigation.  I am a member of the American Association of Public Opinion Research, the American Statistical Association, the Intellectual Property Section of the American Bar Association, and the International Trademark Association.

3.      I have also worked as a market researcher conducting surveys of consumers and professionals, focus groups, and in-depth interviews.  I worked as an independent consultant conducting research for the Department of Environment and Rural Affairs in the United Kingdom.  I have taught courses focused on or involving research methodologies in both the United States and Europe, including a graduate level course on quantitative and qualitative research methods in the social sciences at the University of Limerick in Ireland and undergraduate courses at Temple University.  I hold a Master's Degree from Trinity College, Dublin and a

Master's Degree from Temple University. As a part of my Master's Degree and PhD coursework, I took numerous classes relevant to my current work, including courses in statistics, Census data, survey research methods, qualitative methods, and data analysis.

4.      I have substantial experience conducting and using surveys to measure consumer opinions and behaviors regarding products and services including purchase processes, product attributes, branding and positioning, new product research, and communications strategies. During my career in academic and commercial research, I have personally facilitated a wide range of research including large-scale surveys, in-depth interviews, focus groups, and observational studies.

5.      I have submitted expert reports, been deposed, and have testified at trial within the last five years.  A list of my testimony is included on the copy of my current resume, which is attached as **Exhibit A**.

6.      NERA is being compensated for my services in this matter at my standard rate of $675 per hour.  Members of the staff at NERA have worked at my direction to assist me in this engagement.  No part of my compensation or NERA's compensation depends on the outcome of this litigation.  Throughout this report, I have used the terms "I" and "my" to refer to work performed by me and/or others under my direction.

## II.      DOCUMENTS REVIEWED

7.      As part of my work, I reviewed the *Complaint*[1] in this matter, and other materials. A list of the specific materials I reviewed can be found in **Exhibit B**.

---

[1] *Javier Cardenas, Rodney and Pamela Baker, Michelle Monge, and Kurt Kirton, individually and on behalf of all others similarly situated, v. Toyota Motor Corporation, Toyota Motor Sales, U.S.A., INC., Toyota Motor Engineering & Manufacturing North America, Inc., and Southeast Toyota Distributors, LLC.* Corrected Amended Class Action Complaint. United States District Court Southern District of Florida. Civil Action No. 18-22798-CIV-MORENO (hereinafter, "Complaint").

## III. ASSIGNMENT AND SUMMARY OF OPINIONS

8. I was retained by Defendants Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. (collectively, "Toyota Defendants") to evaluate the potential impact of information on consumers related to the claims by the Plaintiffs in this case regarding an allegedly defective HVAC system in 2012-2017 US-bound Toyota Camry and Camry Hybrid vehicles (the "Putative Class Vehicles"). I designed a survey to evaluate how potential consumers would respond to a disclosure from the Toyota Defendants regarding the potential for odor as a result of an HVAC design defect when considering the purchase of a Putative Class Vehicle. More specifically, I evaluated how consumers would respond to a pre-purchase disclosure that the HVAC system of a Toyota Camry and Camry Hybrid may emit a musty, damp, and/or sour odor and that this odor may be caused by a design which allows condensing water to accumulate and organic materials to become trapped in the system (the "HVAC Disclosure"). The study was designed to evaluate how, if at all, this information might affect consumers' interest in a Putative Class Vehicle and whether such information would be important or significant to the purchase decision-making of all consumers, as Plaintiffs allege in their Complaint.

9. My survey asked a population of consumers considering the purchase of a Toyota Camry or Camry Hybrid to review information available to consumers in the real world.[2] Specifically, survey respondents were shown an online Kelley Blue Book review for a Putative Class Vehicle that they might consider purchasing. To evaluate the impact of the HVAC Disclosure, I randomly assigned half of all respondents to see a review which included information about the potential for HVAC odor, and half of all respondents to see the same

---

[2] See ¶¶ 33 - 35 for discussion of the vehicles shown in survey.

review without the HVAC odor information (hereafter called the "Disclosure" and "Non-Disclosure" Groups).  Each of these groups, the Disclosure and the Non-Disclosure Group, was asked to indicate:  (1) what aspects/features of the vehicle were important; (2) what aspects/features of the vehicle were positive; (3) what aspects/features of the vehicle were negative; and (4) how interested they would be in purchasing the vehicle, at a particular price, given the information in the review.

10.     Based on the results of my survey, I have formed the following opinions:

- Consumers vary widely as to what information positively and negatively affects their individual perceptions of the Putative Class Vehicles.  Survey respondents reported a range of features as important and had differing opinions as to which vehicle features are negative or positive.

- The degree to which any HVAC Disclosure would adversely impact a consumer's view of the Putative Class Vehicles varies by consumer.  In general, the information contained in the HVAC Disclosure is not important to the majority of consumers and does not adversely affect respondents' perceptions of the Putative Class Vehicles.  In fact, respondents were more likely to identify other, non-HVAC aspects of the Camry and Camry Hybrid vehicles as negative.  Of those respondents in the Disclosure Group who indicated that there was information in the review that affected their individual perception of the vehicles negatively, the majority (60.3 percent) named things other than the alleged HVAC defect and not the alleged HVAC defect.

- The impact of the HVAC Disclosure on a consumer's interest in purchasing a Putative Class Vehicle varies by consumer.  Even among respondents who

identified the HVAC Disclosure as a negative aspect of the vehicles, the impact of the HVAC Disclosure varied, and only a very small number actually indicated that they were uninterested in the vehicle shown.

- While the impact of the HVAC Disclosure varies by consumer, the rates at which respondents indicated they would be likely or unlikely to be interested in purchasing the Camry or Camry Hybrid vehicles did not differ between the Disclosure and Non-Disclosure Groups.  Thus, while the individualized impact of any HVAC Disclosure on any individual consumer's interest varies, the HVAC Disclosure does not have an aggregate impact on consumers' interest in and likelihood of purchasing the Putative Class Vehicles.

11.     In short, my survey results demonstrate that consumers vary in whether they view the HVAC Disclosure as important or material in making a purchasing decision for Putative Class Vehicles.  Beyond the variation at the individual level, the majority of respondents did not identify the HVAC Disclosure as a negative aspect of the vehicle even when listed as a specific "con" (in a section on "pros and cons" of a vehicle review).  Moreover, while the impact of any HVAC Disclosure on purchasing interest varies by consumer, the presence of the HVAC Disclosure (regardless of whether consumers specifically identify it as a negative attribute) has no aggregate impact on purchase intentions for Camry or Camry Hybrid vehicles.  The purchase intentions of consumers shown the HVAC Disclosure are statistically equivalent to those who are not shown the Disclosure.

## IV. BACKGROUND

12. I understand that Plaintiffs Javier Cardenas, Rodney Baker,[3] Michelle Monge, and Kurt Kirton assert that they purchased various model year Camry vehicles, which they allege "contain a defective Heating, Ventilation, and Air Conditioning System (the "Defective HVAC System") that fails to properly remove all humidity and water and emits foul, noxious, and/or toxic odors into the vehicles' passenger compartments when the Defective HVAC System is in use."[4]

13. Plaintiffs assert that, had they been aware of the allegedly defective HVAC system and the potential for odor, they "would not have purchased or leased their [Putative] Class Vehicles or would have paid significantly less for [them]."[5] Plaintiffs further assert that the alleged omission of HVAC information would have been material to their purchasing decision and the purchasing decisions of all putative class members.[6] As a result, Plaintiffs contend that all putative class members have been uniformly harmed.[7]

14. Plaintiffs seek a nationwide class, excluding California, of individuals who purchased or leased a 2012-2017 model year US-bound Toyota Camry vehicle.[8] Plaintiffs assert that they and the putative class members were not aware of the potential for HVAC odor and would not have purchased or leased their vehicles (or would not have paid what they paid for their

---

[3] I understand that Plaintiff Pamela Baker has voluntarily dismissed her claims with prejudice.

[4] Complaint, ¶ 3. I understand that no Plaintiff has experienced any health issue associated with the HVAC systems of their Class Vehicles. *See, e.g.*, September 25, 2020 Deposition of Kurt Wayne Kirton, at p. 35:16-36:4, 116:10-117:8; September 17, 2020 Deposition of Rodney Baker, p. 20:16 – 21:3; September 24, 2020 Deposition of Javier Cardenas, p. 16:7 - 17:16, 96:23 – 97:20; October 1, 2020 Deposition of Michelle Monge, p. 51:13 – 53:7.

[5] *Complaint*, ¶ 11; *see also id.* at ¶¶ 41, 135(m), 176, 198.

[6] *Complaint*, ¶¶ 10-11, 24, 33, 37, 39, 139, 140, 175, 197.

[7] *Complaint*, ¶¶ 11, 12, 15.

[8] *Complaint*, ¶¶ 1-2, 105.

vehicles) had a disclosure about the potential for odor from the allegedly defective HVAC system been made prior to purchase.[9]

15. To test Plaintiffs' allegations and evaluate the possible impact of an HVAC disclosure on putative class members, I designed a survey of relevant consumers.

## V. SURVEY METHODOLOGY

16. The design of my research follows the generally accepted principles for the design of a survey to be used as evidence in litigation.[10] In general, the design of a reliable survey requires careful attention to the following key areas:

- The definition of the relevant population;
- The procedures for sampling from the relevant population;
- The survey questions used;
- The stimuli shown to respondents; and
- The protocol for calculating the results from the survey.[11]

17. The discussion of the survey I conducted is organized around each of these key areas.

---

[9] *Complaint*, ¶¶ 10-11, 41.

[10] Diamond, Shari, S. (2011) "*Reference Guide on Survey Research*," *Reference Manual on Scientific Evidence,* Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council (hereafter "*Diamond*"), pp. 359-423.

[11] The Federal Judicial Center's (2004) *Manual for Complex Litigation, Fourth Edition*, §11.493, p. 103 phrases these key areas as such:
• the population was properly chosen and defined;
• the sample chosen was representative of that population;
• the data gathered were accurately reported; and
• the data were analyzed in accordance with accepted statistical principles.

**A. Survey Population**

18. Plaintiffs allege that they were not aware of the potential for HVAC odor prior to the purchase of their vehicles.[12] Since Plaintiffs allege that information prior to purchase would have had an impact on their purchasing decision, it is important to evaluate consumer perception when considering a purchase, not after the fact. Therefore, for this matter, the relevant population is consumers who are considering purchasing a Toyota brand vehicle, like those alleged to be in the putative class here, in the next year or two.[13]

**B. Sampling of the Relevant Population**

19. Potential survey respondents were contacted using an internet panel hosted by Dynata.[14] Dynata complies with the standards for online survey data panels set forth by ESOMAR (The European Society for Opinion and Market Research), which are followed by researchers and research organizations worldwide, including in the United States. Dynata holds industry memberships with AAPOR (The American Association of Public Opinion Research), the Insights Association, and ESOMAR.

20. Dynata uses a variety of quality control measures to ensure the reliability and integrity of the responses it provides. For example, Dynata uses digital fingerprinting that creates a "fingerprint" for each respondent based on computer characteristics (like IP addresses), which

[12] Plaintiffs allege that Defendants have "fraudulently and intentionally omitted and concealed from Plaintiffs and Class members the HVAC System Defect in the Class Vehicles, even though Defendants knew or should have known of the design and/or manufacturing defects in the Class Vehicles" (Complaint, ¶ 69). However, I understand that at least one named Plaintiff has conceded that he was aware of the potential for HVAC odor at the time of the purchase of both of his Putative Class Vehicles. (September 17, 2020 Deposition of Rodney Baker, at 31:24-32:20, 197:10-24.)

[13] As described below, after collecting data using consumers considering purchasing a Toyota brand vehicle in the next year, I expanded this time frame to the next two years so as to ensure that I collected sufficient sample for my analysis. There were 191 respondents who qualified in the "next year" time frame, and 221 who qualified in the "next two years" time frame.

[14] For additional information about Dynata online surveys, see file Dynata-Panel-Book-2019-2.19.pdf. *"Panel Book: Delivering online B2B and B2C sample from a robust collection of high-quality data for maximum feasibility, sustainability, representativeness and consistency,"* http://info.researchnow.com/rs/105-ZDT-791/images/Dynata_Panel%20Book_2.19.pdf.

can then be used to identify respondents and to exclude individuals who attempt to take the same survey more than once.  Dynata's standard quality control measures were undertaken in this study.

21.     Data for the survey were collected between September 22, 2020 and October 12, 2020.  Potential survey respondents were randomly selected and were sent a generic invitation to participate in the survey.[15]  Potential respondents were unaware of the purpose or topic of the survey and needed to meet the screening criteria outlined below in order to qualify for the survey.

22.     The random selection procedures ensured that all adult panelists meeting the criteria had the opportunity to participate in the survey.  A survey conducted using an internet methodology allows for the randomized display of stimuli and allows respondents to carefully read and review the materials and consider the answer choices presented.  An internet panel also allows the researcher to access a broader respondent population than is typically accessible with standard in-person intercept methods, such as those conducted in shopping malls.  Research conducted using internet panels has been shown to be reliable, more cost efficient, and can yield better quality responses in appropriate circumstances when compared to other research methods.[16]

23.     A total of 13,354 potential respondents opened the invitation and began the survey and of these, 412 respondents qualified for and completed the survey.  The questionnaire is provided in **Exhibit D**, and screenshots of the survey, as it appeared to respondents, are provided in **Exhibit E**.

---

[15] *See* **Exhibit C** for an example survey invitation.

[16] *See, e.g.*, Braunsberger, Karin, Hans Wybenga, Roger Gates, 2007. "A comparison of reliability between telephone and web-based surveys," *Journal of Business Research* 60; Lindhjem, Henrik and Ståle Navrud, 2011. "Are Internet surveys an alternative to face-to-face interviews in contingent valuation?" *Ecological Economics* 70, no. 9.

### C.     Quality Control Measures for the Survey

24.     To ensure that my data are of the highest quality and reliability, I implemented quality control measures in addition to those undertaken by Dynata:

a.  As is standard survey practice for litigation, the survey was conducted in a "double-blind" fashion; that is, neither the staff at Dynata nor any of the respondents were made aware of the survey sponsor or the ultimate intention of the survey.[17]

b.  Respondents had to correctly answer a Google reCAPTCHA question to ensure that a person, and not a computer or "bot," was taking the survey.[18]

c.  Respondents were able to take the survey either on a desktop, laptop, or tablet computer.

d.  Respondents were required to enter their gender and age at the outset of the survey, and if these data conflicted with the respondent information on file with Dynata, the respondent was excluded.

e.  Respondents were also required to enter their state of residence and zip code, and if these data conflicted with one another, the respondent was excluded.

f.  Respondents were excluded if they work for or have a household member who works for a car, SUV/crossover, minivan, or truck dealership; for a company that makes or manufactures cars, SUVs/crossovers, minivans, or trucks; or for a company that makes or manufactures parts for cars, SUVs/crossovers, minivans, or trucks.  Respondents were also screened out if they or a household member

---

[17] *Diamond*, pp. 410-411.

[18] "reCAPTCHA uses an advanced risk analysis engine and adaptive challenges to keep automated software from engaging in abusive activities." https://www.google.com/recaptcha/intro/v3.html, accessed October 5, 2020.

works for an auto shop or garage that repairs these same types of vehicles, or if they or a household member works for a market research or advertising company.[19]

g. Respondents who indicated that they did not understand or were unwilling to adhere to the survey instructions were also screened out of the survey.

h. The survey was tested, and the initial results were reviewed by NERA researchers, to ensure that there were no errors in the programming; that respondents were able to view the images; and that respondents were able to understand and answer the questions as asked.

i. A series of sensitivity checks were performed to determine whether there were any differences in consumer perceptions and preferences by respondent demographics and subgroups.

**D. Screening Questionnaire**

25. To ensure that panel respondents were part of the relevant population as defined, a series of screening questions was asked. Only respondents who met these qualifying conditions continued with the main survey. To qualify for the survey, respondents had to meet the following criteria:

a. Be 18 years of age or older;

b. Live in the U.S.;

c. Report that neither they, nor anyone in their households, are employed in any of the following: a market research or advertising company; a company that makes or manufactures cars, SUVs/crossovers, minivans, or trucks or parts for these

[19] This is a standard research approach to avoid including respondents who are likely to have specialized knowledge about the survey topic or the survey methodology.

vehicles; or works at a dealership, auto shop or garage that sells/works on these types of vehicles;

d. Report that they had not taken a survey on cars, SUVs/crossovers or minivans or parts for these vehicles in the past three months;

e. Had to be considering purchasing a new car within the next one or two years;

f. Had to be considering purchasing a Toyota brand vehicle; and

g. Had to be considering purchasing a four-door sedan or compact vehicle.[20]

26. Once qualified for the study, respondents were taken to the vehicle review and HVAC Disclosure exercise portion of the questionnaire.

## E. Vehicle Review Pages and HVAC Disclosure

### 1. Online Vehicle Reviews

27. Consumers commonly review and rely on online information when thinking about or researching a car purchase. Online reviews allow consumers to compare vehicles, focus on the vehicle traits or characteristics important to them, read customer and expert reviews, and evaluate the vehicle price without being in a pressurized sales environment. In fact, a number of recent studies demonstrate that consumers spend the majority of their vehicle shopping time online. In one recent example, a study of car buyers found that 64 percent of consumers' vehicle shopping time was spent online.[21]

---

[20] Initially respondents could qualify only if they selected four-door sedan; I later allowed respondents to select compact since the delineation between sedan and compact may not be precise in potential purchasers' minds. There were only two respondents who qualified because they indicated they would purchase a compact vehicle only.

[21] Cox Automotive. 2020 Cox Automotive Car Buyer Journey. https://b2b.autotrader.com/app/uploads/2020-Car-Buyer-Journey-Study.pdf, accessed October 5, 2020, p. 6 (hereafter "*2020 Cox Automotive Study*"). For Toyota purchasers, this study indicates 48 percent use third-party websites (p. 49). Similar percentages are reported in other studies. For example, see, Statista. (2020). Distribution of time a car buyer spent getting a vehicle in the United States (US) in 2015. https://www.statista.com/statistics/788261/time-spent-vehicle-buying/, accessed October 5, 2020, which reports that car buyers spend 59 percent of their time getting a vehicle doing research and online shopping.

28.     Research related to the purchase of new vehicles indicates that third-party websites (as opposed to dealer or OEM sites) are the most influential on consumers.  A 2020 study of over 3,000 recent car purchasers found that 81 percent of used car buyers visited at least two websites and more than two-thirds of all buyers indicated that a third-party site was the first and last site visited before purchasing a vehicle.[22]  Another study found that at least 60 percent of automotive consumers (the percentage varies by age group) indicated that third-party vehicle reviews had a significant influence on their purchasing decisions,[23] and another found that reviews and articles from third-party websites or blogs increased consumers' purchase consideration for new automobiles.[24]

29.     Additionally, certain named Plaintiffs in this matter indicated in their deposition testimony that they used third-party website information in conducting research for the purchase of their Putative Class Vehicle.  For instance, they stated that they looked at reviews or other information available through third-party reports, such as Consumer Reports[25] or the Kelley Blue Book.[26]  Some of the Plaintiffs also noted that they conducted this research to learn about the vehicles' features.[27]

---

[22] *2020 Cox Automotive Study*, p. 26.

[23] Deloitte. (2014). Global automotive consumer study: Exploring consumers' mobility choices and transportation decisions. https://www2.deloitte.com/content/dam/Deloitte/us/Documents/manufacturing/us-auto-global-automotive-consumer-study-100914.pdf, accessed October 6, 2020, p. 19. The research indicates that 70 percent of "Gen Y" and 59 percent of "Other generations" agree that car reviews on independent websites are a significant influence on their purchase decision.

[24] Nielsen and InPowered (March 2014). The role of content: In the consumer decision making process. https://inpwrd.com/the_role_of_content_inpowered.pdf, accessed October 6, 2020.

[25] *See, e.g.*, September 25, 2020 Deposition of Kurt Wayne Kirton, at p. 29:25 – 30:4; September 17, 2020 Deposition of Rodney Baker, p. 62:20 – 63:14, 129:3 – 24, 202:19 – 23.

[26] *See, e.g.*, September 25, 2020 Deposition of Kurt Wayne Kirton, p. 30:9-10.

[27] *See, e.g.*, September 25, 2020 Deposition of Kurt Wayne Kirton, p. 29:21 – 30:10.

### 2.   Kelley Blue Book

30.      In deciding how to structure my survey, I reviewed a number of third-party car review sites, including Consumer Reports, Edmunds, and MotorTrend.[28]  For this survey, I elected to use reviews from the Kelley Blue Book website (kbb.com).

31.      The Kelley Blue Book website is a well-known and widely utilized source of vehicle reviews.[29]  A 2020 survey indicated that 55 percent of new car buyers and 63 percent of used car buyers used the Kelley Blue Book.[30] The analogous 2019 study also indicated that it is the leading site for customer and expert reviews, information on vehicle specifications, research on brands, and research on vehicle features.[31]  The Kelley Blue Book also appears on a number of lists for best or most trusted car review sites.[32] In addition, a recent survey by Maritz indicates that sizeable proportions of Camry and Camry Hybrid purchasers, specifically, reported that third-party websites (such as the Kelley Blue Book) are important sources of information in their car purchasing (42 and 52 percent, respectively),[33] and even larger numbers – 70 and 78 percent, respectively – indicated that consumer guides (such as Consumer Reports) were important.

---

[28] These sites are available at https://www.consumerreports.org/cro/index.htm (Consumer Reports), https://www.edmunds.com/ (Edmunds), and https://www.motortrend.com/ (MotorTrend).

[29] Cox Automotive, the owner of the Kelley Blue Book site, indicates that it is the number one third-party website used by consumers to research and shop for a car (*2020 Cox Automotive Study*, p. 8) and that the Kelley Blue Book website is used by 55 percent of new car buyers and 63 percent of used car buyers (*2020 Cox Automotive Study*, pp. 19, 29). Additionally, the website traffic estimator SimilarWeb estimates that the Kelley Blue Book website received over 19 million visits in August 2020. https://www.similarweb.com/website/kbb.com#referrals, accessed October 6, 2020.

[30] *2020 Cox Automotive Study*, pp. 19, 29.

[31] Cox Automotive. 2019 Cox Automotive Car Buyer Journey. https://www.coxautoinc.com/learning-center/2019-car-buyer-journey-study/, accessed October 6, 2020, p. 26 (hereafter "*2019 Cox Automotive Study*").

[32] See, e.g., https://www.autopayplus.com/6-best-car-review-sites-where-to-find-best-car-reviews/, accessed October 6, 2020; https://lifehacker.com/five-best-car-comparison-sites-1670698359, accessed October 5, 2020; https://www.nydailynews.com/autos/street-smarts/5-best-websites-tools-apps-buying-car-article-1.2951439, accessed October 6, 2020; https://www.doughroller.net/cars/get-the-best-deal-buying-or-selling-your-car-with-these-7-sites/, accessed October 6, 2020.

[33] "Importance" is defined as the proportion of respondents to the survey who said that the information source was "somewhat", "very", or "extremely important". TOY-CARDENAS-00097779.

32. The Kelley Blue Book has review pages for a large variety of vehicles, including Toyota brand vehicles. An advantage of vehicle reviews on the Kelley Blue Book site is the listing of the vehicles' "pros and cons" shown at the top of the review page, as well as descriptions of other pertinent information provided across all vehicles. The short lists of positives and negatives, appearing at the top of the page, provide a succinct and focused summary of the vehicle's characteristics to the reader.[34] The listing of "cons," in particular, provides an area on the review page where information related to the potential for HVAC odor from an alleged HVAC design problem might reasonably appear.

33. Since the survey screened for individuals who are in the market for a new vehicle (and who would therefore be potentially considering information about an HVAC defect), I tested Kelley Blue Book vehicle reviews for the 2020 models of the Camry and Camry HV Class Vehicles.

34. All respondents were assigned to view a review page which matched the vehicle type they indicated they would consider purchasing in the next year or two; a four-door sedan.[35] All respondents were shown a vehicle review page of the 2020 Toyota Camry. In addition to showing respondents a review for a model of vehicle corresponding to the brand and type of vehicle matching their interests, I also considered a respondent's preference for a hybrid vehicle. If a respondent indicated that she would only consider purchasing a hybrid, she was shown a review page for the Toyota Camry HV.[36]

[34] In fact, this aspect of the review format is appreciated and specifically noted by a number of respondents and is discussed below in ¶ 53.

[35] As noted above in footnote 19, there are two respondents who qualified because they indicated they would purchase a compact vehicle only (i.e., they did not also indicate they would purchase a four-door sedan).

[36] Other respondents who indicated that they would consider purchasing both a hybrid and gas engine were also shown the hybrid. In all, there were 272 respondents who were shown the Camry hybrid version.

35. While not typically present on the Kelley Blue Book vehicle review page, I also included a manufacturer's suggested retail price – or MSRP – in the review for each vehicle included in my survey.[37] Including the MSRP ensures that respondents in both the Disclosure and Non-Disclosure Groups had the same price in mind when evaluating the vehicle.

### 3. The HVAC Disclosure

36. For the Non-Disclosure Group, respondents were shown a Kelley Blue Book review for the 2020 Camry or Camry Hybrid vehicle with two additions: 1) as discussed above, I included the vehicle's MSRP; and, 2) I included positive/neutral and negative aspects or characteristics of the vehicle that appeared to respondents as blue, underlined hyperlinks leading to additional information on the review site. These hyperlinks signaled to respondents that these characteristics were potentially important, were being emphasized within the review, and also provided access to additional, more detailed information. An example of these links as they appeared in the Non-Disclosure Group is shown in Figure 1 – the links are enclosed here with red boxes for illustrative purposes only. The red boxes were not present in the survey shown to respondents, and otherwise the survey appeared to respondents as shown below.

**Figure 1: Example of Screen from Non-Disclosure Group**

[37] The MSRP information was sourced from Edmunds.com for the Camry vehicles in my survey as it was not readily available on the Kelley Blue Book review site for new vehicle models. The price displayed in my survey is the average of the high and low MSRP prices listed. Information for the Camry was obtained from https://www.edmunds.com/toyota/camry/ (accessed September 8, 2020), and information for the Camry Hybrid was obtained from https://www.edmunds.com/toyota/camry-hybrid/ (accessed September 8, 2020).



37.    I identified which relevant neutral and negative characteristics to include as hyperlinks by reviewing both the Camry and the Camry Hybrid listings on the Kelley Blue Book site.  Both vehicles featured neutral characteristics of combined fuel economy and horsepower that were featured prominently at the top of the page, and I therefore included these as part of the hyperlinked information. For negative characteristics, both the Camry and Camry Hybrid models had the characteristic of "no manual transmission," which applied to both vehicle models (as opposed to the other "con" that only applied to the hybrid model, though it was shown on both model pages); thus,  I added a hyperlink to this feature for consistency.  I retained the full list of "pros" which was the same for both the Camry and Camry Hybrid models.

38. In the Disclosure Group, I included an additional negative characteristic, the HVAC Disclosure. Every respondent in the Disclosure Group was shown the following information as a third bullet point under the "cons" section:

> Toyota has disclosed that the HVAC system in Camry and Camry HV models may emit a musty, damp, and/or sour odor. HVAC system odor has many causes, and may be caused by a design that allows condensing water to accumulate and for naturally occurring organic materials to be trapped in the system.

39. Each respondent in the Disclosure Group also was provided with a link, indicated in blue above, that would take them to a pop-up containing additional information. When clicked, the additional information read:

> The musty, damp, and/or sour odor is most noticeable when the air conditioner is first turned "ON" after the vehicle has been parked for several hours.
>
> There is no way to eliminate this odor, but there are available steps and maintenance items not covered by warranty to help reduce its intensity. There will be no advanced warnings prior to the existence of this condition; you will become aware of it if it occurs.

40. The HVAC Disclosure was longer and thus more prominent and obvious than the other positive or negative information in this prominent portion of the review. Examples of each of the reviews with the HVAC Disclosure are shown below in Figure 2 – for each model, the first page containing the hyperlinks is shown, followed by the page the respondent would see if he or she clicked on the HVAC Disclosure hyperlink.[38]

[38] Full-sized copies of the review pages included in my survey are included as **Exhibit F**.

**Figure 2: Vehicle Reviews with HVAC Disclosure**

Kelley Blue Book THE TRUSTED RESOURCE | Home | Car Values | Cars for Sale | Car Reviews | Car Repair Pricing | Research Tools

Home > Toyota > Camry > 2020

Used cars, New cars, Classic cars Join for Free. Worldwirde delivery! OPEN
Advertisement

## 2020 Toyota Camry

Change vehicle

Get Your Quote >

Overview | Reviews | Cars For Sale | Photos | Specs & Features | Safety | Styles

Combined Fuel Economy
34 MPG

Horsepower
203 HP

KBB Expert Rating
4.6

KBB Consumer Rating
3.8

Write a review

Build and Price | Find Inventory | MSRP $30,580

Other Years
2020 2019 2018 2017 2016 2015 2014 2013
2012 2011 2010 2009 2008 2007 2006 2005
2004 2003 2002 2001 2000 1999 1998 1997
1996 1995 1994 1993 1992 Less years

View more photos & videos (62)

Kelley Blue Book Instant Cash Offer
Get Cash
Advertisement

**Pros**

- Standard suite of safety & driver-assist systems
- Excellent history of reliability & resale value
- Choice of 4-cylinder, V6 or hybrid powertrains
- Comfortable yet taut driving manners
- Now available with all-wheel drive

**Cons**

- No manual transmission
- No plug-in hybrid option
- Toyota has disclosed that the HVAC system in Camry and Camry HV models may emit a musty, damp, and/or sour odor. HVAC system odor has many causes, and may be caused by a design that allows condensing water to accumulate and for naturally occurring organic materials to be trapped in the system.

**What's New For 2020**

- All-wheel drive available on most models
- Limited-edition Camry TRD performance variant debuts
- Android Auto joins Apple CarPlay and Amazon Alexa integration

Read less

**Figure 2: Vehicle Reviews with HVAC Disclosure**



**Figure 2: Vehicle Reviews with HVAC Disclosure**



**Figure 2: Vehicle Reviews with HVAC Disclosure**

41. To create the appropriate HVAC Disclosure language to test Plaintiffs' theory, I reviewed a number of sources, including Plaintiffs' Complaint and the Toyota Defendants' Technical Service Bulletins ("TSBs"). The description is consistent with the language used in TSBs, both on their own and as described in Plaintiffs' Complaint.[39] It is also consistent with other allegations in the Complaint, including Plaintiffs' description of the alleged HVAC defect.[40]

42. There are additional factors that make the HVAC Disclosure provided robust. First, the HVAC Disclosure language I used specifically indicates that the information is being provided by the manufacturer – here, Toyota is informing consumers that there is a potential issue. Second, the HVAC Disclosure appears within the context of a trusted, third-party website that, as described above, is known and relied upon by consumers for its objective vehicle reviews.

[39] Complaint, ¶¶ 79-83; *see also* September 2013 TSB (TOY-CARDENAS-00136354) and April 2015 TSB (TOY-CARDENAS-00115282).

[40] Complaint, ¶¶ 3-4, 60.

Third, the HVAC Disclosure is shown in a section clearly listing negative characteristics associated with the vehicle and, therefore, is characterized for the consumer as a drawback they may want to consider before purchasing.

43. Additionally, the HVAC Disclosure aligns with what the named Plaintiffs in this case testified should have been disclosed by the Toyota Defendants. For example, Javier Cardenas testified that the disclosure should have been that "[t]here's a faulty system in the car that will release an odor with (sic) you turn the AC on."[41] Plaintiff Rodney Baker testified that even less information would have been a sufficient disclosure—that is, the Toyota Defendants should have simply disclosed the potential for vehicle odor.[42] The HVAC Disclosure featured in my survey is more descriptive and robust than the information Plaintiffs described as sufficient for the disclosure they are seeking.

**F. Questionnaire**

44. Prior to viewing the review page (either Disclosure or Non-Disclosure) respondents were provided with the following instructions:

> Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / unsure." Please do not guess.
>
> Imagine you were gathering information about vehicles you might consider purchasing and you came across the following. Please review this information as you normally would if you were considering making a vehicle purchase.

45. Next, respondents were randomly assigned to either the Disclosure or the Non-Disclosure Group. After looking at the vehicle review page,[43] respondents needed to confirm that they were able to see the information clearly before they could continue; otherwise, they were

---

[41] September 24, 2020 Deposition of Javier Cardenas, p. 153:19-22.

[42] September 17, 2020 Deposition of Rodney Baker, p. 197:10-16.

[43] Respondents were required to look at the review page for a minimum of five seconds.

screened out. Qualified respondents were then asked a series of questions. When asked questions about their impressions of the vehicle, a thumbnail of the vehicle review page was featured above the question. Therefore, while responding to every question about the vehicle, a respondent could access the HVAC Disclosure information and any other information in the review that was relevant to her or him.

46. Respondents were first asked to identify what information in the vehicle review, if any, was important to them. This question was asked as an open-ended question, allowing respondents to identify all aspects of the vehicle shown or information in the review that was important or salient to them. The exact phrasing of this question was: "What information in this review, if any, is important to you?" and it was followed up with a second question "Anything else?"

47. After asking this general question, I followed with an additional series of questions, asking respondents to specifically identify positive or negative aspects of the vehicle. First, respondents were asked a filter question:[44]

> Q. Is there any information in this review that positively affects your perception of this vehicle?
>
> 1. Yes
> 2. No
> 3. Don't know / unsure

Followed by an open-ended question, "What information in this review positively affects your perception of this vehicle?" for anyone who answered "yes," in response to the filter question.

48. Respondents were then asked two analogous questions about information in the review that may have negatively affected their perception of the vehicle. These questions were:

[44] The "yes" and "no" response options in this question, and all other comparable questions, were rotated in order to guard against order bias.

Q. Is there any information in this review that negatively affects your perception of this vehicle?

1. Yes
2. No
3. Don't know / unsure

This was followed by an open-ended question, "What information in this review negatively affects your perception of this vehicle?" for anyone who answered "yes," in response to the filter question.

49. Asking respondents what is "important" about the vehicle or the review provides data on the extent to which the HVAC Disclosure is viewed as noteworthy at all. But, because a question about "importance" could have suggested to respondents that they only focus on positive aspects of the vehicle, my survey included additional clarifying questions to specifically elicit their positive and, more importantly, negative perceptions of the vehicle. Finally, respondents were asked a question designed to measure what impact, if any, the review had on their interest in purchasing the vehicle shown. This final question allows me to determine the aggregate impact of the HVAC Disclosure on consumer preferences, regardless of whether respondents specifically identified the alleged HVAC defect as important or not. The specific phrasing of this question was: "Based on the information in this review, how interested would you be in purchasing this vehicle?" and respondents selected their response from five options ranging from "Very likely" to "Very unlikely."

50. Upon completion of the survey, respondents were thanked for their time.

## VI. SURVEY RESULTS

51. A total of 412 respondents completed the survey. The data are attached as **Exhibit G**. The respondents in my survey represent a broad range of prospective Toyota

purchasers. As shown in Table 1, respondents are from across the four Census Regions of the United States.

**Table 1. Geographic Distribution of Survey Respondents**

| | Disclosure | | Non-Disclosure | |
|---|---|---|---|---|
| **Region** | **Count** | **Percent** | **Count** | **Percent** |
| Northeast | 40 | 19.5% | 40 | 19.3% |
| Midwest | 35 | 17.1% | 37 | 17.9% |
| South | 91 | 44.4% | 85 | 41.1% |
| West | 39 | 19.0% | 45 | 21.7% |
| **Total Respondents** | **205** | **100.0%** | **207** | **100.0%** |

Source: NERA Auto Review Survey, September - October 2020

52. Respondents are also a range of ages and genders as shown in Table 2.

**Table 2. Age and Gender Distribution of Survey Respondents**

| | Male | | Female | |
|---|---|---|---|---|
| **Age Group** | **Count** | **Percent** | **Count** | **Percent** |
| 18-34 | 47 | 18.9% | 38 | 23.3% |
| 35-54 | 97 | 39.0% | 57 | 35.0% |
| 55+ | 105 | 42.2% | 68 | 41.7% |
| **Total Respondents** | **249** | **100.0%** | **163** | **100.0%** |

Source: NERA Auto Review Survey, September - October 2020

53. In both the Disclosure and the Non-Disclosure Groups, respondents indicated that a range of characteristics of the Camry and Camry Hybrid vehicles, and information in the review, was important. For example, many respondents noted that price, gas mileage, and safety were important. Respondents also noted the importance of the following characteristics: vehicle safety, size, spaciousness, amount of seating, engine characteristics such as size/horsepower, the body style or styling of the vehicle, and interior features or amenities. For example, Respondent 376919941 reported that "Miles per gallon, safety, reliability, comfort, price and options." were important. Respondent 395496661 explained, "What it looks like, how it drives, how comfortable

it is, what the inside panel looks like,  if it's gas/hybrid/electric, how many miles per gallon, the colors available, reviews from other consumers," and Respondent 331788901 stated "Miles per gallon, total price, Horse Power, MSRP estimate and estimates for prices on different specs for this model.  The amount of script and detail in this review is very useful and helps to think about the vehicle. The amount of reviews are helpful and the images help a lot for evaluating and making a decision."[45]

54.      It is worth noting that 16.5 percent of respondents specifically referenced the "pros and cons" listed on the review site when asked what was important.[46]  These answers indicate that not only were respondents reviewing the listed advantages and disadvantages of the vehicle described, but also demonstrate that the specific format of this information was helpful and useful to respondents.

55.      There were only nine respondents, or 4.4 percent of the total Disclosure Group, who mentioned HVAC odor when asked to indicate what in the review was important to them.[47]  This very low rate demonstrates that while individuals value different features, the overall impact of the HVAC Disclosure is insignificant.

56.      As shown below in Table 3, the majority of respondents in both the Disclosure and Non-Disclosure groups, 75.6 percent in the Disclosure Group and 83.6 percent in the Non-

---

[45] These and other verbatim responses are included in the final data set, **Exhibit G**.

[46] This count does not include individuals who only mention specific vehicle characteristic(s) listed under the "pro" or "con" section. Rather, it is a count of those who identified the specific format of the information as being important or helpful (i.e., they actually mentioned some variation of "pros and/or cons").

[47] These respondents were Respondent 291906021 "The car is a V6. Car may have an odor from the HVAC system"; Respondent 299011701 "disclosure that the car might have a damp musty smell--who the hell needs that?  I read further but did not really have to based on that. YUCK!"; Respondent 311974941 "What's new for 2020, PROS AND CONS that damp smell in the HVAC"; Respondent 345736141 "the fact that the HVAC system smells or something like that. it seems like it is a bad car overall. smelly, battery dies quickly,. user reviews were most important really."; Respondent 378180941 "the comment about the hvac system smelling musty"; Respondent 388724701 "The pros/cons, the mpg, the hvac information, etc."; Respondent 390903781 "I was VERY disappointed to see the news about musty HVAC and the demise of brand-new batteries.  Everything else seemed appealing... I am feeling like the HVAC and battery issues are dealbreakers for me."; Respondent 413165941 "That AWD was available, good ride and interior.  But the musty smell concerns me."; Respondent 415214501 "The funky smell of the HVAC system".

Disclosure Group, indicated that there was information in the review that positively affected their perception of the vehicle.

**Table 3. Positive Perception of Vehicle in Review**

| | Disclosure | | Non-Disclosure | |
|---|---|---|---|---|
| **Response Option** | **Count** | **Percent** | **Count** | **Percent** |
| Yes | 155 | 75.6% | 173 | 83.6% |
| No | 31 | 15.1% | 22 | 10.6% |
| Don't know / unsure | 19 | 9.3% | 12 | 5.8% |
| **Total Respondents** | **205** | **100.0%** | **207** | **100.0%** |

*Q3. Is there any information in this review that positively affects your perception of this vehicle?*

Source: NERA Auto Review Survey, September - October 2020

57. These results suggest that while the impact of the HVAC Disclosure varies by consumer, the overall rate at which consumers find positive information in the review does not differ substantially by whether the HVAC Disclosure is present or not. The large majority of respondents, regardless of whether they were provided with information about potential HVAC odor, indicated that there was information in the review that positively affected their perception of the vehicle. In response to the open-ended question, respondents frequently mentioned aspects of the vehicle, such as the price, gas mileage, and engine type. They also noted a diverse array of features, such as safety, the vehicle's style/appearance, customer ratings, and interior features as positively affecting their perception of the vehicle.

58. As shown in Table 4, consumers vary in whether they perceive any negative aspects of the vehicle. A total of 61.0 percent of consumers shown the HVAC Disclosure indicated that they had no negative perceptions of the vehicle. In other words, even when provided with a paragraph describing the alleged HVAC defect using language more extensive than that requested by named Plaintiffs, the majority of consumers do not view this information as

a salient or material negative aspect of the vehicle. Only 38.0 percent of consumers shown a review with the HVAC Disclosure indicated that they had some negative perception of the vehicle, and as discussed below, many of these 78 consumers (*i.e.*, 38% of the Disclosure Group) noted negative aspects of the vehicle aside from the information presented through the HVAC Disclosure.

**Table 4. Negative Perception of Vehicle in Review**

| | Disclosure | | Non-Disclosure | |
|---|---|---|---|---|
| **Response Option** | **Count** | **Percent** | **Count** | **Percent** |
| Yes | 78 | 38.0% | 35 | 16.9% |
| No | 125 | 61.0% | 167 | 80.7% |
| Don't know / unsure | 2 | 1.0% | 5 | 2.4% |
| **Total Respondents** | **205** | **100.0%** | **207** | **100.0%** |

*Q5. Is there any information in this review that negatively affects your perception of this vehicle?*

Source: NERA Auto Review Survey, September - October 2020

59. When asked what information negatively affected their perception of the vehicle, the answers differed by respondent and included things such as the vehicle's ratings, reviews, and the "cons" listed on the review page. As shown in Table 5, only 31 respondents in the Disclosure Group, or 15.1 percent, mentioned the information presented through the HVAC Disclosure in response to Question 6.[48]

[48] Each of the nine respondents who mentioned HVAC or HVAC odor in response to Questions 1 and 2 also mentioned it in response to Question 6 when describing the information in the review that negatively affects their perception of the vehicle.

**Table 5. Mentions of HVAC or HVAC Odor as Negative Perception**

| Response Option | Disclosure Count | Disclosure Percent |
|---|---|---|
| Mentioned HVAC or HVAC Odor | 31 | 15.1% |
| Did not mention HVAC or HVAC Odor | 47 | 22.9% |
| Not answered | 127 | 62.0% |
| **Total Respondents** | **205** | **100.0%** |

*Q6. What information in this review negatively affects your perception of this vehicle?*

Source: NERA Auto Review Survey, September - October 2020

60. Even when shown the HVAC Disclosure, respondents were more likely to identify other, non-HVAC aspects as negative, such as the size of the vehicle, the driving experience, the performance, and the customer review section. Of the 78 respondents in the Disclosure Group who indicated that there was information in the review that negatively affected their perception of the vehicle, 60.3 percent identified something that negatively affects their perception other than the HVAC Disclosure and did not identify the HVAC Disclosure.

61. The survey results demonstrate that what affects a consumer's negative perception of a Putative Class Vehicle varies and the extent to which the potential for a "musty, damp, or sour" HVAC odor negatively impacts perceptions of a Putative Class Vehicle depends on the individual. The results also demonstrate that while some respondents viewed the HVAC Disclosure as negative information, a larger number of respondents did not mention the HVAC Disclosure and identified other aspects of the vehicle as negative.

62.     In addition to evaluating the extent to which consumers viewed the HVAC Disclosure and reported it as a "negative,"[49] my study evaluated the potential impact of this Disclosure on consumers' purchasing intentions. To test Plaintiffs' allegations that the allegedly omitted information about HVAC odor was material to all putative class members, that had the HVAC information been disclosed, all putative class members would have paid less or not purchased or leased the Putative Class Vehicle at all, and that all putative class members have been similarly harmed,[50] respondents were asked to indicate how interested they would be in purchasing the Camry or Camry Hybrid featured in the review at the price listed.

63.     As shown below in Table 6, the survey data demonstrate that consumers within the Disclosure Group would react differently to the HVAC Disclosure.  Even when shown the HVAC Disclosure, only 19 respondents (approximately 9.3% of the Disclosure Group) stated that they were "somewhat unlikely" or "very unlikely" to purchase the vehicle, and only eight of these (or 3.9% of the total) indicated that the HVAC Disclosure was a negative aspect of the vehicle.[51] The small proportion of consumers who view the HVAC Disclosure as negative, and the even smaller proportion (only 3.9%) who indicate that that Disclosure would potentially affect their purchase demonstrate that the impact of the HVAC Disclosure is highly individualized. In fact, the vast majority of respondents in the Disclosure Group, 79.5%, said they would be "very likely" or "somewhat likely" to purchase the vehicle, notwithstanding the HVAC Disclosure.  These results are shown below in Table 6.

---

[49] In fact, some respondents who reported the HVAC Disclosure as a negative may have simply been indicating that this information was listed prominently on the webpage under the "Cons" section of the "Pros and Cons" of the vehicle.

[50] *Complaint*, ¶¶ 10-12, 15, 24, 33, 37, 39, 139, 140, 175, 197.

[51] Notably, more than half of the respondents (18 of the 31 or 58.1%) who indicated that the HVAC Disclosure was a negative aspect of the vehicle also indicated that they would be "very likely" or "somewhat likely" to purchase the vehicle. An additional five respondents indicated that they were neither likely nor unlikely to purchase the vehicle. These results further demonstrate even amongst this small group, the impact of the HVAC Disclosure is variable and can only be determined through an individual inquiry.

**Table 6. Purchase Interest by Disclosure and Non-Disclosure Groups**

| | Disclosure | | Non-Disclosure | |
|---|---|---|---|---|
| **Response Option** | **Count** | **Percent** | **Count** | **Percent** |
| Very likely | 84 | 41.0% | 103 | 49.8% |
| Somewhat likely | 79 | 38.5% | 65 | 31.4% |
| Neither likely nor unlikely | 22 | 10.7% | 18 | 8.7% |
| Somewhat unlikely | 10 | 4.9% | 12 | 5.8% |
| Very unlikely | 9 | 4.4% | 7 | 3.4% |
| Don't know / unsure | 1 | 0.5% | 2 | 1.0% |
| **Total Respondents** | **205** | **100.0%** | **207** | **100.0%** |

*Q7. Based on the information in this review, how interested would you be in purchasing this vehicle?*

Source: NERA Auto Review Survey, September - October 2020

64. Even more importantly, as Table 6 shows, both the Disclosure and Non-Disclosure Groups were equally likely to indicate that they were "very likely" or "somewhat likely" to purchase the vehicle – 79.5 percent compared to 81.2 percent, respectively. These results are statistically indistinguishable. These results demonstrate that, in the aggregate, the HVAC Disclosure had no overall effect on the purchase intentions of respondents. Regardless of the individual perceptions of the HVAC Disclosure as negative for a small share of individuals, the impact of this information on overall purchasing behavior is nonexistent.

65. These results are also consistent when looking at the results across respondent subgroups by demographics, such as age, gender, and geography, as well as for respondents who

viewed the hybrid and gas Camry model.[52] In particular, when I look at the results for the South Census region, I find that 81.3 percent of respondents shown the HVAC Disclosure are "very likely" or "somewhat likely" to purchase the vehicle compared to 82.4 percent in the Non-Disclosure group.[53] Again, these results are statistically indistinguishable.

## VII. CONCLUSIONS

66. I tested the potential impact of a HVAC Disclosure on consumers who were considering purchasing a Toyota Camry or Camry Hybrid vehicle. Using vehicle reviews from the Kelley Blue Book (a well-known, trusted review site, used by consumers including Plaintiffs), I designed a survey to assess whether consumers would view a disclosure about the alleged HVAC defect negatively and whether the disclosure would impact purchasing decisions.

67. My results demonstrate that perceptions of what aspects of the vehicle are viewed negatively, including the HVAC Disclosure, vary by individual. The survey also demonstrates that while some number of consumers who saw the HVAC Disclosure noted the HVAC Disclosure as a negative aspect of the vehicle, a larger share of these respondents noted other negative aspects of the vehicle. Furthermore, more than half of respondents shown the Disclosure did not view it as a negative at all.

68. More importantly, the HVAC Disclosure had no statistically significant effect on consumer purchasing intentions. Indeed, the interest in purchasing the vehicle shown at the price provided was statistically indistinguishable between those who did receive the HVAC Disclosure and those who did not. These results clearly demonstrate that while the impact of an HVAC Disclosure on the decision to lease or purchase a Class Vehicle would vary by consumer, any

---

[52] These results are presented in **Exhibit H** and **Exhibit I,** respectively.

[53] See **Exhibit H,** p. 8**.**

such HVAC Disclosure does not and would not have an overall aggregate impact on consumers. These results were consistent across respondent demographics and geographies.

69.     My opinions and conclusions as expressed in this report are to a reasonable degree of professional and scientific certainty.  My conclusions have been reached through the proper application of survey methods, and using standard methodologies relied upon by experts in the field of survey and market and consumer research.  My opinions will continue to be informed by any additional material or information that becomes available to me.  I will update and or supplement my opinions if Plaintiffs provide additional information.  I declare under penalty of perjury that the foregoing is true and correct.

Sarah Butler, Managing Director

October 20, 2020

# EXHIBIT B

## (To Declaration of Sarah Butler)

# Exhibit A

NERA
Economic Consulting

**Sarah Butler**
Managing Director

National Economic Research Associates, Inc
4 Embarcadero, Suite 400
San Francisco, CA 94111
+ 1 415 291 1000 Fax + 1 415 291 1010
Direct dial: + 1 415 291 1022
sarah.butler@nera.com
www.nera.com

# SARAH BUTLER, M.A.
## MANAGING DIRECTOR

Ms. Butler is an expert in survey research, market research, sampling, and statistical analysis. She has applied her expertise in a wide range of litigation and strategic business cases. Her litigation and project experience includes survey research, market research, the design of samples, and the statistical and demographic analysis of large data files in a number of areas including:

Intellectual Property

- Trademark and Trade Dress Infringement: Design, analysis, and critique of surveys used to measure consumer confusion, secondary meaning, and dilution in trademark and trade design infringement cases.
- False and Misleading Advertising: Design, analysis and critique of surveys used to measure consumer perceptions and the materiality of advertising claims.
- Patent Infringement: Sample designs and surveys to the value of patented feature of a larger product and to establish rates at which infringing material exist in populations of products.
- Copyright infringement: Sampling plans and analysis of the rates of infringing material in populations of shared information (such as through websites or other sharing medium).

Mass Torts/Class Actions

- Conduct surveys and design samples providing evidence on issues of commonality and consumers' awareness of key documents or facts and reliance on representations.
- Analyze large databases of claims files to generate invoices, estimate future liabilities and calculate policy shares for insurer liabilities in asbestos, tobacco and pharmaceuticals.
- Design, analyze and critique surveys and sampling plans used to evaluate employment and promotion records. Review and design surveys for purposes of estimating key facts

in labor class actions including time to complete activities, exempt/nonexempt activities, and meal and rest break issues.

Antitrust

- Design, analysis and critique of surveys and other market research used as evidence of consumer purchasing and switching behavior in the areas of CPG, entertainment, automobiles, public transportation, sports and consumer electronics.
- Design, analysis and critique of surveys used to demonstrate consumer price sensitivities and willingness to pay.

Prior to joining NERA, Ms. Butler worked in market research, conducting survey research, focus groups and in-depth interviews.

## Education

**Temple University**
Applied Sociology, coursework, exams and dissertation proposal complete (2005).

**Temple University**
M.A. Sociology, (2000).

**Trinity College, Dublin Ireland**
M.Phil. (1997).

**Wellesley College**
B.A. Sociology and History (with honors). (1995).

## Professional Experience

| | |
|---|---|
| July 2006 - Present | **Senior Consultant – Managing Director**<br>NERA Economic Consulting<br>San Francisco, California, USA |
| Oct 2005 – May 2006 | **Special Consultant**<br>NERA Economic Consulting<br>London, England |
| Jan 2003 – Oct 2005 | **Senior Analyst - Consultant**<br>NERA Economic Consulting<br>Philadelphia, Pennsylvania, USA |

| | |
|---|---|
| 2002 - 2003 | **Consultant**<br>Integrated Marketing Associates<br>Bryn Mawr, PA, USA |
| Oct 1998 - Jan 2002 | **Research Associate – Analyst**<br>NERA Economic Consulting<br>Philadelphia, Pennsylvania, USA |
| Sept 1998 – May 2003 | **Adjunct Professor**<br>Temple University<br>Philadelphia, Pennsylvania, USA |
| Jan 1997 – Feb 1998 | **Manager of Member Research**<br>Society for Neuroscience<br>Washington DC, USA |

## Expert Analysis and Testimony

Nirvana LLC v. Marc Jacobs International LLC.* United States District Court Central District of California. Survey related to secondary meaning. [Expert Report: September 8, 2020. Deposition: October 20, 2020.]

Girl Scouts of the United States of America* v. Boy Scouts of America. United States District Court Southern District of New York. Review of survey report in a likelihood of confusion matter. [Expert Report: September 9, 2020. Deposition: October 16, 2020.]

TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Strum Foods, Inc.,* v. Keurig Green Mountain, Inc. United States District Court for the Southern District of New York. Surveys related to false advertising, and antitrust claims. Report on testing evidence. [Expert Report: August 28, 2020.]

American Dairy Queen Corporation v. W. B. Mason Co. Inc.* United States District Court for the District of Minnesota. Surveys related to fame, dilution, and likelihood of confusion. [Expert Report: August 28, 2020.]

Seven Networks, LLC v. Apple Inc.* United States District Court for the Eastern District of Texas Marshall Division. Conjoint survey and expert report related to mobile phone features. [Expert Report: July 13, 2020. Deposition: July 23, 2020.]

Brian Gozdenovich et al., v. AARP Inc., AARP Services, Inc., AARP Insurance Plan, UnitedHealth Group, Inc., and UnitedHealthCare Insurance Company.* United States District Court District of New Jersey. Expert rebuttal report of survey related to estimating value. [Expert Report: July 9, 2020.]

Barbara Lewis, et al., v. Rodan & Fields, LLC.* United States District Court Northern District of California Oakland Division. Survey and expert report to assess consumer perception about eyelash serum. [Expert Report: July 2, 2020. Deposition: July 20, 2020.]

Austin Rugg v. Johnson & Johnson Consumer Inc.* United States District Court Norther District of California San Jose Division. Survey and expert report in a false advertising matter. [Expert Report: June 22, 2020.]

New NGC, Inc. d/b/a National Gypsum Company, NGC Industries, LLC, and National Gypsum Properties,* LLC v. Alpinebay, Inc. Survey and expert report to evaluate likelihood of consumer confusion. [Expert Report: June 18, 2020. Deposition: August 6, 2020]

Glaxo Group Limited* v. Respirent Pharmaceuticals Co., LTD. United States District Court Southern District of New York. Survey and expert report on likelihood of consumer confusion. [Expert Report: June 15, 2020.]

Caryn Gorzo, et al., v. Rodan & Fields, LLC.* The Superior Court of California County of San Francisco. Survey and expert report to assess consumer perception about eyelash serum. [Expert Report: June 15, 2020.]

Kaifi LLC v. AT&T Inc.; AT&T Corp.; AT&T Communications, LLC; AT&T Mobility, LLC; and AT&T Services, Inc.* United States District Court Eastern District of Texas Marshall Division. Survey and expert report related to patent infringement matter. [Expert Report: June 1, 2020. Deposition: June 8, 2020.]

CFA Institute v. American Society of Pension Professionals & Actuaries, et. al.* United States District Court for the Western District of Virginia, Charlottesville Division. Rebuttal survey evaluating claims of likelihood of confusion. [Expert Report: April 14, 2020. Deposition: May 14, 2020.]

Vicky Maldonado, et. al., v. Apple, Inc.* United States District Court, Northern District of California, San Francisco Division. Rebuttal conjoint survey testing damages claims. [Expert Report: March 13, 2020.]

Match Group LLC* v. Bumble Trading Inc., Bumble Holding, LTD., Badoo Trading Limited, Magic Lab Co., Worldwide Vision Limited, Badoo Limited, Badoo Software Limited, and Badoo Technologies Limited. United States District Court for the Western District of Texas, Waco Division. Secondary meaning survey and rebuttal report. [Expert Report: March 3, 2020. Rebuttal Report: March 27, 2020. Deposition: May 20, 2020.]

ClearPlay, Inc. v. Dish Network, L.L.C. and Echostar Technologies, L.L.C.* United States District Court, District of Utah, Central Division. Expert report evaluating surveys used to inform allocation in patent infringement matter. [Expert Report: February 21, 2020.]

Toya Edwards and Jamal Erakat, et al., v. Walmart, Inc.* United States District Court, Central District of California. Survey and expert report to evaluate label statements on acetaminophen products. [Expert Report: January 23, 2020. Deposition: February 7, 2020.]

Ohio State Troopers Association, Inc., et al., & Miguel Porras v. Point Blank Enterprises, Inc.* United States District Court, Southern District of Florida. Survey and expert report to evaluate impact of disclosure about allegedly defective product feature. [Expert Report: January 17, 2020. Deposition: January 27, 2020.]

In re: Windstream Holdings, Inc., et al., Debtors. Windstream Holdings Inc., et. al.* v. Charter Communications, Inc. and Charter Communications Operating, LLC. United States Bankruptcy Court, Southern District of New York. Chapter 11, Case No. 19-22312 (RDD). Review of survey report in a bankruptcy matter. [Expert Report: December 5, 2019.]

Paul Stockinger, et al., v. Toyota Motor Sales, U.S.A., Inc.* United States District Court, Central District of California. Survey and expert report to evaluate impact of disclosure about allegedly defective product feature. [Expert Report: October 21, 2019. Deposition: November 5, 2019.]

Thomas Allegra, et. al.* v. Luxottica Retail North America, d/b/a LensCrafters, United States District Court, Eastern District of New York, Brooklyn Division. Survey to evaluate consumers' willingness to pay for Accufit measurement system. [Expert Report: September 10, 2019. Deposition: December 5, 2019.]

Sazerac Brands, LLC* v. Bullshine Distillery, LLC. In the United States Patent and Trademark Office Before the Trademark and Trial Appeal Board. Opposition No. 91227653. Survey to assess consumer perception and association with alcohol brand. [Expert Report: September 4, 2019. Deposition: October 30, 2019.]

Collin Shanks v. Jarrow Formulas, Inc.* United States District Court Central District of California. Survey of coconut oil purchasers and response to conjoint survey in false advertising matter. [Expert Report: August 4, 2019.]

X One* v. Uber Technologies, Inc. United States District Court Northern District of California. Survey of ride share app features. [Expert Report: August 2, 2019. Deposition: September 19, 2019.]

Belcher Pharmaceuticals, LLC v. Hospira, Inc.* United States District Court for the Middle District of Florida, Tampa Division. Review of survey report in false advertising matter. [Expert Report: June 28, 2019. Deposition: July 11, 2019.]

NIKE, Inc. v. Skechers U.S.A., Inc.* United States District Court, Central District of California. Survey and expert report related to design patent infringement. [Expert Report: June 20, 2019. Deposition: September 12, 2019.]

State of Washington* v. TVI, INC., d/b/a Value Village. State of Washington King County Superior Court. Survey and expert report evaluating consumer perceptions of for-profit thrift

store and donation center. [Expert Report: May 24, 2019. Deposition: July 17, 2019. Trial testimony: October 8, 2019.]

Vital Pharmaceuticals, Inc. v. Monster Energy Company and Reign Beverage Company, LLC.* United States District Court Southern District of Florida. Survey and expert report related to consumer perception of names associated with energy drinks. [Expert Report: May 23, 2019. Deposition: July 15, 2019.]

Mahindra & Mahindra, Ltd. and Mahindra Automotive North America, Inc.* v. FCA US LLC. United States District Court, Eastern District of Michigan. Survey and expert report on secondary meaning. [Expert Report: May 10, 2019. Deposition: May 30, 2019. ITC Trial testimony: August 22, 2019.]

Rex Real Estate I., L.P., v. Rex Real Estate Exchange, Inc.* United States District Court for the Eastern District of Texas, Sherman Division. Survey and expert report in trademark matter. [Expert Report: April 24, 2019.]

adidas America, Inc., et al. v. Forever 21 Inc., et al.* United States District Court District of Oregon Portland Division. Survey and expert report in trade dress matter. [Expert Report: April 4, 2019.]

Crystal Hilsley vs. Ocean Spray Cranberries, Inc.*, Arnold Worldwide LLC. United States District Court Western District Southern District of California. Survey, expert report and rebuttal in false advertising matter. [Expert Report: April 1, 2019. Deposition: May 26, 2019.]

Erin Allen et al. v. Conagra Foods Inc.* United States District Court Northern District of California San Francisco Division. Survey, expert report and rebuttal in false advertising matter. [Expert Report: March 30, 2019. Deposition: April 25, 2019. Rebuttal Report: May 6, 2020. Deposition: May 30, 2020.]

Tortilla Factory, LLC vs. GT's Living Foods, LLC*. United States District Court for The Central District of California. Expert report in false advertising matter. [Expert Report: March 29, 2019.]

Obagi Cosmeceuticals LLC* v. ZO Skin Health, Inc. and Zein E. Obagi, M.D. JAMS Arbitration Proceeding. Survey and expert report in arbitration. [Expert Report: March 13, 2019. Deposition: April 18, 2019. Arbitration testimony: May 17, 2019.]

Lodestar Anstalt v. Bacardi & Company Limited, Bacardi U.S.A., Inc., and Bacardi Limited.* United States District Court Central District of California, Western Division. Survey and expert report in trademark matter. [Expert Report: January 11, 2019. Deposition: April 5, 2019.]

James Pudlowski, Louis C. Cross, III, Gail Henry, Steve Henry v. St. Louis Rams, LLC, St. Louis Rams Partnership, ITB Football Company, LLC*. United States District Court for the Eastern District of Missouri Eastern Division. Survey and affidavit to evaluate consumer perceptions of information related to the Los Angeles Rams. [Affidavit: January 11, 2019.]

People of the State of California vs. The Hertz Corporation, American Traffic Solutions, Inc., ATS Processing Services, L.L.C., American Traffic Solutions Consolidated, L.L.C., PlatePass, L.L.C.* Superior Court of the State of California County of San Francisco. Survey and expert report on unfair competition and false advertising issues. [Deposition: January 10, 2019.]

Riley Johannessohn, Daniel C. Badilla, James Kelley, Ronald Krans, Kevin R. Wonders, William Bates, James Pinion* v. Polaris Industries, Inc. United States District Court District of Minnesota. Conjoint survey and expert report related to ATVs. [Expert Report: November 16, 2018. Expert Rebuttal Report: March 21, 2019. Deposition: January 15, 2019.]

Spangler Candy Company vs. Tootsie Roll Industries, LLC*. United States District Court Northern District of Ohio Western Division Toledo. Survey and expert report in trademark matter. [Expert Report: November 5, 2018. Deposition: December 4, 2018.]

Kaylee Browning and Sarah Basile v. Unilever United States, Inc.* United States District Court Central District of California. Expert Report in false advertising matter. [Expert Report: November 5, 2018. Deposition: November 19, 2018.]

American Automobile Association of Northern California, Nevada & Utah and A3 Mobility LLC v. General Motors LLC and Maven Drive LLC*. United States District Court Northern District of California San Jose Division. Survey and expert reports to evaluate likelihood of confusion. [Expert Report: November 1, 2018. Expert Rebuttal Report: November 28, 2018. Deposition: December 6, 2018.]

Merck & Co., Inc., and Merck Sharp & Dohme Corp. v. Merck KGaA*. United States District Court District of New Jersey. Expert report to evaluate likelihood of confusion. [Expert Report: October 30, 2018. Deposition: February 6, 2019.]

Scott R. Bernard v. Public Power, LLC*. In the Circuit Court of Cook County, Illinois County Department, Chancery Division. Survey and expert report to evaluate unfair and deceptive trade practices. [Expert Report: October 17, 2018.]

MZ Wallace Inc. v. Sue Fuller, d/b/a/ The Oliver Thomas, and Black Diamond Group, Inc.* United States District Court Southern District of New York. Survey and expert report to evaluate likelihood of confusion. [Expert Report: September 14, 2018. Deposition: October 22, 2018.]

Kristian Zamber v. American Airlines, Inc.* United States District Court Southern District of Florida Miami Division. Survey and expert report to evaluate unfair and deceptive trade practices. [Expert Report: September 10, 2018. Deposition: October 19, 2019.]

Thomas Blitz v. Monsanto Company.* United States District Court Western District of Wisconsin. Survey and expert report to evaluate liability and harm claims related to consumer perceptions in labeling matter. [Expert Report: July 30, 2018. Deposition: August 8, 2018.]

State of Washington* v. Johnson & Johnson, Ethicon, Inc. Ethicon US, LLC. King County Superior Court State of Washington. Survey and expert report to evaluate unfair and deceptive trade practices. [Expert Report: July 27, 2018.]

Newmark Realty Capital, Inc.* v. BCG Partners, Inc. United States District Court Northern District of California San Jose Division. Expert report in trademark matter. [Expert Report: July 6, 2018. Supplemental Report: July 20, 2018. Deposition: September 18, 2018.]

Steven A. Conner DPM, P.C. v. Optum 360, LLC.* United States District Court Eastern District of Pennsylvania. Expert report in Telephone Consumer Protection Act case. [Expert Report: June 28, 2018. Deposition: July 17, 2018.]

Advice Interactive Group, LLC* v. Web.Com Group, Inc. United States District Court for the Middle District of Florida Jacksonville Division. Expert report in copyright apportionment case. [Expert Rebuttal Report: June 18, 2018. Deposition: June 29, 2018.]

State of Washington* v. Comcast Cable Communications Management, LLC, et. al. State of Washington King County Superior Court. Survey and expert report to evaluate unfair and deceptive trade practices. [Expert Report: June 4, 2018. Deposition: July 31, 2018. Trial Testimony: December 11-12, 2018.]

Global Brand Holdings, LLC* v. Church & Dwight Co., Inc. United States District Court Southern District of New York. Survey and expert report in trademark infringement matter. [Expert Report: May 21, 2018. Rebuttal Report: June 15, 2018. Deposition: July 11, 2018.]

Josephine James Edwards v. Hearst Communications, Inc.* United States District Court for the Southern District of New York. Survey and expert report to evaluate consumer perceptions of information sharing. [Expert Report: April 16, 2018. Deposition May 25, 2018.]

Forever 21, Inc.* v. Gucci America, Inc., and Guccio Gucci S.p.A. United States District Court Central District of California Western Division. Survey and expert report in trade dress claims matter. [Expert Report: March 23, 2018. Supplemental Report: April 12, 2018. Deposition May 30, 2018.]

Masterbuilt Manufacturing, LLC v. Wal-Mart Stores, Inc.* United States District Court for the Middle District of Georgia Columbus Division. Expert report in patent infringement matter relating to consumer demand. [Expert Report: February 23, 2018. Deposition: March 27, 2018.]

Strategic Partners, Inc.* v. Koi Design, LLC. United States District Court Central District of California. Survey and expert report in trademark infringement matter. [Expert Report: February 13, 2018.]

Hard Rock Café International (USA), Inc., and Tarsadia Hotels v. RockStar Hotels, Inc.* United States District Court for the Southern District of Florida Fort Lauderdale Division. Survey and expert report in trademark infringement matter. [Expert Report: February 12, 2018.]

Ghostbed, Inc. and Werner Media Partners, LLC d/b/a Nature's Sleep, LLC v. Casper Sleep, Inc., Red Antler, LLC and ICS, Inc.* United States District Court for the Southern District of Florida. Survey of awareness of mattress companies and advertising slogans. [Expert Report: January 2, 2018. Deposition: January 23, 2018.]

Shelia Dashnaw, et. al. v. New Balance Athletics, Inc.* United States District Court Southern District of California. Review of expert report and contingent valuation/conjoint survey to evaluate consumer perceptions in false advertising claim. [Expert Report: November 8, 2017. Deposition: November 28, 2017.]

State of Arizona v. Volkswagen AG, et. al.* Superior Court of the State of Arizona – Maricopa County. Declaration and research on purchasing behavior for luxury, specifically Porsche buyers. Survey of advertising materials and material impact on purchasing decisions. [Expert Report: November 10, 2017. Expert Report: December 14, 2017]

Tri-Union Seafoods, LLC v. Otis McAllister, Inc.* United States Patent and Trademark Office before the Trademark Trial and Appeal Board. Survey and expert report on market parameters and customer perceptions. [Expert Report: September 27, 2017.]

Martin Schneider, et. al. v. Chipotle Mexican Grill, Inc.* United States District Court Northern District of California. Review of expert report and contingent valuation/conjoint survey to evaluate consumer perceptions in false advertising claim. [Expert Report: September 15, 2017. Deposition: November 22, 2017.]

ADT LLC, and ADT US Holdings, Inc., v. Vivint, Inc.* United States District Court Southern District of Florida Palm Beach Division. Expert report on sampling and data analysis. [Expert Report: July 24, 2017. Deposition: August 18, 2017.]

Michael Kors, L.L.C.* v. Chunma USA, Inc. United States District Court Central District of California. Expert report on likelihood of confusion. [Expert Report: August 4, 2017. Deposition: October 31, 2017.]

Weems Industries, Inc. v. Plews, Inc.* United States District Court for Northern District of Iowa, Cedar Rapids Division. Expert report on likelihood of confusion. [Expert Report: May 1, 2017. Deposition: August 1, 2017.]

Trevor Singleton et. al. v. Fifth Generation, Inc. d/b/a Tito's Handmade Vodka.* United States District Court for the Northern District of New York. Survey and expert report on false advertising issues. [Expert Report: April 21, 2017. Deposition: July 10, 2017.]

Mars Incorporated and Mars, Petcare US, Inc. v. The J. M. Smucker Company and Big Heart Pet, Inc.* United States District Court for the Eastern District of Virginia. Survey and expert report on likelihood of confusion. [Expert Report: April 6, 2017. Deposition: June 30, 2017.]

Professional Liability Insurance Services, Inc. v. U.S. Risk, Inc. and Crystal Jacobs.* United States District Court for Western District of Texas, Austin Division. Expert report on likelihood of confusion. [Expert Report: April 4, 2017. Deposition: June 22, 2017.]

Luxe Hospitality Company, Inc.* v. SBE Entertainment Group. United States District Court Central District of California. Survey and expert report on genericness. [Expert Report: March 6, 2017. Deposition: March 30, 2017.]

Desiccare, Inc. v. Boveda, Inc.* and Charles Rutherford. United States District Court for the Central District of California. Survey and expert report on false advertising issues. [Expert Report: December 5, 2016. Deposition: January 25, 2017.]

Scat Enterprises, Inc. v. FCA US LLC.* United States District Court for the Central District for California Western Division. Survey and expert report on likelihood of confusion. [Expert Report: November 21, 2016.]

YETI Coolers, LLC v. RTIC Coolers, LLC.* United States District Court Western District of Texas, Austin Division. Survey and expert report on secondary meaning. Rebuttal of reports on fame, secondary meaning and likelihood of confusion. [Expert Report: November 18, 2016. Deposition: January 13, 2017.]

Lifeway Foods Inc. v. Millennium Products, Inc. d/b/a GT'S Kombucha/ Synergy Drinks/ CocoKeifer LLC.* United States District Court Central District of California. Rebuttal report to Plaintiff's counsel's survey. [Expert Report: October 17, 2016.]

adidas America, Inc. et. al. v. Skechers USA, Inc.* District of Oregon. Portland Division. Surveys and expert reports to evaluate secondary meaning, likelihood of confusion, and brand recognition. [Expert Report: October 14, 2016. Deposition: January 10, 2016. Expert Report: November 6, 2015. Deposition: November 24, 2015. Preliminary Injunction testimony: December 15, 2015.]

In the Matter of Certain Potassium Chloride Powder Products. United States International Trade Commission, Washington DC. Survey to evaluate false advertising claims associated with pharmaceuticals. [Expert Report: October 13, 2016.]

AMID, Inc.* v. Medic Alert Foundation United States, Inc. d/b/a Medic Alert Foundation and Justin Noland. Southern District of Texas. Houston Division. Expert report in trade dress infringement matter. [Expert Report: September 22, 2016. Preliminary Injunction Hearing Testimony: October 11, 2016.]

Surgiquest, Inc. v. Lexion Medical LLC*. District Court of Delaware. Expert report evaluating evidence in false advertising matter. [Expert Report: August 19, 2016. Deposition: October 7, 2016. Trial testimony: April 10, 2017.]

GIT-R-DONE Productions Inc.* v. GITERDONE C Store LLC. Southern District of Mississippi. Southern Division. Survey and expert report evaluating recognition and association of phrase with celebrity. [Expert Report: July 29, 2016.]

State of Oregon* v. Living Essentials LLC and Innovation Ventures LLC. Circuit Court of the State of Oregon. Survey and analysis used as evidence in false advertising matter. [Trial Testimony: July 6, 2016. Rebuttal testimony: July 19, 2016.]

Teferi Abebe Bikila. et. al. v. Vibram USA, Inc. et. al.* District of Washington at Tacoma. Survey and expert report to evaluate awareness and potential confusion related to athlete endorsement. [Expert Report: June 21, 2016. Rebuttal Report: August 23, 2016.]

Noah Silver-Sky, Fabian Lozano, and Jorge Rodriguez; and ROES 1-400 v. SRAC Holdings I, INC., Strategic Restaurants Acquisition Company, LLC, Strategic Restaurants Acquisition Company II, LLC, Strategic Restaurants Acquisition Corp.* American Arbitration Association – Commercial Arbitration Tribunal. Statistical sample, analysis, and expert report on the impact and commonality of edits to workers time. [Expert Report: May 23, 2016. Deposition: August 30, 2016.]

Homeland Housewares, LLC and Nutribullet, LLC v. SharkNinja Operating LLC.* Central District of California, Western Division. Survey and expert report to evaluate misleading advertising claims. [Expert Report: February 19, 2016. Deposition: April 18, 2016.]

QuickChek Corporation* v. Gold Associates, Inc. District of New Jersey. Survey and Report on likelihood of confusion. [Preliminary Report: January 5, 2016.]

TOD'S S.p.A.* v. Mycoskie, LLC Respondent. United States Patent and Trademark Office - TTAB. Survey and Expert report on likelihood of confusion. [Expert Report: December 15, 2015.]

Razor USA LLC* vs. Vizio, INC. Central District of California. Survey and expert report to evaluate likelihood of confusion. [Expert Report: August 13, 2015. Deposition: September 14, 2015.]

In Connection with Sprint Communications Company L.P. and Sprint Spectrum L.P.* v. Comcast Cable Communication LLC et al. Eastern District of Pennsylvania. Conjoint survey and expert report to evaluate consumer preferences for particular features of cable packages. [Expert Report: June 17, 2015. Reply Report: July 29, 2015. Deposition: April 14, 2015.]

Select Comfort Corporation; and Select Comfort SC Corporation* v. John Baxter; Dires LLC; Scott Stenzel; and Craig Miller and Digi Craft Agency and Direct Commerce. District of Minnesota. Survey and expert report for evidence of secondary meaning. [Expert Report: May 20, 2015. Deposition: June 16, 2015. Trial testimony: October 9, 2017.]

In the Matter of Certain Footwear Products. United States International Trade Commission, Washington DC. Survey to evaluate secondary meaning associated with footwear. [Expert Report: April 17, 2015. Rebuttal Report: May 13, 2015. Deposition: May 19, 2015. Testimony before the International Trade Commission: August 6, 2015.]

Circle Click Media LLC, Metro Talent LLC, and CTNY Insurance Group v. Regus Management Group, LLC, Regus Business Centre LLC, Regus PLC and HQ Global Workplaces LLC.* Northern District of California. Survey of business consumers used to address class certification and false advertising claims. [Expert Report: April 1, 2015. Deposition: May 6, 2015.]

*In re* Determination of Royalty Rates and Terms for Ephemeral Recording and Digital Performance of Sound Recordings. Before the United States Copyright Board. Survey and Expert Report on consumer substitution of various music listening options. [Expert Report: February 24, 2015. Deposition: March 27, 2015. Hearing Testimony: May 29, 2015.]

Larry Butler, Joseph Leonard, Kevin Barnes, Victor Matos, Alfred Blair, and Martin Champion, Individually and On Behalf of All Others Similarly Situated* v. Sears, Roebuck and CO. Northern District of Illinois – Eastern Division. Surveys, statistical analysis and Expert Report on issues of experienced rates and consumer preference for machines with product defects. [Expert Report: February 2, 2015.]

* Retaining party

## Publications and Presentations

"A tale of two cups: Acquired distinctiveness and survey evidence before the TTAB." (May-June 2020), with Healey Whitsett. *The Trademark Reporter.*

"Survey response bias and the 'privacy paradox': Evidence from a discrete choice experiment." (May, 2020), with Garrett Glasgow in *Applied Economics Letters.* DOI: 10.1080/13504851.2020.1770183.

NAD Panel – "Consumer Perception Survey Design Safeguards & Pitfalls." National Advertising Division Annual Meeting, New York, NY (September, 2019).

INTA Panel – "Surveys in the Brave New World: Designing and Using Survey Evidence in the Age of Online Shopping, Influencers and Hashtags." Annual Meeting, Boston MA (May, 2019).

"The value of non-personally identifiable information to consumers of online services: evidence from a discrete choice experiment," (2016) with Garrett Glasgow in *Applied Economics Letters*, DOI: 10.1080/13504851.2016.1197357.

"Using Survey Methods to Demonstrate the Value of Personal Information and Privacy" (May 2015) *Panel on Privacy, Security and IRBs – American Association for Public Opinion Research,* Annual Meeting, Hollywood Florida.

"Battle of the Experts—Deploying the Proper Scientific Methodology for Supporting or Challenging Claims" (March 13, 2015) invited panelist at the *Advanced Forum on Resolving & Litigating Advertising Disputes.*

"Effective Use of Surveys in Trademark Litigation," (August, 2014) *Knowledge Group Webinar*.

"The Use of Statistical Sampling Post-Duran," (August, 2014) *Law360*.

"The Value of Personal Information to Consumers of Online Services: Evidence from a Discrete Choice Experiment," (June 19, 2014). *National Economic Research, Inc.*

"An assessment of the nonmarket benefits of the Water Framework Directive for households in England and Wales," with Metcalfe, Baker, Andrews, Atkinson, Bateman, Carson, East, Gueron, Sheldon and Train in *Water Resources Research,* 48:W10516. (Paper awarded Editor's Choice Award for 2013).

ABA Webinar "The Use of Surveys in Advertising Substantiation" (June 23, 2011).

"Meeting the New Standards for Reasonable Royalties," (February, 2011) with Mario Lopez. *Law360.*

"Survey Evidence in False Advertising Cases," (Winter, 2010). *The Antritrust Trial Practice Newsletter.*

"The Use of Surveys in Litigation: Recent Trends," (April, 2010) with Kent Van Liere. National Economic Research Associates, Inc.

"Emerging Issues in the Use of Surveys in Trademark Infringement on the Web," with Kent Van Liere. Paper published in the *Advanced Trademark & Advertising Law Conference* proceedings, September 2007, Seattle, WA.

"An Analysis of the Hypothetical Situations in Willingness to Pay Studies." Paper presented at the July 2006 Thematic Seminar "Quality Criteria in Survey Research," hosted by World Association for Public Opinion Research, Lake Como, Italy.

"Use of Surveys in Intellectual Property Disputes," (2005) with Eugene P. Ericksen, in *Economic Approaches to Intellectual Property Policy, Litigation and Management Issues,* Gregory K. Leonard and Lauren J. Stiroh (eds.) National Economic Research Associates, Inc.

"Response Rate Standards: Lessons from the 2004 Presidential Polls." Paper presented at the 2005 Annual Meeting of American Association of Public Opinion Research, Miami Beach, FL.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, March 2004 Charlotte, NC.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, January 2004 San Diego, CA.

"Using Surveys to Determine Damages in Patent Infringement Cases" presented at *Calculating and Proving Patent Damages* workshop, June 2003, McLean, VA.

## Professional Associations

Member, American Association of Public Opinion Research and World Association for Public Opinion Research, Member, American Statistical Association, Member, American Bar Association, Intellectual Property Section, Member, International Trademark Association (INTA), Reviewer for *Trademark Reporter*, Member, American Marketing Association.

# Exhibit B

**Exhibit B**

**Materials Considered**

## Court Documents

- Corrected Amended Class Action Complaint, *Javier Cardenas, Rodney and Pamela Baker, Michelle Monge, and Kurt Kirton, individually and on behalf of all others similarly situated v. Toyota Motor Corporation, Toyota Motor Sales, U.S.A., INC., Toyota Motor Engineering & Manufacturing North America, INC., and Southeast Toyota Distributors, LLC*, United States District Court Southern District of Florida, Case No.: 18-22798-CIV-MORENO, dated October 28, 2019.

## Depositions

- Deposition of Javier Rene Cardenas, dated September 24, 2020.

- Deposition of Kurt Wayne Kirton, dated September 25, 2020.

- Deposition of Michelle Monge, dated October 1, 2020.

- Deposition of Rodney Baker, dated September 17, 2020.

## Survey Literature

- Braunsberger, Karin, Hans Wybenga, Roger Gates, 2007. "A comparison of reliability between telephone and web-based surveys," Journal of Business Research 60.
- Diamond, Shari, S. (2011) "*Reference Guide on Survey Research*," *Reference Manual on Scientific Evidence,* Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council (hereafter "*Diamond*"), pp. 359-423.
- Lindhjem, Henrik and Ståle Navrud, 2011. "Are Internet surveys an alternative to face-to-face interviews in contingent valuation?" Ecological Economics 70, no. 9.
- The Federal Judicial Center's (2004) Manual for Complex Litigation, Fourth Edition, §11.493, p. 103.

## Websites

- http://info.researchnow.com/rs/105-ZDT-791/images/Dynata_Panel%20Book_2.19.pdf
- https://b2b.autotrader.com/app/uploads/2020-Car-Buyer-Journey-Study.pdf
- https://inpwrd.com/the_role_of_content_inpowered.pdf
- https://lifehacker.com/five-best-car-comparison-sites-1670698359
- https://www.autopayplus.com/6-best-car-review-sites-where-to-find-best-car-reviews/
- https://www.consumerreports.org/cro/index.htm

- https://www.coxautoinc.com/learning-center/2019-car-buyer-journey-study/
- https://www.doughroller.net/cars/get-the-best-deal-buying-or-selling-your-car-with-these-7-sites/
- https://www.edmunds.com/
- https://www.edmunds.com/toyota/camry/
- https://www.edmunds.com/toyota/camry-hybrid/
- https://www.google.com/recaptcha/intro/v3.html
- https://www.motortrend.com/
- https://www.nydailynews.com/autos/street-smarts/5-best-websites-tools-apps-buying-car-article-1.2951439
- https://www.similarweb.com/website/kbb.com#referrals
- https://www.statista.com/statistics/788261/time-spent-vehicle-buying/
- https://www2.deloitte.com/content/dam/Deloitte/us/Documents/manufacturing/us-auto-global-automotive-consumer-study-100914.pdf

**Bates Numbered Documents**

- TOY-CARDENAS-00097765
- TOY-CARDENAS-00097766
- TOY-CARDENAS-00097767
- TOY-CARDENAS-00097768
- TOY-CARDENAS-00097769
- TOY-CARDENAS-00097770
- TOY-CARDENAS-00097772
- TOY-CARDENAS-00097773
- TOY-CARDENAS-00097774
- TOY-CARDENAS-00097775
- TOY-CARDENAS-00097776
- TOY-CARDENAS-00097777
- TOY-CARDENAS-00097778
- TOY-CARDENAS-00097779
- TOY-CARDENAS-00109643
- TOY-CARDENAS-00109644
- TOY-CARDENAS-00109645
- TOY-CARDENAS-00109646
- TOY-CARDENAS-00109647
- TOY-CARDENAS-00109648

- TOY-CARDENAS-00115282
- TOY-CARDENAS-00125414
- TOY-CARDENAS-00136354

**Other Documents**

- Toyota Technical Service Bulletin. May 9, 1997.

# Exhibit C

CLUB OPINIONS

ARE YOU READY TO MAKE
A DIFFERENCE WITH
YOUR OPINION ?

null

Take the survey below and help influence future products.

START SURVEY

Your opinions are cherished at ClubOpinions.

Start this survey now and share your opinions for the chance to complete and earn rewards.

**Reward offer:**

**Average length:** 7 minutes

You can also access surveys by clicking on the following link:
http://dkr1.ssisurveys.com/projects/start?psid=wWpuHWUNDqp8AFDlbGP9Aq**

Thank you for your participation!
**The ClubOpinions Team**

Privacy Policy | Terms and Conditions | Unsubscribe | Contact

You received this e-mail as a member of ClubOpinions.Please do not reply to this e-mail.For help contact us.
ClubOpinions is a product of Dynata, LLC f/k/a Survey Sampling International, LLC, 6 Research Drive, Shelton,Connecticut 06484 USA.

# Exhibit D

# *Auto Review Survey*

**[DO NOT ALLOW ROUTED SURVEY TRAFFIC]**

**[PROGRAMMER: DISABLE RESUME LATER BUTTON FOR ENTIRE SURVEY]**

**[INTRODUCTION]** Thank you for your willingness to participate in our study.  This is a brief study which should take no more than 10 minutes of your time.  The responses you give to our questions are very important to us.  If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response, where appropriate.  Your answers will only be used in the aggregate and your personal information will be kept confidential.  The results of this study will not be used to try to sell you anything.  When you are ready to get started, please click the ">" button.

S1.   Before continuing with this survey, please carefully read these instructions:
- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

1. I have read the above instructions and understand them, and I will adhere to these instructions.
2. I do not understand the above instructions, or I don't wish to agree to them. **[SCREEN OUT]**

S2.   What device are you using to complete this survey?
1. Desktop computer
2. Laptop computer
3. Tablet computer
4. Smartphone **[SCREEN OUT]**
5. Other **[EXCLUSIVE; SCREEN OUT]**

S3.   Please verify that you are human.
  **[INSERT reCAPTCHA.]**

S4. Are you…?

1. Male
2. Female

**[TERMINATE IF GENDER DOES NOT MATCH PANEL DATA]**

S5. Please select your age. **[PROVIDE DROP DOWN BOX WITH AGE]**
[**1-99 RANGE, ALLOW ONLY 18 AND ABOVE.]**
Prefer not to answer **[INCLUDE IN DROP DOWN BOX, SCREEN OUT**]
**[TERMINATE IF AGE DOES NOT MATCH PANEL DATA]**

S6. In which state do you currently reside?
**[INSERT DROP DOWN BOX WITH STATE; US STATES AND DC ONLY; OUTSIDE US OPTION, SCREEN OUT IF SELECTED]**

S7. Please enter your zip code.
**[SCREEN OUT IF STATE & ZIP DO NOT MATCH]**

S8. In the past three months, have you taken a survey on any of the following topics**?**
***(Select all that apply)*** **[RANDOMIZE 1-5]**

1. Cars, SUVs/crossovers or minivans **[SCREEN OUT]**
2. Car, SUV/crossover or minivan parts **[SCREEN OUT]**
3. Consumer electronics
4. Off-road vehicles
5. Exercise equipment
6. None of these **[ANCHOR; EXCLUSIVE]**
7. Don't know / unsure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

S9. Do you or do any members of your household work for any of the following?
***(Select all that apply)*** **[RANDOMIZE 1-7]**

1. A market research or advertising company **[SCREEN OUT]**
2. A car, SUV/crossover, minivan or truck dealership **[SCREEN OUT]**
3. A company that makes or manufactures cars, SUVs/crossovers, minivans, or trucks or parts for cars, SUVs/crossovers, minivans, or trucks **[SCREEN OUT]**
4. An auto shop/garage that repairs cars, SUVs, minivans or trucks **[SCREEN OUT]**
5. A company that makes or manufactures consumer electronics
6. A company that makes or manufactures off-road vehicles
7. A company that makes or manufactures exercise equipment
8. None of these **[ANCHOR; EXCLUSIVE]**
9. Don't know / unsure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

S10. Which of the following items, if any, are you considering purchasing in the next two years? ***(Select all that apply)*** **[RANDOMIZE 1-9]**

1. New car
2. Used car
3. New SUV/crossover
4. Used SUV/crossover
5. New minivan
6. Used minivan
7. New motorcycle
8. New boat
9. Used motorcycle
10. Used boat
11. Off-road vehicle
12. None of these **[ANCHOR; EXCLUSIVE; SCREEN OUT]**
13. Don't know / unsure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

**[IF ALL IN 1-11 SELECTED SCREEN OUT]**
**[IF S10 IS NOT 1 "NEW CAR" SCREEN OUT]**

S11. Which of the following new vehicle brand(s) are you considering purchasing in the next two years? ***(Select all that apply)*** **[DISPLAY 1-18 IN ALPHABETICAL ORDER]**

1. Audi
2. BMW
3. Chevrolet
4. Dodge
5. Ford
6. GMC
7. Honda
8. Hyundai
9. Jeep
10. Kia
11. Lexus
12. Mazda
13. Mercedes-Benz
14. Nissan
15. Subaru
16. Tesla
17. Toyota
18. Volkswagen
19. Other ***(Please specify)*** **[ANCHOR]**
20. Don't know / unsure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

**[SCREEN OUT IF S11 IS NOT TOYOTA (S11=17)]**

S12. Which of the following new **Toyota** models are you considering purchasing in the next two years? ***(Select all that apply)***

1. Compact
2. Four-door sedan
3. SUV/crossover
4. Minivan
5. Hatchback
6. Sports car
7. Other ***(Please specify)***
8. Don't know / unsure **[ANCHOR; EXCLUSIVE. SCREEN OUT]**

**[TO QUALIFY AS TOYOTA PROSPECTIVE PURCHASER MUST HAVE SELECTED S12=2, "FOUR-DOOR SEDAN". OTHERWISE, SCREEN OUT.].**

S13. Which of the following car engine types are you willing to consider purchasing in the next two years?
***(Select all that apply)*** **[RANDOMIZE 1-4]**

1. Electric
2. Diesel
3. Gasoline
4. Hybrid
5. Don't know / unsure **[ANCHOR; EXCLUSIVE.]**

**[WITHIN EACH OF THE DISCLOSURE/VEHICLE GROUPS, RANDOMLY ASSIGN TO DISCLOSURE/NON-DISCLOSURE GROUP. SEE CHART BELOW INDICATING WHICH IMAGE TO SHOW TO WHICH GROUP, AS WELL AS THE HYBRID IMAGE TO SHOW IF APPLICABLE.]**

| **Group** | **Vehicle** | **LOGIC FOR GROUP ASSIGNMENT** |
|---|---|---|
| 1. DISCLOSURE | Toyota Sedan – Camry | S11=17 & S12=2 |
| 1. DISCLOSURE | Toyota Sedan – Camry HV | S11=17 & S12=2 & S13 IS ONLY 4 |
| 2. NON-DISCLOSURE | Toyota Sedan – Camry | S11=17 & S12=2 |
| 2. NON-DISCLOSURE | Toyota Sedan – Camry HV | S11=17 & S12=2 & S13 IS ONLY 4 |

**[INTRO TO MAIN QUESTIONNAIRE]**

Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / unsure." Please do not guess.

**[NEW SCREEN]**

Imagine you were gathering information about vehicles you might consider purchasing and you came across the following. Please review this information as you normally would if you were considering making a vehicle purchase.

**[SHOW VEHICLE REVIEW BASED ON GROUP ASSIGNMENT; ADD FIVE SECOND DELAY ON REVIEW WEBPAGE BEFORE RESPONDENT IS ABLE TO PROCEED].**

**[SHOW WEBPAGE AS FULL PAGE FIT TO BROWSER WINDOW. WHERE HYPERLINKS APPEAR, RESPONDENTS CAN CLICK TO VIEW MORE INFORMATION. RECORD CLICKS]**

**[PARTIAL EXAMPLE PAGE FOR CAMRY NON-DISCLOSURE GROUP]**



**[PARTIAL EXAMPLE PAGE FOR CAMRY DISCLOSURE GROUP]**



**<u>DISCLOSURE LANGUAGE, FOR DISCLOSURE GROUP</u>:**

*[PROGRAMMER: The below disclosure language will be featured as the third bullet under "cons" for the "disclosure group" vehicles.*

> Toyota has disclosed that the HVAC system in Camry and Camry HV models may emit a musty, damp, and/or sour odor. (hyperlink to click for more information)
>
> HVAC system odor has many causes, and may be caused by a design that allows condensing water to accumulate and for naturally occurring organic materials to be trapped in the system.

*[PROGRAMMER: if link is clicked, show the additional explanation below]*

> The musty, damp, and/or sour odor is most noticeable when the air conditioner is first turned "ON" after the vehicle has been parked for several hours.
>
> There is no way to eliminate this odor, but there are available steps and maintenance items not covered by warranty to help reduce its intensity. There will be no advanced warnings prior to the existence of this condition; you will become aware of it if it occurs.

**<u>ALL VEHICLES, BOTH DISCLOSURE AND NON-DISCLOSURE</u>**

**"PROS"**

**1. COMBINED FUEL ECONOMY** *[header only, do not program]*

*[PROGRAMMER: "Combined fuel economy" is featured at the top of the page, to the right of the car image. If it is clicked, the following text should appear in a pop-up]*

Fuel economy is often measured in MPG and is usually broken out by MPG in the city versus highway. The higher the MPG, the farther you can drive on a tank of gas. A car with good fuel economy is likely to save you money on gasoline in the long run and can be better for the environment. Combined fuel economy is the weighted average of City MPG and Highway MPG, assuming that the vehicle is driven in the city 55 percent of the time and on the highway 45 percent of the time.

**2. HORSEPOWER** *[header only, do not program]*

*[PROGRAMMER: "Horsepower" is featured at the top of the page, to the right of the car image. If it is clicked, the following text should appear in a pop-up]*

Horsepower is a measure of the power produced by a vehicle's engine. It gives an idea of how the power of a vehicle compares to other vehicles. A higher horsepower number means a more powerful engine. Vehicles with higher horsepower have a tendency to accelerate more quickly. High horsepower cars are generally stylish and expensive, and considered fun to drive.

**"CONS"**

**1. DISCLOSURE LANGUAGE**

*[PROGRAMMER: See instructions above]*

**2. NO MANUAL TRANSMISSION**

*[PROGRAMMER: "No manual transmission" is featured in the list of "cons". If it is clicked, the following text should appear in a pop-up]*

A manual transmission car which is also known as a stick shift, is a type of transmission that uses a driver-operated clutch which is engaged and disengaged by a foot pedal or hand lever. This mechanism allows the driver to regulate torque and power transfer. For some drivers, manual cars are more engaging. Manual cars are often easier to maintain, have better fuel economy, and give the driver more control. In addition, they are generally less expensive to repair than their automatic counterpart.

QV1. Were you able to see the information clearly? **[ROTATE OPTIONS 1 AND 2]**

1. Yes
2. No **[SCREEN OUT]**
3. Don't know / unsure **[SCREEN OUT]**

**[FOR SUBSEQUENT QUESTIONS UP TO Q7– SHOW THUMBNAIL OF REVIEW WITH CAPTION UNDERNEATH STATING, "Click on the review to enlarge." DO NOT SHOW THUMBNAIL IN Q8 AND ONWARDS. CAPTURE CLICKS; VARIABLE FOR EACH QUESTION]**

Q1. What information in this review, if any, is important to you? ***(Please type in your response)*** **[INDICATE "CLICK ON THE REVIEW TO ENLARGE' FOR EACH BROCHURE THUMBNAIL]**

Q2. Anything else? ***(Please type in your response)***

Q3. Is there any information in this review that positively affects your perception of this vehicle? **[ROTATE OPTIONS 1 AND 2]**

1. Yes
2. No **[GO TO Q5]**
3. Don't know / unsure **[GO TO Q5]**

Q4. **[ASK IF Q3=YES]** What information in this review positively affects your perception of this vehicle? ***(Please type in your response)***

Q5. Is there any information in this review that negatively affects your perception of this vehicle? **[ROTATE OPTIONS 1 AND 2]**

1. Yes
2. No **[GO TO Q7]**
3. Don't know / unsure **[GO TO Q7]**

Q6. **[ASK IF Q5=YES]** What information in this review negatively affects your perception of this vehicle? ***(Please type in your response)***

Q7. Based on the information in this review, how interested would you be in purchasing this vehicle? **[ROTATE ENDS OF SCALE – VERY LIKELY TO VERY UNLIKELY, OR REVERSE]**

1. Very likely
2. Somewhat likely
3. Neither likely nor unlikely
4. Somewhat unlikely
5. Very unlikely
6. Don't know / unsure **[ANCHOR; EXCLUSIVE]**

Q8. Did the product description you reviewed include information about any of the following features? **[RANDOMIZE ROWS 1-6; ROTATE ORDER OF YES AND NO COLUMNS.]**

| **[Feature]** | **Yes** | **No** | **Don't know / unsure** |
|---|---|---|---|
| HVAC System | | | |
| Fuel Economy | | | |
| Horsepower | | | |
| Interior Style | | | |
| Infotainment | | | |
| Exterior Style | | | |

Q9. Are you aware of any current civil lawsuits against manufacturers of the following products?
**[PROGRAMMER: RANDOMIZE ROWS. ROTATE ORDER OF YES AND NO COLUMNS.]**

| | Yes | No | Don't know / unsure |
|---|---|---|---|
| Vehicles | | | |
| Household appliances | | | |
| Motorcycles | | | |
| Smartphones | | | |

Q10. You said that you were aware of a current civil lawsuit against a vehicle manufacturer. Which of the following vehicle brands is/are the lawsuit(s) against?

1. Audi
2. BMW
3. Chevrolet
4. Dodge
5. Ford
6. GMC
7. Honda
8. Hyundai
9. Jeep
10. Kia
11. Lexus
12. Mazda
13. Mercedes-Benz
14. Nissan
15. Subaru
16. Tesla
17. Toyota
18. Volkswagen
19. Other ***(Please specify)*** **[ANCHOR]**
20. Don't know / unsure **[ANCHOR; EXCLUSIVE]**

**[ASK Q11 IF Q10 = "Toyota"]**

Q11. You mentioned that you are aware of current civil lawsuits against Toyota vehicles. To the best of your knowledge, can you describe what the litigation is about? ***(Please type in your response)*** **[TEXT BOX]**

**END: Thank you your participation. Those are all the questions we have for you today!**

# Exhibit E

# AUTO REVIEW SURVEY
## DISCLOSURE GROUP
## GAS ENGINE EXAMPLE

Thank you for your willingness to participate in our study. This is a brief study which should take no more than 10 minutes of your time. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response, where appropriate. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the ">" button.



Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions and understand them, and I will adhere to these instructions.

○ I do not understand the above instructions, or I don't wish to agree to them.

What device are you using to complete this survey?

- Desktop computer
- Laptop computer
- Tablet computer
- Smartphone
- Other

>

Please verify that you are human.

I'm not a robot

reCAPTCHA
Privacy - Terms

>

Are you...?

- ○ Male
- ○ Female

>

Please select your age.
-- Select --
>



In which state do you currently reside?

-- Select --

>

Please enter your zip code.

>

In the past three months, have you taken a survey on any of the following topics?

*(Select all that apply)*

- [ ] Off-road vehicles
- [ ] Consumer electronics
- [ ] Cars, SUVs/crossovers or minivans
- [ ] Car, SUV/crossover or minivan parts
- [ ] Exercise equipment
- [ ] None of these
- [ ] Don't know / unsure

Do you or do any members of your household work for any of the following?

*(Select all that apply)*

- ☐ A company that makes or manufactures consumer electronics
- ☐ A company that makes or manufactures off-road vehicles
- ☐ A car, SUV/ crossover, minivan or truck dealership
- ☐ A company that makes or manufactures cars, SUVs/crossovers, minivans, or trucks or parts for cars, SUVs/crossovers, minivans, or trucks
- ☐ An auto shop/garage that repairs cars, SUVs, minivans or trucks
- ☐ A market research or advertising company
- ☐ A company that makes or manufactures exercise equipment
- ☐ None of these
- ☐ Don't know / unsure

Which of the following items, if any, are you considering purchasing in the next two years?

***(Select all that apply)***

- [ ] Used boat
- [ ] Used motorcycle
- [ ] New car
- [ ] New SUV/crossover
- [ ] New motorcycle
- [ ] Used minivan
- [ ] Off-road vehicle
- [ ] Used car
- [ ] New minivan
- [ ] New boat
- [ ] Used SUV/crossover
- [ ] None of these
- [ ] Don't know / unsure

>

Which of the following new vehicle brand(s) are you considering purchasing <u>in the next two years</u>?

***(Select all that apply)***

- ☐ Audi
- ☐ BMW
- ☐ Chevrolet
- ☐ Dodge
- ☐ Ford
- ☐ GMC
- ☐ Honda
- ☐ Hyundai
- ☐ Jeep
- ☐ Kia
- ☐ Lexus
- ☐ Mazda
- ☐ Mercedes-Benz
- ☐ Nissan
- ☐ Subaru
- ☐ Tesla
- ☐ Toyota
- ☐ Volkswagen
- ☐ Other ***(Please specify)*** ______
- ☐ Don't know / unsure

>

Which of the following new **Toyota** models are you considering purchasing in the next two years?

***(Select all that apply)***

- ☐ Compact
- ☐ Four-door sedan
- ☐ SUV/crossover
- ☐ Minivan
- ☐ Hatchback
- ☐ Sports car
- ☐ Other ***(Please specify)*** ____
- ☐ Don't know / unsure

>

Which of the following car engine types are you willing to consider purchasing in the next two years?

***(Select all that apply)***

- ☐ Diesel
- ☐ Hybrid
- ☐ Electric
- ☐ Gasoline
- ☐ Don't know / unsure

>

Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / unsure." Please do not guess.



Imagine you were gathering information about vehicles you might consider purchasing and you came across the following. Please review this information as you normally would if you were considering making a vehicle purchase.

Kelley Blue Book
THE TRUSTED RESOURCE
Home
Car Values
Cars for Sale
Car Reviews
Car Repair Pricing
Research Tools
Home > Toyota > Camry > 2020
Used cars, New cars, Classic cars Join for Free. Worldwirde delivery!
OPEN
Advertisement
2020 Toyota Camry
Change vehicle
Get Your Quote
Overview
Reviews
Cars For Sale
Photos
Specs & Features
Safety
Styles
Combined Fuel Economy
34 MPG
Horsepower
203 HP
KBB Expert Rating
4.6
KBB Consumer Rating
3.8
Write a review
Build and Price
Find Inventory
MSRP $30,580
Other Years
2020 2019 2018 2017 2016 2015 2014 2013
2012 2011 2010 2009 2008 2007 2006 2005
2004 2003 2002 2001 2000 1999 1998 1997
1996 1995 1994 1993 1992 Less years
View more photos & videos (62)
Kelley Blue Book Instant Cash Offer
Get Cash
Advertisement
Pros
Standard suite of safety & driver-assist systems
Excellent history of reliability & resale value
Cons
No manual transmission
No plug-in hybrid option
What's New For 2020
All-wheel drive available on most models
Limited-edition Camry TRD performance variant debuts

Fuel economy is often measured in MPG and is usually broken out by MPG in the city versus highway. The higher the MPG, the farther you can drive on a tank of gas. A car with good fuel economy is likely to save you money on gasoline in the long run and can be better for the environment. Combined fuel economy is the weighted average of City MPG and Highway MPG, assuming that the vehicle is driven in the city 55 percent of the time and on the highway 45 percent of the time.





Horsepower is a measure of the power produced by a vehicle's engine. It gives an idea of how the power of a vehicle compares to other vehicles. A higher horsepower number means a more powerful engine. Vehicles with higher horsepower have a tendency to accelerate more quickly. High horsepower cars are generally stylish and expensive, and considered fun to drive.





A manual transmission car which is also known as a stick shift, is a type of transmission that uses a driver-operated clutch which is engaged and disengaged by a foot pedal or hand lever. This mechanism allows the driver to regulate torque and power transfer. For some drivers, manual cars are more engaging. Manual cars are often easier to maintain, have better fuel economy, and give the driver more control. In addition, they are generally less expensive to repair than their automatic counterpart.





Used cars, New cars, Classic cars Join for Free. Worldwirde delivery!
OPEN
2020 Toyota Camry
Change vehicle
Get Your Quote
Overview
Reviews
Cars For Sale
Photos
Specs & Features
Safety
Styles
Combined Fuel Economy
34 MPG
KBB Expert Rating
4.6
Horsepower
203 HP
KBB Consumer Rating
3.8
Write a review

The musty, damp, and/or sour odor is most noticeable when the air conditioner is first turned "ON" after the vehicle has been parked for several hours. There is no way to eliminate this odor, but there are available steps and maintenance items not covered by warranty to help reduce its intensity. There will be no advanced warnings prior to the existence of this condition; you will become aware of it if it occurs.

2012 2011 2010 2009 2008 2007 2006 2005
2004 2003 2002 2001 2000 1999 1998 1997
1996 1995 1994 1993 1992 Less years
View more photos & videos (62)
Get Cash
Pros
Standard suite of safety & driver-assist systems
Excellent history of reliability & resale value
Choice of 4-cylinder, V6 or hybrid powertrains
Comfortable yet taut driving manners
Now available with all-wheel drive
Cons
No manual transmission
No plug-in hybrid option
Toyota has disclosed that the HVAC system in Camry and Camry HV models may emit a musty, damp, and/or sour odor. HVAC system odor has many causes, and may be caused by a design that allows condensing water to accumulate and for naturally occurring organic materials to be trapped in the system.
What's New For 2020
All-wheel drive available on most models
Limited-edition Camry TRD performance variant debuts
Android Auto joins Apple CarPlay and Amazon Alexa integration

- Excellent history of reliability & resale value
- Choice of 4-cylinder, V6 or hybrid powertrains
- Comfortable yet taut driving manners
- Now available with all-wheel drive

- Toyota has disclosed that the HVAC system in Camry and Camry HV models may emit a musty, damp, and/or sour odor. HVAC system odor has many causes, and may be caused by a design that allows condensing water to accumulate and for naturally occurring organic materials to be trapped in the system.

variant debuts

- Android Auto joins Apple CarPlay and Amazon Alexa integration

Read less

Dealer Home Service
We'll bring this vehicle to you.
Video Walkaround
Test Drive at Home
Local Home Delivery
Find out about
Dealer Home Services
Search Available Vehicles

Kelley Blue Book
Get maintenance... from your door.
Learn more

Advertisement

## For Sale

**25373 Toyota Camry** vehicles nationwide

Browse Listings

TOYOTA
KENDALL
NO PAYMENTS 90 DAYS. SHOP FROM HOME. WE DELIVER.

2020 Toyota Camry LE

2020 Toyota Camry L

2020 Toyota Camry LE

2020 Toyota Camry LE



$21,731
0
$21,814
Mileage: 10
$21,914
Mileage: 1
$21,914
Mileage: 1
New Car Price Quote
Get the best deal on a new car!
Compare prices from three local dealers.
Make
Toyota
Model
Camry
Style/Trim
L
ZIP Code
Find Dealers
People Also Ask
Is the 2020 Toyota Camry a good car?
Yes, in fact the Camry is one of the best cars in its segment. It is safe, reliable, practical, stylish and drives well.
How much does a 2020 Toyota Camry cost?
A new Toyota Camry starts just over $24,000 and rises to beyond $37,000 for a loaded XSE V6 model.
DRIVE THE VOTE
Make Your Vote Count.
Election Day is November 3.
Register to Vote
Advertisement

Which is better, the Toyota Camry or Honda Accord?

Is the Toyota Camry available with all-wheel drive?

## 2020 Toyota Camry Expert Review

**#2 in** Best Midsize Cars of 2020

**Top 13 Features of the 2020 Toyota Camry**

**#1. Roomy cabin**

The 2020 Camry is a midsize sedan, yet still comes with 38 inches of rear legroom. That's about four inches more than a full-size Mercedes-Benz S-Class.

**#2. Pleasurable driving experience**
The words “pleasure” and “Camry” haven’t always been connected in this car’s history, but Toyota has really honed the current generation’s abilities.

**#3. Cavernous trunk**
Most versions of the 2020 Camry have 15.1 cubic feet of trunk space, enough for four medium-sized suitcases.

**#4. Hybrid drivetrain**
Toyota offers a 2020 Camry Hybrid that achieves 53 mpg on the highway.

**#5. Fuel-efficient 4-cylinder engine**
The base 2.5-liter engine develops a punchy 203 horsepower but can still run to 39 mpg on the highway.

**#6. Wonderful V6**
Smooth, quiet and endowed with 301 horsepower, this 3.5-liter V6 is for the more luxurious and/or sporty Camry variants.

**#7. Optional all-wheel drive**
For the first time in the Camry’s history, all-wheel drive becomes available. It’s paired with the 4-cylinder engine only and in LE trim or above.

**#8. Performance-oriented TRD version**
Another first for the Camry. This TRD (Toyota Racing Development) model has the V6, a sportier suspension setup, stronger brakes and grippier summer tires.

**#9. Toyota Safety Sense P**
Every 2020 Camry has adaptive cruise control, automatic emergency braking with pedestrian detection, active lane keeping and automatic high beams.

**#10. Solid reputation**
Over eight generations, the Camry has been a best-seller because of its reliability, build quality, affordability and robust resale values.

**#11. Android Auto, Apple CarPlay and Amazon Alexa**
For 2020, Android Auto smartphone integration joins Apple CarPlay as standard equipment. So does Amazon Alexa, which obeys spoken commands — for example, lock or unlock the doors.

**#12. Wi-Fi is standard**
Even in the most basic L trim.

**#13. Crash test champion**
The 2020 Camry received a perfect 5-star overall score from the National Highway Traffic Safety Administration (NHTSA), and the Insurance Institute for Highway Safety made it a “Top Safety Pick Plus.”

## Overview

The Toyota Camry remains one of the most popular, most recommendable sedans you can buy. Long the default choice for those looking for a reliable, comfortable and inoffensive midsize car, the Camry was reborn two years ago packing serious style, more features and better handling than ever, all while losing none of its trademark outstanding qualities.

The 2020 Camry faces stiff competition in the Honda Accord, Hyundai Sonata and Nissan Altima, but it stands out as being the only mainstream midsize sedan to still offer a V6 in addition to the standard 4-cylinder. A hybrid model that's rated up to 53 mpg is also available.

For 2020, the Camry continues to improve with the arrival of optional all-wheel drive (AWD) which helps this popular midsize Toyota compete with the AWD Subaru Legacy and Nissan Altima. What's more, a track-tuned Camry TRD performance edition has made its debut, and Android Auto has finally joined Apple CarPlay as standard equipment. There are now more Camry variants than ever, and it's hard to go wrong with any of them.

## Driving the 2020 Toyota Camry

For as long as we can remember, the Toyota Camry has been comfortable and compliant, but not all that invigorating to drive. It was essentially the vanilla ice cream of family sedans. That all changed with its revamp a couple of years ago that marked this Toyota sedan's eighth generation. A double-wishbone rear suspension, lower center of gravity and stiffer body structure all translated to a more dynamic and fun-to-drive experience. The Camry feels taut, but doesn't compromise the comfortable manners for which it's known.

Compared to the Honda Accord, the Camry still isn't quite as nimble, but it's close. And as it's long been, we think the Camry is slightly more comfortable and compliant than its Honda archrival. We are also fans of the Camry's precise steering feel and smooth 8-speed automatic transmission, which can also be shifted via paddles in some models.

The standard 4-cylinder engine that powers the majority of Camrys will suffice for most buyers and has a satisfying blend of performance and efficiency. The optional V6 making over 300 horsepower can easily chirp the front tires. Our surprise favorite is the Camry Hybrid (see Favorite Features).

New this year is the 2020 Camry TRD, developed in conjunction with Toyota Racing Development. This limited-edition Camry comes with the powerful V6 engine, a lower ride height and a host of suspension upgrades. The tweaks are noticeable, and the ride is stiff to the point that it can be jarring on rougher roads. We recommend giving it a good test drive first to see if it's your cup of tea. If it is, you'll be rewarded with the sharpest handling yet for a Toyota Camry.

Also new this year is all-wheel drive, available as an option on the 4-cylinder Camry LE, SE, XLE and XSE models. In good driving conditions, you'll never know this Camry has AWD because it drives just like a standard front-drive Camry. But in slippery wintry conditions, the AWD system helps this sedan move away from stoplights with ease while also contributing to improved stability when powering out of corners.

From 0 to 15 mph, the Dynamic Torque Control system, via an electromagnetic coupling in the rear differential, sends as much as 50 percent of the engine's power to the rear wheels, even before any front wheel slip is detected. This coupling disengages at higher speeds to improve fuel economy but automatically re-engages the moment AWD is needed.

A couple of downsides: AWD drops the Camry's EPA Combined fuel economy rating by about 3 mpg, and the fuel tank – reconfigured because of the driveshaft – shrinks from 16.0 gallons to 14.4.

**RELATED:** Best Midsize Cars of 2020

### Favorite Features

CAMRY HYBRID
The Camry Hybrid is the king of its castle, being the first midsize-hybrid sedan to break the 50-mpg barrier, with the current 2020 version earning a combined 52-mpg rating from the EPA. That easily beats competitors like the Honda Accord Hybrid, Kia Optima Hybrid and Ford Fusion Hybrid.

TOYOTA SAFETY SENSE P (TSS-P)
All new Camry models come with Toyota's robust suite of safety and active driver-assistance features. It bundles features like forward-collision warning, automatic emergency braking, lane-departure warning and lane-keeping assist, and adaptive cruise control.

### 2020 Toyota Camry Interior

The 2020 Camry's interior is an excellent blend of technology, style, comfort and practicality. As a whole, it functions amazingly well, with no unnecessary fluff. The Camry has a boldly designed dash composed of asymmetrical swoops and curves, a set of nicely bolstered front bucket seats and a spacious rear seat. Controls are straightforward and easy to use.

We like that the Toyota Camry has a traditional transmission selector, not potentially confusing buttons or a knob like the Honda Accord and Ford Fusion. The Camry has easy-to-use and easy-to-see controls for its 7- and 8-inch touch-screen infotainment systems, with redundant buttons on the steering wheel.

Base models get one USB port, while more expensive versions get three. Note that in the Camry TRD model, the rear seat doesn't fold as normal because of its additional rear bracing. Rear-seat air vents are standard on XLE and above models, or optional beginning on LE trims.

**2020 Toyota Camry Exterior**

Toyota continues to up its game with the Camry's exterior style, and this newest model is its most daring. We think this Camry is among the best-looking yet, and certainly the most design-forward. From front to back, the 2020 Camry aims to show off its dynamic athleticism and attitude. Its large front grille is hard to miss, and the Camry's sleek low aluminum hood shows off interesting creases.

One of the most surprising features is found on the sporty XSE models, which boast four — count 'em, four! — chrome exhaust tips. One of the most distinguishing style elements is the 2-tone Midnight Black Metallic roof, available on XSE and TRD models. The 2020 Camry Nightshade model, based on the SE, has blacked-out aesthetics, including black emblems and badges, and 18-inch black alloy wheels.

The new Toyota Camry TRD, meanwhile, is the most outrageous in the lineup. It also has blacked-out treatments, sits 0.6 inch lower, and is festooned with a black, boy-racer wing mounted to the trunk.

**2020 Toyota Camry Standard Features**

The 2020 Camry's lineup consists of L, LE, SE, XSE and XLE, with SE and XSE the sportier pair. A limited-edition TRD is new for 2020. The least expensive 2020 Toyota Camry L is a solid buy that includes automatic transmission, 6-way-manually adjustable front seats, the TSS-P suite of safety and driving aids, and an infotainment system that bundles a rearview camera and 6-speaker AM/FM audio system with Bluetooth, Apple CarPlay, Android Auto and Amazon Alexa integration, and USB/auxiliary inputs.

Still, for $545 more, we recommend stepping up to at least an LE as it includes a power driver's seat, 60/40-split/folding rear seats, an alarm system and 17-inch alloy wheels. Toyota Care (two years/25,000 miles of complimentary maintenance and 24/7 roadside assistance) is standard.

**2020 Toyota Camry Options**

Continuing the trim climb, the Toyota Camry SE brings more aggressive, darkened exterior aesthetics, 18-inch wheels, paddle shifters, sport front seats and sport-tuned suspension. XSE and XLE versions have dual-zone climate control, 7-inch configurable instrument display and 8-inch central touch screen, leather seats, selectable drive modes (Eco, Normal, Sport), blind-spot monitoring, panoramic glass roof with moonroof, and electric parking brake.

The Camry TRD is based on an SE model, but comes with the V6 engine that's optional in XSE and XLE models, plus a host of suspension and handling upgrades. Among the major options are a JBL premium audio system with navigation, full-speed radar cruise control, bird's-eye camera, ventilated front seats, Qi-compatible wireless phone-charging cradle and head-up display.

All grades of the AWD Toyota Camry are available with a Cold-Weather Package that includes heated seats and mirrors on the LE, plus a heated steering wheel on the XLE and XSE.

### 2020 Toyota Camry Engine

The 2020 Toyota Camry offers a choice of three powertrains. Most popular is the standard 2.5-liter 4-cylinder with 203 horsepower (206 in XSE models) and earning up to 41 mpg. The most powerful Camry is the 301-horsepower V6, available in XSE and XLE trims and standard in the new TRD model.

As with most new cars and certainly most family sedans, the Camry offers only an automatic transmission — a smooth 8-speed for gasoline models or an electronically controlled continuously variable transmission (CVT) in hybrids. If you're among the few enthusiasts who desire a manual transmission, look to the Honda Accord.

The 2020 Camry Hybrid pairs a 2.5-liter 4-cylinder gasoline engine and a battery-powered electric motor for outstanding fuel economy of up to 53 mpg. The AWD Camry is available only with the 2.5-liter 4-cylinder and the 8-speed automatic.

2.5-liter inline-4
203 horsepower @ 6,600 rpm (XSE: 206 horsepower @ 6,600 rpm)
184 lb-ft of torque @ 5,000 rpm (XSE: 186 lb-ft @ 5,000 rpm)
EPA city/highway fuel economy: 29/41 mpg (L), 28/39 mpg (LE, SE), 27/38 mpg (XLE, XSE), 25/34 mpg (AWD LE, SE, XLE, XSE)

3.5-liter V6
301 horsepower @ 6,600 rpm
267 lb-ft of torque @ 4,700 rpm
EPA city/highway fuel economy: 22/33 mpg (XLE), 22/32 mpg (XSE), 22/31 mpg (TRD)

2.5-liter inline-4 gasoline-electric hybrid
208 horsepower total
EPA city/highway fuel economy: 51/53 mpg (LE), 44/47 mpg (SE, XLE)

### How Much Does the 2020 Toyota Camry Cost?

The 2020 Toyota Camry has a Manufacturer's Suggested Retail Price (MSRP) of $24,295, plus a $955 destination charge. For $545 more, we recommend the better-equipped LE model. The sportier Camry SE bows at just over $26,000, while the very well-equipped XLE and XSE trims start around $30,000. All-wheel drive adds $1,400.

The V6 Camry formerly was only available in XLE and XSE trims that begin over $34,000. With the introduction of the performance-oriented Camry TRD, you can now get a new V6 Camry with a

starting price just over $31,000. The Camry Hybrid, meanwhile, starts at just over $28,000.

At these prices, the Camry is in line with a comparably equipped Honda Accord and Nissan Altima, though the Camry Hybrid is several thousand more than the Accord Hybrid. The Camry's starting price is slightly higher than those of the Hyundai Sonata, Chevrolet Malibu, Ford Fusion, Nissan Altima, Kia Optima and all-wheel-drive Subaru Legacy.

**RELATED:** Best Midsize Cars of 2020

Before buying, check the KBB.com Fair Purchase Price to see what others in your area are paying for their new Toyota Camry. The Camry's resale value is another bright spot, as Toyota's midsize sedan has historically held its value at or near the top of its class.

### Which 2020 Toyota Camry Hybrid Model is Right for Me?

**2020 Toyota Camry L**

Apple CarPlay, Android Auto, Amazon Alexa
7-inch touch screen
TSS-P safety system
6-way manual-adjust driver's seat

**2020 Toyota Camry LE**

8-way-power driver's seat
60/40-split/fold rear seats
17-inch alloy wheels
Anti-theft alarm system
Optional all-wheel drive

**2020 Toyota Camry Hybrid LE**

8-way-power driver's seat
Push-button start
Up to 53-mpg rating
Dual-zone climate control

**2020 Toyota SE**

Darkened exterior aesthetics

Darkened exterior aesthetics
18-inch alloy wheels
Sport-tuned suspension
Rear spoiler
Optional all-wheel drive

**2020 Toyota Camry Hybrid SE**

Darkened exterior aesthetics
18-inch alloy wheels
Sport-tuned suspension
Rear spoiler

**2020 Toyota Camry XLE**

Leather interior
Blind-spot monitoring
8-inch touch screen, upgraded audio
Heated front seats
Optional all-wheel drive

**2020 Toyota Camry XLE Hybrid**

Leather interior
8-inch touch screen, upgraded audio
Digital instrument display
Dual-zone climate control
18-inch alloy wheels

**2020 Toyota Camry XSE**

Darkened exterior aesthetics
19-inch alloy wheels
Leather-trimmed interior
8-inch touch screen, upgraded audio
Optional all-wheel drive

**2020 Toyota Camry TRD**

V6 engine
Track-tuned suspension
Lower ride height
TRD cat-back exhaust

**2020 Toyota Camry XLE V6**

V6 engine
8-inch touch screen, upgraded audio
Panoramic glass roof with moonroof
Color head-up display

**2020 Toyota Camry XSE V6**

V6 engine
Sport-tuned suspension
Darkened exterior aesthetics
19-inch alloy wheels
Rear spoiler

Read less

## 2020 Toyota Camry Photos & Videos (63)






## 2020 Toyota Camry Consumer Reviews

3.8 Overall Rating

Based on 135 reviews

Write a review

| | | |
|---|---|---|
| 5 star | | 46% |
| 4 star | | 17% |
| 3 star | | 19% |
| 2 star | | 10% |
| 1 star | | 7% |

| | | | |
|---|---|---|---|
| Value | 3.8 | Performance | 4.1 |
| Quality | 3.9 | Comfort | 4 |
| Reliability | 4.1 | Styling | 4.3 |

Sissy
09/10/2020
2020 Toyota Camry

***"Uncomfortable"***

Very disappointed in this car. The seat hurts my back, I bought a memory foam cushion to install in my seat in order to drive it. It has had 1 recall and now has been in shop for a week: the whole instrument panel went out. I believe I purchased a "lemon".

| | | | | | |
|---|---|---|---|---|---|
| Value | | Performance | | Quality | |
| Comfort | | Reliability | | Styling | |

0 0 Was this review helpful? Yes | No

Chum
09/08/2020
2020 Toyota Camry

***"Faulty electronic system/battery drain"***

PROS Looks good

CONS Battery drain, windshield angle, electrical system

Don't buy this car! After 3 months a full battery will drain in serval hours. Dealership says the battery is fine and may be a sensor issue. I refuse to believe they haven't seen this issue already based on all the complaints I have read. Completely unreliable for any vehicle let alone a brand new one. Be prepared for multiple trips to the dealer with no results. At this point I expect to file for lemon law. Besides that the car has no head room for a tall person. The windshield has a horrible angle that distorts the view when you wear eye glas...

Read more

| | | | | | |
|---|---|---|---|---|---|
| Value | | Performance | | Quality | |
| Comfort | | Reliability | | Styling | |



0 0 Was this review helpful? Yes | No

Great1
09/08/2020
2020 Toyota Camry

***"Nice looking vehicle"***

PROS Very nice and sleek looking. Comfortable seats.

CONS Drags when you drive it. Loud. Battery goes dead

I finally got the 2020 Toyota Camry that I wanted. But after only six months the battery just went dead. This car is very nice looking and it's comfortable. After reading a lot of the other reviews on here with complaints about the battery, makes me realize, that this is a common issue. So, therefore it's not a reliable car. Especially if I don't know from one day to the next if my car is going to crank. That was my reason for getting a brand new car so that I could have reliable transportation. Seems like Toyota should address the issue. Th...

Read more

Value | Performance | Quality
Comfort | Reliability | Styling

0 0 Was this review helpful? Yes | No

See All 136 Reviews

## 2020 Toyota Camry Specs & Features

Based on lowest-priced style.

### Technology

- Bluetooth Wireless Technology
- Cruise Control
- Hands Free Phone
- Remote Keyless Entry
- Internet Access
- Smartphone Interface
- USB Port

Get the News that drives you forward.
SUBSCRIBE
Ride

- Voice Recognition System

**Entertainment**

- Satellite Radio
- Bluetooth Streaming Audio

**Seating**

- Cloth Seats

**Comfort & Convenience**

- Remote Control Liftgate/Trunk Release

**Fuel Economy**

- City: 29 MPG
- Highway: 41 MPG
- Combined: 34 MPG

**Performance**

- Horsepower: 203 @ 6600 RPM
- Torque: 184 @ 5000 rpm
- Engine: 4-Cyl, 2.5 Liter

**Interior**

- Power Windows
- Rear Window Defroster
- 12V Power Outlet
- Power Outlet
- Steering Wheel Controls
- Tilt Steering Wheel
- Tilt/Telescoping Steering Wheel

**Exterior**

- Number of Doors: 4 doors

- LED Headlights

**Warranty**

- Basic: 3 years / 36000 miles
- Powertrain: 5 years / 60000 miles
- Corrosion: 5 years / Unlimited miles

**Mechanical**

- Drivetrain: FWD
- Transmission Type: Automatic
- 8 speed
- Recommended Fuel: Regular
- Hill Start Assist

**Dimensions, Weights & Capacities**

- Curb Weight: 3241 pounds
- EPA Passenger: 100.4 cubic feet
- Fuel Capacity: 14.5 gallons
- Front Head Room: 38.3 inches
- Front Leg Room: 42.1 inches
- Max Seating Capacity: 5
- Minimum Ground Clearance: 5.7 inches
- Overall Length: 192.1 inches
- Front Shoulder Room: 57.7 inches
- Towing Capacity, Maximum: Not Recommended
- Trunk or Cargo Capacity: 14.1 cubic feet
- Turning Diameter: 37.4 feet
- Wheel Base: 111.2 inches
- Width with mirrors: 72.4 inches

See less ^

## 2020 Toyota Camry Safety

5.0
Crash Test Rating
Frontal Crash
5
Side Barrier
5
Rollover Rating
5
Side Crash
5

Provided by the National Highway Traffic Safety Administration

### 2020 Toyota Camry Safety Technology

**TSS-P**

Short for Toyota Safety Sense P, this standard suite bundles forward-collision warning and automatic emergency braking, lane-departure/lane-keep assist, and adaptive cruise control.

**Blind-spot monitoring with rear cross-traffic alert**

This extraordinarily helpful system is optional on LE models and standard on XLE and higher trims.

**Rear cross-traffic braking**

Optional on XLE and higher trims, this safety system can automatically apply the brakes when the car is backing up to prevent a collision.

## 2020 Toyota Camry Styles

| L<br>*Lowest Priced Style* | LE | SE | SE Nightshade Edition | Xl |
|---|---|---|---|---|
| Combined Fuel Economy<br>34 MPG | Combined Fuel Economy<br>32 MPG | Combined Fuel Economy<br>32 MPG | Combined Fuel Economy<br>32 MPG | Cc<br>31 |
| Seating<br>Seats 5 | Seating<br>Seats 5 | Seating<br>Seats 5 | Seating<br>Seats 5 | Se<br>Se |
| Horsepower<br>203 @ 6600 RPM HP | Horsepower<br>203 @ 6600 RPM HP | Horsepower<br>203 @ 6600 RPM HP | Horsepower<br>203 @ 6600 RPM HP | Hc<br>20 |
| Engine<br>4-Cyl, 2.5 Liter | Engine<br>4-Cyl, 2.5 Liter | Engine<br>4-Cyl, 2.5 Liter | Engine<br>4-Cyl, 2.5 Liter | En<br>4-( |

## 2020 Toyota Camry Rankings

| Horsepower | MPG Combined | Consumer Ratings |
|---|---|---|
| 203 HP | 34 MPG | 3.8 Rating |

| Rank | Vehicle | HP |
|---|---|---|
| #1 | 2020 Honda Civic | 205 HP |
| #2 | 2020 Toyota Camry | 203 HP |
| #3 | 2020 Hyundai Elantra | 201 HP |
| #4 | 2020 Honda Accord | 192 HP |
| #5 | 2020 Nissan Altima | 188 HP |

## People Who Viewed This Also Viewed

**2020 Toyota RAV4**
Starting at
$27,070
Combined Fuel Economy
28 MPG

**2020 Toyota Highlander**
Starting at
$35,720
Combined Fuel Economy
24 MPG

**2020 Toyota Corolla**
Starting at
$20,555
Combined Fuel Economy
32 MPG

**2020 Toyota Avalon**
Starting at
$36,830
Combined Fuel Economy
25 MPG

**2020 Honda Accord**
Starting at
$25,225
Combined Fuel Economy
33 MPG

See more

## Other Mid-Size Sedans

**2021 Kia K5**
Starting at $24,455

**2020 Kia Optima Hybrid**
Starting at $30,235

**2020 Kia Optima Plug-in Hybrid**
Starting at $37,150

See more

## Also from Toyota

2020 Toyota 4Runner
2020 Toyota 86
2020 Toyota Avalon
2020 Toyota Avalon Hybrid
2020 Toyota C-HR
2020 Toyota Camry
2020 Toyota Camry Hybrid
2020 Toyota Corolla
2020 Toyota Corolla Hatchback
2020 Toyota Corolla Hybrid
2020 Toyota GR Supra
2020 Toyota Highlander
2020 Toyota Highlander Hybrid
2020 Toyota Land Cruiser
2020 Toyota Mirai
2020 Toyota Prius
2020 Toyota Prius Prime
2020 Toyota RAV4
2020 Toyota RAV4 Hybrid
2020 Toyota Sequoia
2020 Toyota Sienna
2020 Toyota Tacoma Access Cab
2020 Toyota Tacoma Double Cab
2020 Toyota Tundra CrewMax
2020 Toyota Tundra Double Cab
2020 Toyota Yaris
2020 Toyota Yaris Hatchback



© 1995-2020 Kelley Blue Book Co.®, Inc. All rights reserved. Copyrights & Trademarks | Terms of Service | Privacy Policy | Linking Policy | Ad Choices
Kelley Blue Book
Test Drive From Home
Ad
Popular Now 10 Best Car Deals in April 202...
>

Were you able to see the information clearly?

- Yes
- No
- Don't know / unsure

>



**Click on the review to enlarge.**

What information in this review, if any, is important to you?

***(Please type in your response)***

>



**Click on the review to enlarge.**

Anything else?

***(Please type in your response)***

>



**Click on the review to enlarge.**

Is there any information in this review that positively affects your perception of this vehicle?

- Yes
- No
- Don't know/ unsure

>



**Click on the review to enlarge.**

What information in this review positively affects your perception of this vehicle?

***(Please type in your response)***

>





**Click on the review to enlarge.**

Is there any information in this review that negatively affects your perception of this vehicle?

- ○ No
- ○ Yes
- ○ Don't know / unsure

>





**Click on the review to enlarge.**

What information in this review negatively affects your perception of this vehicle?

***(Please type in your response)***

>



**Click on the review to enlarge.**

Based on the information in this review, how interested would you be in purchasing this vehicle?

- ○ Very likely
- ○ Somewhat likely
- ○ Neither likely nor unlikely
- ○ Somewhat unlikely
- ○ Very unlikely
- ○ Don't know / unsure

>

Did the product description you reviewed include information about any of the following features?

| | No | Yes | Don't know / unsure |
|---|---|---|---|
| HVAC System | ○ | ○ | ○ |
| Fuel Economy | ○ | ○ | ○ |
| Interior Style | ○ | ○ | ○ |
| Exterior Style | ○ | ○ | ○ |
| Infotainment | ○ | ○ | ○ |
| Horsepower | ○ | ○ | ○ |

Are you aware of any current civil lawsuits against manufacturers of the following products?

|  | Yes | No | Don't know / unsure |
|---|---|---|---|
| Household appliances | ○ | ○ | ○ |
| Smartphones | ○ | ○ | ○ |
| Motorcycles | ○ | ○ | ○ |
| Vehicles | ○ | ○ | ○ |

You said that you were aware of a current civil lawsuit against a vehicle manufacturer. Which of the following vehicle brands is/are the lawsuit(s) against?

- ☐ Audi
- ☐ BMW
- ☐ Chevrolet
- ☐ Dodge
- ☐ Ford
- ☐ GMC
- ☐ Honda
- ☐ Hyundai
- ☐ Jeep
- ☐ Kia
- ☐ Lexus
- ☐ Mazda
- ☐ Mercedes-Benz
- ☐ Nissan
- ☐ Subaru
- ☐ Tesla
- ☐ Toyota
- ☐ Volkswagen
- ☐ Other ***(Please specify)*** ______
- ☐ Don't know / unsure

You mentioned that you are aware of current civil lawsuits against Toyota vehicles. To the best of your knowledge, can you describe what the litigation is about?

***(Please type in your response)***

>

# AUTO REVIEW SURVEY

## NON-DISCLOSURE GROUP
## GAS ENGINE EXAMPLE

Thank you for your willingness to participate in our study. This is a brief study which should take no more than 10 minutes of your time. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response, where appropriate. Your answers will only be used in the aggregate and your personal information will be kept confidential. The results of this study will not be used to try to sell you anything.

When you are ready to get started, please click the ">" button.



Before continuing with this survey, please carefully read these instructions:

- Please take this survey in one session.
- While taking this survey, please do not, at any time, open any other windows or tabs on this computer or device or any other computer or device.
- Please do not view any other written material while taking this survey.
- Please do not consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions and understand them, and I will adhere to these instructions.

○ I do not understand the above instructions, or I don't wish to agree to them.

What device are you using to complete this survey?

- ○ Desktop computer
- ○ Laptop computer
- ○ Tablet computer
- ○ Smartphone
- ○ Other

>

Please verify that you are human.

I'm not a robot

reCAPTCHA
Privacy - Terms

>

Are you...?

- ○ Male
- ○ Female

>

Please select your age.
-- Select --
>

In which state do you currently reside?

-- Select --

>

Please enter your zip code.

>

In the past three months, have you taken a survey on any of the following topics?

*(Select all that apply)*

- [ ] Off-road vehicles
- [ ] Consumer electronics
- [ ] Cars, SUVs/crossovers or minivans
- [ ] Car, SUV/crossover or minivan parts
- [ ] Exercise equipment
- [ ] None of these
- [ ] Don't know / unsure

Do you or do any members of your household work for any of the following?

***(Select all that apply)***

- [ ] A company that makes or manufactures consumer electronics
- [ ] A company that makes or manufactures off-road vehicles
- [ ] A car, SUV/ crossover, minivan or truck dealership
- [ ] A company that makes or manufactures cars, SUVs/crossovers, minivans, or trucks or parts for cars, SUVs/crossovers, minivans, or trucks
- [ ] An auto shop/garage that repairs cars, SUVs, minivans or trucks
- [ ] A market research or advertising company
- [ ] A company that makes or manufactures exercise equipment
- [ ] None of these
- [ ] Don't know / unsure

>

Which of the following items, if any, are you considering purchasing in the next two years?

***(Select all that apply)***

- [ ] Off-road vehicle
- [ ] Used minivan
- [ ] New boat
- [ ] Used SUV/crossover
- [ ] New motorcycle
- [ ] New SUV/crossover
- [ ] Used boat
- [ ] New car
- [ ] Used car
- [ ] New minivan
- [ ] Used motorcycle
- [ ] None of these
- [ ] Don't know / unsure

>

Which of the following new vehicle brand(s) are you considering purchasing in the next two years?

***(Select all that apply)***

- ☐ Audi
- ☐ BMW
- ☐ Chevrolet
- ☐ Dodge
- ☐ Ford
- ☐ GMC
- ☐ Honda
- ☐ Hyundai
- ☐ Jeep
- ☐ Kia
- ☐ Lexus
- ☐ Mazda
- ☐ Mercedes-Benz
- ☐ Nissan
- ☐ Subaru
- ☐ Tesla
- ☐ Toyota
- ☐ Volkswagen
- ☐ Other ***(Please specify)*** ______
- ☐ Don't know / unsure

>

Which of the following new **Toyota** models are you considering purchasing in the next two years?

***(Select all that apply)***

- [ ] Compact
- [ ] Four-door sedan
- [ ] SUV/crossover
- [ ] Minivan
- [ ] Hatchback
- [ ] Sports car
- [ ] Other ***(Please specify)***
- [ ] Don't know / unsure

>

Which of the following car engine types are you willing to consider purchasing <u>in the next two years</u>?

***(Select all that apply)***

- ☐ Electric
- ☐ Hybrid
- ☐ Gasoline
- ☐ Diesel
- ☐ Don't know / unsure

---

>

Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know / unsure." Please do not guess.



Imagine you were gathering information about vehicles you might consider purchasing and you came across the following. Please review this information as you normally would if you were considering making a vehicle purchase.





Kelley Blue Book
THE TRUSTED RESOURCE
Home
Car Values
Cars for Sale
Car Reviews
Car Repair Pricing
Research Tools
Home > Toyota > Camry > 2020
Used cars, New cars, Classic cars Join for Free. Worldwirde delivery!
OPEN
Advertisement
2020 Toyota Camry
Change vehicle
Get Your Quote
Overview
Reviews
Cars For Sale
Photos
Specs & Features
Safety
Styles
Combined Fuel Economy
34 MPG
Horsepower
203 HP
KBB Expert Rating
4.6
KBB Consumer Rating
3.8
Write a review
Build and Price
Find Inventory
MSRP $30,580
Other Years
2020 2019 2018 2017 2016 2015 2014 2013
2012 2011 2010 2009 2008 2007 2006 2005
2004 2003 2002 2001 2000 1999 1998 1997
1996 1995 1994 1993 1992 Less years
View more photos & videos (62)
Kelley Blue Book
Instant Cash Offer
Get Cash
Advertisement
Pros
Standard suite of safety & driver-assist systems
Excellent history of reliability & resale value
Cons
No manual transmission
No plug-in hybrid option
What's New For 2020
All-wheel drive available on most models
Limited-edition Camry TRD performance variant debuts



Kelley Blue Book
THE TRUSTED RESOURCE
Home
Car Values
Cars for Sale
Car Reviews
Car Repair Pricing
Research Tools
Home > Toyota > Camry > 2020
Used cars, New cars, Classic cars Join for Free. Worldwirde delivery!
OPEN
2020 Toyota Camry
Change vehicle
Get Your Quote
Overview
Reviews
Cars For Sale
Photos
Specs & Features
Safety
Styles

Fuel economy is often measured in MPG and is usually broken out by MPG in the city versus highway. The higher the MPG, the farther you can drive on a tank of gas. A car with good fuel economy is likely to save you money on gasoline in the long run and can be better for the environment. Combined fuel economy is the weighted average of City MPG and Highway MPG, assuming that the vehicle is driven in the city 55 percent of the time and on the highway 45 percent of the time.

Write a review
Build and Price
Find Inventory
MSRP $30,580
Instant Cash Offer
Get Cash
Other Years
2020 2019 2018 2017 2016 2015 2014 2013
2012 2011 2010 2009 2008 2007 2006 2005
2004 2003 2002 2001 2000 1999 1998 1997
1996 1995 1994 1993 1992 Less years
View more photos & videos (62)
Pros
Standard suite of safety & driver-assist systems
Excellent history of reliability & resale value
Cons
No manual transmission
No plug-in hybrid option
What's New For 2020
All-wheel drive available on most models
Limited-edition Camry TRD performance variant debuts



Horsepower is a measure of the power produced by a vehicle's engine. It gives an idea of how the power of a vehicle compares to other vehicles. A higher horsepower number means a more powerful engine. Vehicles with higher horsepower have a tendency to accelerate more quickly. High horsepower cars are generally stylish and expensive, and considered fun to drive.





Kelley Blue Book
THE TRUSTED RESOURCE
Home
Car Values
Cars for Sale
Car Reviews
Car Repair Pricing
Research Tools
Home > Toyota > Camry > 2020
Used cars, New cars, Classic cars Join for Free. Worldwirde delivery!
OPEN
2020 Toyota Camry
Change vehicle
Get Your Quote
Overview
Reviews
Cars For Sale
Photos
Specs & Features
Safety
Styles

A manual transmission car which is also known as a stick shift, is a type of transmission that uses a driver-operated clutch which is engaged and disengaged by a foot pedal or hand lever. This mechanism allows the driver to regulate torque and power transfer. For some drivers, manual cars are more engaging. Manual cars are often easier to maintain, have better fuel economy, and give the driver more control. In addition, they are generally less expensive to repair than their automatic counterpart.

Write a review
Build and Price
Find Inventory
MSRP $30,580
Instant Cash Offer
Get Cash
Other Years
2020 2019 2018 2017 2016 2015 2014 2013
2012 2011 2010 2009 2008 2007 2006 2005
2004 2003 2002 2001 2000 1999 1998 1997
1996 1995 1994 1993 1992 Less years
View more photos & videos (62)
Pros
Standard suite of safety & driver-assist systems
Excellent history of reliability & resale value
Cons
No manual transmission
No plug-in hybrid option
What's New For 2020
All-wheel drive available on most models
Limited-edition Camry TRD performance variant debuts

21

- Choice of 4-cylinder, V6 or hybrid powertrains
- Comfortable yet taut driving manners
- Now available with all-wheel drive
- Android Auto joins Apple CarPlay and Amazon Alexa integration

Read less

Dealer Home Service
We'll bring this vehicle to you.
Video Walkaround
Test Drive at Home
Local Home Delivery
Find out about
Dealer Home Services
Search Available Vehicles

Kelley Blue Book
Get maintenance... from your door.
Learn more

Advertisement

## For Sale

25373 **Toyota Camry** vehicles nationwide

Browse Listings

TOYOTA
KENDALL
NO PAYMENTS 90 DAYS. SHOP FROM HOME. WE DELIVER.

**2020 Toyota Camry LE**
$21,731

DRV PNK
AutoNation

**2020 Toyota Camry L**
$21,814

**2020 Toyota Camry LE**
$21,914

**2020 Toyota Camry LE**
$21,914

# New Car Price Quote

**Get the best deal on a new car!**

Compare prices from three local dealers.

Make
Toyota
Model
Camry
Style/Trim
L
ZIP Code
Find Dealers

## People Also Ask

DRIVE THE VOTE
Make Your Vote Count.
Election Day is November 3.
Register to Vote

Advertisement

### Is the 2020 Toyota Camry a good car?

Yes, in fact the Camry is one of the best cars in its segment. It is safe, reliable, practical, stylish and drives well.

### How much does a 2020 Toyota Camry cost?

A new Toyota Camry starts just over $24,000 and rises to beyond $37,000 for a loaded XSE V6 model.

### Which is better, the Toyota Camry or Honda Accord?

## 2020 Toyota Camry Expert Review

2020 Toyota Camry | Review & Road Test
Share
Best-selling Toyota Camry makes a sporty splash in the midsize sedan se…
KELLEY BLUE BOOK OFFICIAL GUIDE
Toyota Camry
Review
07:26

**#2 in** Best Midsize Cars of 2020

**Top 13 Features of the 2020 Toyota Camry**

**#1. Roomy cabin**

The 2020 Camry is a midsize sedan, yet still comes with 38 inches of rear legroom. That's about four inches more than a full-size Mercedes-Benz S-Class.

**#2. Pleasurable driving experience**

## Overview

The Toyota Camry remains one of the most pop[illegible] most recommendable sedans you can buy. Long the default choice for those looking for a reliable, comfortable and inoffensive midsize car, the Camry was reborn two years ago packing serious style, more features and better handling than ever, all while losing none of its trademark outstanding qualities.

The 2020 Camry faces stiff competition in the Honda Accord, Hyundai Sonata and Nissan Altima, but it stands out as being the only mainstream midsize sedan to still offer a V6 in addition to the standard 4-cylinder. A hybrid model that's rated up to 53 mpg is also available.

For 2020, the Camry continues to improve with the arrival of optional all-wheel drive (AWD) which helps this popular midsize Toyota compete with the AWD Subaru Legacy and Nissan Altima. What's more, a track-tuned Camry TRD performance edition has made its debut, and Android Auto has finally joined Apple CarPlay as standard equipment. There are now more Camry variants than ever, and it's hard to go wrong with any of them.

## Driving the 2020 Toyota Camry

For as long as we can remember, the Toyota Camry has been comfortable and compliant, but not all that invigorating to drive. It was essentially the vanilla ice cream of family sedans. That all changed with its revamp a couple of years ago that marked this Toyota sedan's eighth generation. A double-wishbone rear suspension, lower center of gravity and stiffer body structure all translated to a more dynamic and fun-to-drive experience. The Camry feels taut, but doesn't compromise the comfortable manners for which it's known.

Compared to the Honda Accord, the Camry still isn't quite as nimble, but it's close. And as it's long been, we think the Camry is slightly more comfortable and compliant than its Honda archrival. We are also fans of the Camry's precise steering feel and smooth 8-speed automatic transmission, which can also be shifted via paddles in some models.

The standard 4-cylinder engine that powers the majority of Camrys will suffice for most buyers and has a satisfying blend of performance and efficiency. The optional V6 making over 300 horsepower can easily chirp the front tires. Our surprise favorite is the Camry Hybrid (see Favorite Features).

New this year is the 2020 Camry TRD, developed in conjunction with Toyota Racing Development. This limited-edition Camry comes with the powerful V6 engine, a lower ride height and a host of suspension upgrades. The tweaks are noticeable, and the ride is stiff to the point that it can be jarring on rougher roads. We recommend giving it a good test drive first to see if it's your cup of tea. If it is, you'll be rewarded with the sharpest handling yet for a Toyota Camry.

Also new this year is all-wheel drive, available as an option on the 4-cylinder Camry LE, SE, XLE and XSE models. In good driving conditions, you'll never know this Camry has AWD because it drives just like a standard front-drive Camry. But in slippery wintry conditions, the AWD system helps this

## Overview

The Toyota Camry remains one of the most popular and most recommendable sedans you can buy. Long the default choice for those looking for a reliable, comfortable and inoffensive midsize car, the Camry was reborn two years ago packing serious style, more features and better handling than ever, all while losing none of its trademark outstanding qualities.

The 2020 Camry faces stiff competition in the Honda Accord, Hyundai Sonata and Nissan Altima, but it stands out as being the only mainstream midsize sedan to still offer a V6 in addition to the standard 4-cylinder. A hybrid model that's rated up to 53 mpg is also available.

For 2020, the Camry continues to improve with the arrival of optional all-wheel drive (AWD) which helps this popular midsize Toyota compete with the AWD Subaru Legacy and Nissan Altima. What's more, a track-tuned Camry TRD performance edition has made its debut, and Android Auto has finally joined Apple CarPlay as standard equipment. There are now more Camry variants than ever, and it's hard to go wrong with any of them.

## Driving the 2020 Toyota Camry

For as long as we can remember, the Toyota Camry has been comfortable and compliant, but not all that invigorating to drive. It was essentially the vanilla ice cream of family sedans. That all changed with its revamp a couple of years ago that marked this Toyota sedan's eighth generation. A double-wishbone rear suspension, lower center of gravity and stiffer body structure all translated to a more dynamic and fun-to-drive experience. The Camry feels taut, but doesn't compromise the comfortable manners for which it's known.

Compared to the Honda Accord, the Camry still isn't quite as nimble, but it's close. And as it's long been, we think the Camry is slightly more comfortable and compliant than its Honda archrival. We are also fans of the Camry's precise steering feel and smooth 8-speed automatic transmission, which can also be shifted via paddles in some models.

The standard 4-cylinder engine that powers the majority of Camrys will suffice for most buyers and has a satisfying blend of performance and efficiency. The optional V6 making over 300 horsepower can easily chirp the front tires. Our surprise favorite is the Camry Hybrid (see Favorite Features).

New this year is the 2020 Camry TRD, developed in conjunction with Toyota Racing Development. This limited-edition Camry comes with the powerful V6 engine, a lower ride height and a host of suspension upgrades. The tweaks are noticeable, and the ride is stiff to the point that it can be jarring on rougher roads. We recommend giving it a good test drive first to see if it's your cup of tea. If it is, you'll be rewarded with the sharpest handling yet for a Toyota Camry.

Also new this year is all-wheel drive, available as an option on the 4-cylinder Camry LE, SE, XLE and XSE models. In good driving conditions, you'll never know this Camry has AWD because it drives just like a standard front-drive Camry. But in slippery wintry conditions, the AWD system helps this

sedan move away from stoplights with ease while also contributing to improved stability when powering out of corners.

From 0 to 15 mph, the Dynamic Torque Control system, via an electromagnetic coupling in the rear differential, sends as much as 50 percent of the engine's power to the rear wheels, even before any front wheel slip is detected. This coupling disengages at higher speeds to improve fuel economy but automatically re-engages the moment AWD is needed.

A couple of downsides: AWD drops the Camry's EPA Combined fuel economy rating by about 3 mpg, and the fuel tank – reconfigured because of the driveshaft – shrinks from 16.0 gallons to 14.4.

**RELATED:** Best Midsize Cars of 2020

### Favorite Features

CAMRY HYBRID
The Camry Hybrid is the king of its castle, being the first midsize-hybrid sedan to break the 50-mpg barrier, with the current 2020 version earning a combined 52-mpg rating from the EPA. That easily beats competitors like the Honda Accord Hybrid, Kia Optima Hybrid and Ford Fusion Hybrid.

TOYOTA SAFETY SENSE P (TSS-P)
All new Camry models come with Toyota's robust suite of safety and active driver-assistance features. It bundles features like forward-collision warning, automatic emergency braking, lane-departure warning and lane-keeping assist, and adaptive cruise control.

### 2020 Toyota Camry Interior

The 2020 Camry's interior is an excellent blend of technology, style, comfort and practicality. As a whole, it functions amazingly well, with no unnecessary fluff. The Camry has a boldly designed dash composed of asymmetrical swoops and curves, a set of nicely bolstered front bucket seats and a spacious rear seat. Controls are straightforward and easy to use.

We like that the Toyota Camry has a traditional transmission selector, not potentially confusing buttons or a knob like the Honda Accord and Ford Fusion. The Camry has easy-to-use and easy-to-see controls for its 7- and 8-inch touch-screen infotainment systems, with redundant buttons on the steering wheel.

Base models get one USB port, while more expensive versions get three. Note that in the Camry TRD model, the rear seat doesn't fold as normal because of its additional rear bracing. Rear-seat air vents are standard on XLE and above models, or optional beginning on LE trims.

### 2020 Toyota Camry Exterior

Toyota continues to up its game with the Camry's exterior style, and this newest model is its most [illegible] this [illegible] forward. From front to back, the 2020 Camry aims to show off its dynamic athleticism and attitude. Its large front grille is hard to miss, and the Camry's sleek low aluminum hood shows off interesting creases.

One of the most surprising features is found on the sporty XSE models, which boast four — count 'em, four! — chrome exhaust tips. One of the most distinguishing style elements is the 2-tone Midnight Black Metallic roof, available on XSE and TRD models. The 2020 Camry Nightshade model, based on the SE, has blacked-out aesthetics, including black emblems and badges, and 18-inch black alloy wheels.

The new Toyota Camry TRD, meanwhile, is the most outrageous in the lineup. It also has blacked-out treatments, sits 0.6 inch lower, and is festooned with a black, boy-racer wing mounted to the trunk.

### 2020 Toyota Camry Standard Features

The 2020 Camry's lineup consists of L, LE, SE, XSE and XLE, with SE and XSE the sportier pair. A limited-edition TRD is new for 2020. The least expensive 2020 Toyota Camry L is a solid buy that includes automatic transmission, 6-way-manually adjustable front seats, the TSS-P suite of safety and driving aids, and an infotainment system that bundles a rearview camera and 6-speaker AM/FM audio system with Bluetooth, Apple CarPlay, Android Auto and Amazon Alexa integration, and USB/auxiliary inputs.

Still, for $545 more, we recommend stepping up to at least an LE as it includes a power driver's seat, 60/40-split/folding rear seats, an alarm system and 17-inch alloy wheels. Toyota Care (two years/25,000 miles of complimentary maintenance and 24/7 roadside assistance) is standard.

### 2020 Toyota Camry Options

Continuing the trim climb, the Toyota Camry SE brings more aggressive, darkened exterior aesthetics, 18-inch wheels, paddle shifters, sport front seats and sport-tuned suspension. XSE and XLE versions have dual-zone climate control, 7-inch configurable instrument display and 8-inch central touch screen, leather seats, selectable drive modes (Eco, Normal, Sport), blind-spot monitoring, panoramic glass roof with moonroof, and electric parking brake.

The Camry TRD is based on an SE model, but comes with the V6 engine that's optional in XSE and XLE models, plus a host of suspension and handling upgrades. Among the major options are a JBL premium audio system with navigation, full-speed radar cruise control, bird's-eye camera, ventilated front seats, Qi-compatible wireless phone-charging cradle and head-up display.

All grades of the AWD Toyota Camry are available with a Cold-Weather Package that includes heated seats and mirrors on the LE, plus a heated steering wheel on the XLE and XSE.

**2020 Toyota Camry Engine**

The 2020 Toyota Camry offers a choice of three powertrains. Most popular is the standard 2.5-liter 4-cylinder with 203 horsepower (206 in XSE models) and earning up to 41 mpg. The most powerful Camry is the 301-horsepower V6, available in XSE and XLE trims and standard in the new TRD model.

As with most new cars and certainly most family sedans, the Camry offers only an automatic transmission — a smooth 8-speed for gasoline models or an electronically controlled continuously variable transmission (CVT) in hybrids. If you're among the few enthusiasts who desire a manual transmission, look to the Honda Accord.

The 2020 Camry Hybrid pairs a 2.5-liter 4-cylinder gasoline engine and a battery-powered electric motor for outstanding fuel economy of up to 53 mpg. The AWD Camry is available only with the 2.5-liter 4-cylinder and the 8-speed automatic.

2.5-liter inline-4
203 horsepower @ 6,600 rpm (XSE: 206 horsepower @ 6,600 rpm)
184 lb-ft of torque @ 5,000 rpm (XSE: 186 lb-ft @ 5,000 rpm)
EPA city/highway fuel economy: 29/41 mpg (L), 28/39 mpg (LE, SE), 27/38 mpg (XLE, XSE), 25/34 mpg (AWD LE, SE, XLE, XSE)

3.5-liter V6
301 horsepower @ 6,600 rpm
267 lb-ft of torque @ 4,700 rpm
EPA city/highway fuel economy: 22/33 mpg (XLE), 22/32 mpg (XSE), 22/31 mpg (TRD)

2.5-liter inline-4 gasoline-electric hybrid
208 horsepower total
EPA city/highway fuel economy: 51/53 mpg (LE), 44/47 mpg (SE, XLE)

**How Much Does the 2020 Toyota Camry Cost?**

The 2020 Toyota Camry has a Manufacturer's Suggested Retail Price (MSRP) of $24,295, plus a $955 destination charge. For $545 more, we recommend the better-equipped LE model. The sportier Camry SE bows at just over $26,000, while the very well-equipped XLE and XSE trims start around $30,000. All-wheel drive adds $1,400.

The V6 Camry formerly was only available in XLE and XSE trims that begin over $34,000. With the introduction of the performance-oriented Camry TRD, you can now get a new V6 Camry with a starting price just over $31,000. The Camry Hybrid, meanwhile, starts at just over $28,000.

At these prices, the Camry is in line with a comparably equipped Honda Accord and Nissan Altima, though the Camry Hybrid is several thousand more than the Accord Hybrid. The Camry's starting

price is slightly higher than those of the Hyundai Sonata, Chevrolet Malibu, Ford Fusion, Nissan Altima, Kia Optima and all-wheel-drive Subaru Legacy.

**RELATED:** Best Midsize Cars of 2020

Before buying, check the KBB.com Fair Purchase Price to see what others in your area are paying for their new Toyota Camry. The Camry's resale value is another bright spot, as Toyota's midsize sedan has historically held its value at or near the top of its class.

## Which 2020 Toyota Camry Model is Right for Me?

### 2020 Toyota Camry L

Apple CarPlay, Android Auto, Amazon Alexa
7-inch touch screen
TSS-P safety system
6-way manual-adjust driver's seat

### 2020 Toyota Camry LE

8-way-power driver's seat
60/40-split/fold rear seats
17-inch alloy wheels
Anti-theft alarm system
Optional all-wheel drive

### 2020 Toyota Camry Hybrid LE

8-way-power driver's seat
Push-button start
Up to 53-mpg rating
Dual-zone climate control

### 2020 Toyota SE

Darkened exterior aesthetics
18-inch alloy wheels
Sport-tuned suspension
Rear spoiler

Optional all-wheel drive

### 2020 Toyota Camry Hybrid SE

Darkened exterior aesthetics
18-inch alloy wheels
Sport-tuned suspension
Rear spoiler

### 2020 Toyota Camry XLE

Leather interior
Blind-spot monitoring
8-inch touch screen, upgraded audio
Heated front seats
Optional all-wheel drive

### 2020 Toyota Camry XLE Hybrid

Leather interior
8-inch touch screen, upgraded audio
Digital instrument display
Dual-zone climate control
18-inch alloy wheels

### 2020 Toyota Camry XSE

Darkened exterior aesthetics
19-inch alloy wheels
Leather-trimmed interior
8-inch touch screen, upgraded audio
Optional all-wheel drive

### 2020 Toyota Camry TRD

V6 engine

Track-tuned suspension
Lower ride height
TRD cat-back exhaust

### 2020 Toyota Camry XLE V6

V6 engine
8-inch touch screen, upgraded audio
Panoramic glass roof with moonroof
Color head-up display

### 2020 Toyota Camry XSE V6

V6 engine
Sport-tuned suspension
Darkened exterior aesthetics
19-inch alloy wheels
Rear spoiler

Read less

## 2020 Toyota Camry Photos & Videos (63)

## 2020 Toyota Camry Consumer Reviews

3.8 Overall Rating

Based on 135 reviews

Write a review
5 star 46%
4 star 17%
3 star 19%
2 star 10%
1 star 7%
Value 3.8
Performance 4.1
Quality 3.9
Comfort 4
Reliability 4.1
Styling 4.3

Sissy
09/10/2020
2020 Toyota Camry

***"Uncomfortable"***

Very disappointed in this car. The seat hurts my back, I bought a memory foam cushion to install in my seat in order to drive it. It has had 1 recall and now has been in shop for a week: the whole instrument panel went out. I believe I purchased a "lemon".

Value · Performance · Quality
Comfort · Reliability · Styling

0 · 0 · Was this review helpful? Yes | No

Chum
09/08/2020
2020 Toyota Camry

***"Faulty electronic system/battery drain"***

PROS Looks good

CONS Battery drain, windshield angle, electrical system

Don't buy this car! After 3 months a full battery will drain in serval hours. Dealership says the battery is fine and may be a sensor issue. I refuse to believe they haven't seen this issue already based on all the complaints I have read. Completely unreliable for any vehicle let alone a brand new one. Be prepared for multiple trips to the dealer with no results. At this point I expect to file for lemon law. Besides that the car has no head room for a tall person. The windshield has a horrible angle that distorts the view when you wear eye glas...

Read more

Value
Performance
Quality
Comfort
Reliability
Styling
0
0
Was this review helpful? Yes | No



Great!
09/08/2020
2020 Toyota Camry

***"Nice looking vehicle"***

PROS Very nice and sleek looking. Comfortable seats.

CONS Drags when you drive it. Loud. Battery goes dead

I finally got the 2020 Toyota Camry that I wanted. But after only six months the battery just went dead. This car is very nice looking and it's comfortable. After reading a lot of the other reviews on here with complaints about the battery, makes me realize, that this is a common issue. So, therefore it's not a reliable car. Especially if I don't know from one day to the next if my car is going to crank. That was my reason for getting a brand new car so that I could have reliable transportation. Seems like Toyota should address the issue. Th...

Read more

Value | Performance | Quality
Comfort | Reliability | Styling

0 0 Was this review helpful? Yes | No

See All 136 Reviews

## 2020 Toyota Camry Specs & Features

Based on lowest-priced style.

### Technology

- Bluetooth Wireless Technology
- Cruise Control
- Hands Free Phone
- Remote Keyless Entry
- Internet Access
- Smartphone Interface
- USB Port
- Voice Recognition System

Get the News that drives you forward.
SUBSCRIBE
Ride

### Entertainment

- Satellite Radio
- Bluetooth Streaming Audio

### Seating

- Cloth Seats

### Comfort & Convenience

- Remote Control Liftgate/Trunk Release

### Fuel Economy

- City: 29 MPG
- Highway: 41 MPG
- Combined: 34 MPG

### Performance

- Horsepower: 203 @ 6600 RPM
- Torque: 184 @ 5000 rpm
- Engine: 4-Cyl, 2.5 Liter

### Interior

- Power Windows
- Rear Window Defroster
- 12V Power Outlet
- Power Outlet
- Steering Wheel Controls
- Tilt Steering Wheel
- Tilt/Telescoping Steering Wheel

### Exterior

- Number of Doors: 4 doors
- LED Headlights

**Warranty**

- Basic: 3 years / 36000 miles
- Powertrain: 5 years / 60000 miles
- Corrosion: 5 years / Unlimited miles

**Mechanical**

- Drivetrain: FWD
- Transmission Type: Automatic
- 8 speed
- Recommended Fuel: Regular
- Hill Start Assist

**Dimensions, Weights & Capacities**

- Curb Weight: 3241 pounds
- EPA Passenger: 100.4 cubic feet
- Fuel Capacity: 14.5 gallons
- Front Head Room: 38.3 inches
- Front Leg Room: 42.1 inches
- Max Seating Capacity: 5
- Minimum Ground Clearance: 5.7 inches
- Overall Length: 192.1 inches
- Front Shoulder Room: 57.7 inches
- Towing Capacity, Maximum: Not Recommended
- Trunk or Cargo Capacity: 14.1 cubic feet
- Turning Diameter: 37.4 feet
- Wheel Base: 111.2 inches
- Width with mirrors: 72.4 inches

See less ^

## 2020 Toyota Camry Safety

5.0
Crash Test Rating
Frontal Crash 5
Side Barrier 5
Rollover Rating 5
Side Crash 5

Provided by the National Highway Traffic Safety Administration

### 2020 Toyota Camry Safety Technology

**TSS-P**

Short for Toyota Safety Sense P, this standard suite bundles forward-collision warning and automatic emergency braking, lane-departure/lane-keep assist, and adaptive cruise control.

**Blind-spot monitoring with rear cross-traffic alert**

This extraordinarily helpful system is optional on LE models and standard on XLE and higher trims.

**Rear cross-traffic braking**

Optional on XLE and higher trims, this safety system can automatically apply the brakes when the car is backing up to prevent a collision.

## 2020 Toyota Camry Styles

| | L | LE | SE | SE Nightshade Edition | Xl |
|---|---|---|---|---|---|
| | *Lowest Priced Style* | | | | |
| Combined Fuel Economy | 34 MPG | 32 MPG | 32 MPG | 32 MPG | 31 |
| Seating | Seats 5 | Seats 5 | Seats 5 | Seats 5 | Se |
| Horsepower | 203 @ 6600 RPM HP | 203 @ 6600 RPM HP | 203 @ 6600 RPM HP | 203 @ 6600 RPM HP | 20 |
| Engine | 4-Cyl, 2.5 Liter | 4-Cyl, 2.5 Liter | 4-Cyl, 2.5 Liter | 4-Cyl, 2.5 Liter | 4- |

## 2020 Toyota Camry Rankings

| Horsepower | MPG Combined | Consumer Ratings |
|---|---|---|
| 203 HP | 34 MPG | 3.8 Rating |

| Rank | Vehicle | HP |
|---|---|---|
| #1 | 2020 Honda Civic | 205 HP |
| #2 | 2020 Toyota Camry | 203 HP |
| #3 | 2020 Hyundai Elantra | 201 HP |
| #4 | 2020 Honda Accord | 192 HP |
| #5 | 2020 Nissan Altima | 188 HP |

## People Who Viewed This Also Viewed

**2020 Toyota RAV4**
Starting at
**$27,070**
Combined Fuel Economy
**28 MPG**

**2020 Toyota Highlander**
Starting at
**$35,720**
Combined Fuel Economy
**24 MPG**

**2020 Toyota Corolla**
Starting at
**$20,555**
Combined Fuel Economy
**32 MPG**

**2020 Toyota Avalon**
Starting at
**$36,830**
Combined Fuel Economy
**25 MPG**

**2020 Honda Accord**
Starting at
**$25,225**
Combined Fuel Economy
**33 MPG**

See more

## Other Mid-Size Sedans

**2021 Kia K5**
Starting at $24,455

**2020 Kia Optima Hybrid**
Starting at $30,235

**2020 Kia Optima Plug-in Hybrid**
Starting at $37,150

See more

## Also from Toyota

2020 Toyota 4Runner
2020 Toyota 86
2020 Toyota Avalon
2020 Toyota Avalon Hybrid
2020 Toyota C-HR
2020 Toyota Camry
2020 Toyota Camry Hybrid
2020 Toyota Corolla
2020 Toyota Corolla Hatchback
2020 Toyota Corolla Hybrid
2020 Toyota GR Supra
2020 Toyota Highlander
2020 Toyota Highlander Hybrid
2020 Toyota Land Cruiser
2020 Toyota Mirai
2020 Toyota Prius
2020 Toyota Prius Prime
2020 Toyota RAV4
2020 Toyota RAV4 Hybrid
2020 Toyota Sequoia
2020 Toyota Sienna
2020 Toyota Tacoma Access Cab
2020 Toyota Tacoma Double Cab
2020 Toyota Tundra CrewMax
2020 Toyota Tundra Double Cab
2020 Toyota Yaris
2020 Toyota Yaris Hatchback

FAQ | Contact Us | Don't Sell My Info | About Us | Careers | Corporate | Advertising | Media | Site Map
| KBB Brazil | KBB Canada
Roku
© 1995-2020 Kelley Blue Book Co.®, Inc. All rights reserved. Copyrights & Trademarks | Terms of Service | Privacy Policy | Linking Policy | Ad Choices

39

Kelley Blue Book
Test Drive From Home
Ad
Popular Now 10 Best Car Deals in April 202...
>

Were you able to see the information clearly?

- No
- Yes
- Don't know / unsure

>





**Click on the review to enlarge.**

What information in this review, if any, is important to you?

***(Please type in your response)***

>

**Click on the review to enlarge.**

Anything else?

***(Please type in your response)***

>



**Click on the review to enlarge.**

Is there any information in this review that positively affects your perception of this vehicle?

- No
- Yes
- Don't know/ unsure

>





**Click on the review to enlarge.**

What information in this review positively affects your perception of this vehicle?

***(Please type in your response)***

>



**Click on the review to enlarge.**

Is there any information in this review that negatively affects your perception of this vehicle?

- No
- Yes
- Don't know / unsure

>



**Click on the review to enlarge.**

What information in this review negatively affects your perception of this vehicle?

***(Please type in your response)***

>



**Click on the review to enlarge.**

Based on the information in this review, how interested would you be in purchasing this vehicle?

- Very unlikely
- Somewhat unlikely
- Neither likely nor unlikely
- Somewhat likely
- Very likely
- Don't know / unsure

>

Did the product description you reviewed include information about any of the following features?

|  | Yes | No | Don't know / unsure |
|---|---|---|---|
| Infotainment | ○ | ○ | ○ |
| HVAC System | ○ | ○ | ○ |
| Horsepower | ○ | ○ | ○ |
| Exterior Style | ○ | ○ | ○ |
| Fuel Economy | ○ | ○ | ○ |
| Interior Style | ○ | ○ | ○ |

Are you aware of any current civil lawsuits against manufacturers of the following products?

| | Yes | No | Don't know / unsure |
|---|---|---|---|
| Vehicles | ○ | ○ | ○ |
| Smartphones | ○ | ○ | ○ |
| Household appliances | ○ | ○ | ○ |
| Motorcycles | ○ | ○ | ○ |

>

You said that you were aware of a current civil lawsuit against a vehicle manufacturer. Which of the following vehicle brands is/are the lawsuit(s) against?

- [ ] Audi
- [ ] BMW
- [ ] Chevrolet
- [ ] Dodge
- [ ] Ford
- [ ] GMC
- [ ] Honda
- [ ] Hyundai
- [ ] Jeep
- [ ] Kia
- [ ] Lexus
- [ ] Mazda
- [ ] Mercedes-Benz
- [ ] Nissan
- [ ] Subaru
- [ ] Tesla
- [ ] Toyota
- [ ] Volkswagen
- [ ] Other ***(Please specify)*** ______
- [ ] Don't know / unsure

You mentioned that you are aware of current civil lawsuits against Toyota vehicles. To the best of your knowledge, can you describe what the litigation is about?

***(Please type in your response)***

# Exhibit F

# Camry Disclosure



Kelley Blue Book THE TRUSTED RESOURCE
Home Car Values Cars for Sale Car Reviews Car Repair Pricing Research Tools

Home > Toyota > Camry > 2020

Used cars, New cars, Classic cars Join for Free. Worldwirde delivery! OPEN
Advertisement

# 2020 Toyota Camry

Change vehicle Get Your Quote >

Overview Reviews Cars For Sale Photos Specs & Features Safety Styles

View more photos & videos (62)

Combined Fuel Economy
34 MPG

Horsepower
203 HP

KBB Expert Rating
4.6

KBB Consumer Rating
3.8

Write a review

Build and Price Find Inventory **MSRP $30,580**

Kelley Blue Book Instant Cash Offer

Get Cash
Advertisement

Other Years
2020 2019 2018 2017 2016 2015 2014 2013
2012 2011 2010 2009 2008 2007 2006 2005
2004 2003 2002 2001 2000 1999 1998 1997
1996 1995 1994 1993 1992 Less years

### Pros

- Standard suite of safety & driver-assist systems
- Excellent history of reliability & resale value
- Choice of 4-cylinder, V6 or hybrid powertrains
- Comfortable yet taut driving manners
- Now available with all-wheel drive

### Cons

- No manual transmission
- No plug-in hybrid option
- Toyota has disclosed that the HVAC system in Camry and Camry HV models may emit a musty, damp, and/or sour odor. HVAC system odor has many causes, and may be caused by a design that allows condensing water to accumulate and for naturally occurring organic materials to be trapped in the system.

### What's New For 2020

- All-wheel drive available on most models
- Limited-edition Camry TRD performance variant debuts
- Android Auto joins Apple CarPlay and Amazon Alexa integration

Read less

Dealer Home Service
We'll bring this vehicle to you.
Video Walkaround
Test Drive at Home
Local Home Delivery
Find out about
Dealer Home Services
Search Available Vehicles

Kelley Blue Book
Get maintenance... from your door.
Learn more
Advertisement

## For Sale

**25373 Toyota Camry** vehicles nationwide

Browse Listings








NO PAYMENTS 90 DAYS. SHOP FROM HOME. WE DELIVER.

| 2020 Toyota Camry LE | 2020 Toyota Camry L | 2020 Toyota Camry LE | 2020 Toyota Camry LE |
|---|---|---|---|
| $21,731 | $21,814 | $21,914 | $21,914 |
| 0 | Mileage: 10 | Mileage: 1 | Mileage: 1 |

# New Car Price Quote

**Get the best deal on a new car!**

Compare prices from three local dealers.

Make
Toyota

Model
Camry

Style/Trim
L

ZIP Code

Find Dealers

DRIVE THE VOTE
Make Your Vote Count.
Election Day is November 3.
Register to Vote

Advertisement

## People Also Ask

**Is the 2020 Toyota Camry a good car?**

Yes, in fact the Camry is one of the best cars in its segment. It is safe, reliable, practical, stylish and drives well.

**How much does a 2020 Toyota Camry cost?**

A new Toyota Camry starts just over $24,000 and rises to beyond $37,000 for a loaded XSE V6 model.

**Which is better, the Toyota Camry or Honda Accord?**

**Is the Toyota Camry available with all-wheel drive?**

## 2020 Toyota Camry Expert Review

2020 Toyota Camry | Review & Road Test
Share
Best-selling Toyota Camry makes a sporty splash in the midsize sedan se…
KELLEY BLUE BOOK OFFICIAL GUIDE
Toyota Camry

Review 07:26

#2 in Best Midsize Cars of 2020

### Top 13 Features of the 2020 Toyota Camry

**#1. Roomy cabin**
The 2020 Camry is a midsize sedan, yet still comes with 38 inches of rear legroom. That's about four inches more than a full-size Mercedes-Benz S-Class.

**#2. Pleasurable driving experience**
The words "pleasure" and "Camry" haven't always been connected in this car's history, but Toyota has really honed the current generation's abilities.

**#3. Cavernous trunk**
Most versions of the 2020 Camry have 15.1 cubic feet of trunk space, enough for four medium-sized suitcases.

**#4. Hybrid drivetrain**
Toyota offers a 2020 Camry Hybrid that achieves 53 mpg on the highway.

**#5. Fuel-efficient 4-cylinder engine**
The base 2.5-liter engine develops a punchy 203 horsepower but can still run to 39 mpg on the highway.

**#6. Wonderful V6**
Smooth, quiet and endowed with 301 horsepower, this 3.5-liter V6 is for the more luxurious and/or sporty Camry variants.

**#7. Optional all-wheel drive**
For the first time in the Camry's history, all-wheel drive becomes available. It's paired with the 4-cylinder engine only and in LE trim or above.

**#8. Performance-oriented TRD version**
Another first for the Camry. This TRD (Toyota Racing Development) model has the V6, a sportier suspension setup, stronger brakes and grippier summer tires.

**#9. Toyota Safety Sense P**
Every 2020 Camry has adaptive cruise control, automatic emergency braking with pedestrian detection, active lane keeping and automatic high beams.

**#10. Solid reputation**
Over eight generations, the Camry has been a best-seller because of its reliability, build quality, affordability and robust resale values.

**#11. Android Auto, Apple CarPlay and Amazon Alexa**
For 2020, Android Auto smartphone integration joins Apple CarPlay as standard equipment. So does Amazon Alexa, which obeys spoken commands — for example, lock or unlock the doors.

**#12. Wi-Fi is standard**
Even in the most basic L trim.

**#13. Crash test champion**
The 2020 Camry received a perfect 5-star overall score from the National Highway Traffic Safety Administration (NHTSA), and the Insurance Institute for Highway Safety made it a "Top Safety Pick Plus."

### Overview

The Toyota Camry remains one of the most popular, most recommendable sedans you can buy. Long the default choice for those looking for a reliable, comfortable and inoffensive midsize car, the Camry was reborn two years ago packing serious style, more features and better handling than ever, all while losing none of its trademark outstanding qualities.

The 2020 Camry faces stiff competition in the Honda Accord, Hyundai Sonata and Nissan Altima, but it stands out as being the only mainstream midsize sedan to still offer a V6 in addition to the standard 4-cylinder. A hybrid model that's rated up to 53 mpg is also available.

For 2020, the Camry continues to improve with the arrival of optional all-wheel drive (AWD) which helps this popular midsize Toyota compete with the AWD Subaru Legacy and Nissan Altima. What's more, a track-tuned Camry TRD performance edition has made its debut, and Android Auto has finally joined Apple CarPlay as standard equipment. There are now more Camry variants than ever,

and it's hard to go wrong with any of them.

### Driving the 2020 Toyota Camry

For as long as we can remember, the Toyota Camry has been comfortable and compliant, but not all that invigorating to drive. It was essentially the vanilla ice cream of family sedans. That all changed with its revamp a couple of years ago that marked this Toyota sedan's eighth generation. A double-wishbone rear suspension, lower center of gravity and stiffer body structure all translated to a more dynamic and fun-to-drive experience. The Camry feels taut, but doesn't compromise the comfortable manners for which it's known.

Compared to the Honda Accord, the Camry still isn't quite as nimble, but it's close. And as it's long been, we think the Camry is slightly more comfortable and compliant than its Honda archrival. We are also fans of the Camry's precise steering feel and smooth 8-speed automatic transmission, which can also be shifted via paddles in some models.

The standard 4-cylinder engine that powers the majority of Camrys will suffice for most buyers and has a satisfying blend of performance and efficiency. The optional V6 making over 300 horsepower can easily chirp the front tires. Our surprise favorite is the Camry Hybrid (see Favorite Features).

New this year is the 2020 Camry TRD, developed in conjunction with Toyota Racing Development. This limited-edition Camry comes with the powerful V6 engine, a lower ride height and a host of suspension upgrades. The tweaks are noticeable, and the ride is stiff to the point that it can be jarring on rougher roads. We recommend giving it a good test drive first to see if it's your cup of tea. If it is, you'll be rewarded with the sharpest handling yet for a Toyota Camry.

Also new this year is all-wheel drive, available as an option on the 4-cylinder Camry LE, SE, XLE and XSE models. In good driving conditions, you'll never know this Camry has AWD because it drives just like a standard front-drive Camry. But in slippery wintry conditions, the AWD system helps this sedan move away from stoplights with ease while also contributing to improved stability when powering out of corners.

From 0 to 15 mph, the Dynamic Torque Control system, via an electromagnetic coupling in the rear differential, sends as much as 50 percent of the engine's power to the rear wheels, even before any front wheel slip is detected. This coupling disengages at higher speeds to improve fuel economy but automatically re-engages the moment AWD is needed.

A couple of downsides: AWD drops the Camry's EPA Combined fuel economy rating by about 3 mpg, and the fuel tank – reconfigured because of the driveshaft – shrinks from 16.0 gallons to 14.4.

**RELATED:** Best Midsize Cars of 2020

### Favorite Features

CAMRY HYBRID
The Camry Hybrid is the king of its castle, being the first midsize-hybrid sedan to break the 50-mpg barrier, with the current 2020 version earning a combined 52-mpg rating from the EPA. That easily beats competitors like the Honda Accord Hybrid, Kia Optima Hybrid and Ford Fusion Hybrid.

TOYOTA SAFETY SENSE P (TSS-P)
All new Camry models come with Toyota's robust suite of safety and active driver-assistance features. It bundles features like forward-collision warning, automatic emergency braking, lane-departure warning and lane-keeping assist, and adaptive cruise control.

### 2020 Toyota Camry Interior

The 2020 Camry's interior is an excellent blend of technology, style, comfort and practicality. As a whole, it functions amazingly well, with no unnecessary fluff. The Camry has a boldly designed dash composed of asymmetrical swoops and curves, a set of nicely bolstered front bucket seats and a spacious rear seat. Controls are straightforward and easy to use.

We like that the Toyota Camry has a traditional transmission selector, not potentially confusing buttons or a knob like the Honda Accord and Ford Fusion. The Camry has easy-to-use and easy-to-see controls for its 7- and 8-inch touch-screen infotainment systems, with redundant buttons on the steering wheel.

Base models get one USB port, while more expensive versions get three. Note that in the Camry TRD model, the rear seat doesn't fold as normal because of its additional rear bracing. Rear-seat air vents are standard on XLE and above models, or optional beginning on LE trims.

### 2020 Toyota Camry Exterior

Toyota continues to up its game with the Camry's exterior style, and this newest model is its most daring. We think this Camry is among the best-looking yet, and certainly the most design-forward. From front to back, the 2020 Camry aims to show off its dynamic athleticism and attitude. Its large front grille is hard to miss, and the Camry's sleek low aluminum hood shows off interesting creases.

One of the most surprising features is found on the sporty XSE models, which boast four — count

'em, four! — chrome exhaust tips. One of the most distinguishing style elements is the 2-tone Midnight Black Metallic roof, available on XSE and TRD models. The 2020 Camry Nightshade model, based on the SE, has blacked-out aesthetics, including black emblems and badges, and 18-inch black alloy wheels.

The new Toyota Camry TRD, meanwhile, is the most outrageous in the lineup. It also has blacked-out treatments, sits 0.6 inch lower, and is festooned with a black, boy-racer wing mounted to the trunk.

### 2020 Toyota Camry Standard Features

The 2020 Camry's lineup consists of L, LE, SE, XSE and XLE, with SE and XSE the sportier pair. A limited-edition TRD is new for 2020. The least expensive 2020 Toyota Camry L is a solid buy that includes automatic transmission, 6-way-manually adjustable front seats, the TSS-P suite of safety and driving aids, and an infotainment system that bundles a rearview camera and 6-speaker AM/FM audio system with Bluetooth, Apple CarPlay, Android Auto and Amazon Alexa integration, and USB/auxiliary inputs.

Still, for $545 more, we recommend stepping up to at least an LE as it includes a power driver's seat, 60/40-split/folding rear seats, an alarm system and 17-inch alloy wheels. Toyota Care (two years/25,000 miles of complimentary maintenance and 24/7 roadside assistance) is standard.

### 2020 Toyota Camry Options

Continuing the trim climb, the Toyota Camry SE brings more aggressive, darkened exterior aesthetics, 18-inch wheels, paddle shifters, sport front seats and sport-tuned suspension. XSE and XLE versions have dual-zone climate control, 7-inch configurable instrument display and 8-inch central touch screen, leather seats, selectable drive modes (Eco, Normal, Sport), blind-spot monitoring, panoramic glass roof with moonroof, and electric parking brake.

The Camry TRD is based on an SE model, but comes with the V6 engine that's optional in XSE and XLE models, plus a host of suspension and handling upgrades. Among the major options are a JBL premium audio system with navigation, full-speed radar cruise control, bird's-eye camera, ventilated front seats, Qi-compatible wireless phone-charging cradle and head-up display.

All grades of the AWD Toyota Camry are available with a Cold-Weather Package that includes heated seats and mirrors on the LE, plus a heated steering wheel on the XLE and XSE.

### 2020 Toyota Camry Engine

The 2020 Toyota Camry offers a choice of three powertrains. Most popular is the standard 2.5-liter 4-cylinder with 203 horsepower (206 in XSE models) and earning up to 41 mpg. The most powerful Camry is the 301-horsepower V6, available in XSE and XLE trims and standard in the new TRD model.

As with most new cars and certainly most family sedans, the Camry offers only an automatic transmission — a smooth 8-speed for gasoline models or an electronically controlled continuously variable transmission (CVT) in hybrids. If you're among the few enthusiasts who desire a manual transmission, look to the Honda Accord.

The 2020 Camry Hybrid pairs a 2.5-liter 4-cylinder gasoline engine and a battery-powered electric motor for outstanding fuel economy of up to 53 mpg. The AWD Camry is available only with the 2.5-liter 4-cylinder and the 8-speed automatic.

2.5-liter inline-4
203 horsepower @ 6,600 rpm (XSE: 206 horsepower @ 6,600 rpm)
184 lb-ft of torque @ 5,000 rpm (XSE: 186 lb-ft @ 5,000 rpm)
EPA city/highway fuel economy: 29/41 mpg (L), 28/39 mpg (LE, SE), 27/38 mpg (XLE, XSE), 25/34 mpg (AWD LE, SE, XLE, XSE)

3.5-liter V6
301 horsepower @ 6,600 rpm
267 lb-ft of torque @ 4,700 rpm
EPA city/highway fuel economy: 22/33 mpg (XLE), 22/32 mpg (XSE), 22/31 mpg (TRD)

2.5-liter inline-4 gasoline-electric hybrid
208 horsepower total
EPA city/highway fuel economy: 51/53 mpg (LE), 44/47 mpg (SE, XLE)

### How Much Does the 2020 Toyota Camry Cost?

The 2020 Toyota Camry has a Manufacturer's Suggested Retail Price (MSRP) of $24,295, plus a $955 destination charge. For $545 more, we recommend the better-equipped LE model. The sportier Camry SE bows at just over $26,000, while the very well-equipped XLE and XSE trims start around $30,000. All-wheel drive adds $1,400.

The V6 Camry formerly was only available in XLE and XSE trims that begin over $34,000. With the introduction of the performance-oriented Camry TRD, you can now get a new V6 Camry with a

starting price just over $31,000. The Camry Hybrid, meanwhile, starts at just over $28,000. At these prices, the Camry is in line with a comparably equipped Honda Accord and Nissan Altima, though the Camry Hybrid is several thousand more than the Accord Hybrid. The Camry's starting price is slightly higher than those of the Hyundai Sonata, Chevrolet Malibu, Ford Fusion, Nissan Altima, Kia Optima and all-wheel-drive Subaru Legacy.

**RELATED:** **Best Midsize Cars of 2020**

Before buying, check the KBB.com Fair Purchase Price to see what others in your area are paying for their new Toyota Camry. The Camry's resale value is another bright spot, as Toyota's midsize sedan has historically held its value at or near the top of its class.

### Which 2020 Toyota Camry Model is Right for Me?

**2020 Toyota Camry L**

Apple CarPlay, Android Auto, Amazon Alexa
7-inch touch screen
TSS-P safety system
6-way manual-adjust driver's seat

**2020 Toyota Camry LE**

8-way-power driver's seat
60/40-split/fold rear seats
17-inch alloy wheels
Anti-theft alarm system
Optional all-wheel drive

**2020 Toyota Camry Hybrid LE**

8-way-power driver's seat
Push-button start
Up to 53-mpg rating
Dual-zone climate control

**2020 Toyota SE**

Darkened exterior aesthetics
18-inch alloy wheels
Sport-tuned suspension
Rear spoiler
Optional all-wheel drive

**2020 Toyota Camry Hybrid SE**

Darkened exterior aesthetics
18-inch alloy wheels
Sport-tuned suspension
Rear spoiler

**2020 Toyota Camry XLE**

Leather interior
Blind-spot monitoring
8-inch touch screen, upgraded audio
Heated front seats
Optional all-wheel drive

**2020 Toyota Camry XLE Hybrid**

Leather interior
8-inch touch screen, upgraded audio
Digital instrument display
Dual-zone climate control
18-inch alloy wheels

**2020 Toyota Camry XSE**

2020 Toyota Camry XSE

Darkened exterior aesthetics
19-inch alloy wheels
Leather-trimmed interior
8-inch touch screen, upgraded audio
Optional all-wheel drive

**2020 Toyota Camry TRD**

V6 engine
Track-tuned suspension
Lower ride height
TRD cat-back exhaust

**2020 Toyota Camry XLE V6**

V6 engine
8-inch touch screen, upgraded audio
Panoramic glass roof with moonroof
Color head-up display

**2020 Toyota Camry XSE V6**

V6 engine
Sport-tuned suspension
Darkened exterior aesthetics
19-inch alloy wheels
Rear spoiler

Read less

## 2020 Toyota Camry Photos & Videos (63)

## 2020 Toyota Camry Consumer Reviews  3.8 Overall Rating

Based on 135 reviews

Write a review

| | |
|---|---|
| 5 star | 46% |
| 4 star | 17% |
| 3 star | 19% |
| 2 star | 10% |
| 1 star | 7% |

| | | | |
|---|---|---|---|
| Value | 3.8 | Performance | 4.1 |
| Quality | 3.9 | Comfort | 4 |
| Reliability | 4.1 | Styling | 4.3 |

Sissy
09/10/2020
2020 Toyota Camry

***"Uncomfortable"***

Very disappointed in this car. The seat hurts my back, I bought a memory foam cushion to install in my seat in order to drive it. It has had 1 recall and now has been in shop for a week: the whole instrument panel went out. I believe I purchased a "lemon".

Value Performance Quality
Comfort Reliability Styling

0 0 Was this review helpful? Yes | No



Chum
09/08/2020
2020 Toyota Camry

*"Faulty electronic system/battery drain"*

**PROS** Looks good

**CONS** Battery drain, windshield angle, electrical system

Don't buy this car! After 3 months a full battery will drain in serval hours. Dealership says the battery is fine and may be a sensor issue. I refuse to believe they haven't seen this issue already based on all the complaints I have read. Completely unreliable for any vehicle let alone a brand new one. Be prepared for multiple trips to the dealer with no results. At this point I expect to file for lemon law. Besides that the car has no head room for a tall person. The windshield has a horrible angle that distorts the view when you wear eye glas...

Read more

| Value | Performance | Quality |
|---|---|---|
| Comfort | Reliability | Styling |

0 0

Was this review helpful? Yes | No

---

Great1
09/08/2020
2020 Toyota Camry

*"Nice looking vehicle"*

**PROS** Very nice and sleek looking. Comfortable seats.

**CONS** Drags when you drive it. Loud. Battery goes dead

I finally got the 2020 Toyota Camry that I wanted. But after only six months the battery just went dead. This car is very nice looking and it's comfortable. After reading a lot of the other reviews on here with complaints about the battery, makes me realize, that this is a common issue. So, therefore it's not a reliable car. Especially if I don't know from one day to the next if my car is going to crank. That was my reason for getting a brand new car so that I could have reliable transportation. Seems like Toyota should address the issue. Th...

Read more

| Value | Performance | Quality |
|---|---|---|
| Comfort | Reliability | Styling |

0 0

Was this review helpful? Yes | No

---

See All 136 Reviews

## 2020 Toyota Camry Specs & Features

Based on lowest-priced style.

Get the News that drives you forward.
SUBSCRIBE
Ride

### Technology

- Bluetooth Wireless Technology
- Cruise Control
- Hands Free Phone
- Remote Keyless Entry
- Internet Access
- Smartphone Interface
- USB Port
- Voice Recognition System

### Entertainment

- Satellite Radio
- Bluetooth Streaming Audio

### Seating

- Cloth Seats

### Comfort & Convenience

- Remote Control Liftgate/Trunk Release

### Fuel Economy

- City: 29 MPG

- Highway: 41 MPG
- Combined: 34 MPG

**Performance**

- Horsepower: 203 @ 6600 RPM
- Torque: 184 @ 5000 rpm
- Engine: 4-Cyl, 2.5 Liter

**Interior**

- Power Windows
- Rear Window Defroster
- 12V Power Outlet
- Power Outlet
- Steering Wheel Controls
- Tilt Steering Wheel
- Tilt/Telescoping Steering Wheel

**Exterior**

- Number of Doors: 4 doors
- LED Headlights

**Warranty**

- Basic: 3 years / 36000 miles
- Powertrain: 5 years / 60000 miles
- Corrosion: 5 years / Unlimited miles

**Mechanical**

- Drivetrain: FWD
- Transmission Type: Automatic
- 8 speed
- Recommended Fuel: Regular
- Hill Start Assist

**Dimensions, Weights & Capacities**

- Curb Weight: 3241 pounds
- EPA Passenger: 100.4 cubic feet
- Fuel Capacity: 14.5 gallons
- Front Head Room: 38.3 inches
- Front Leg Room: 42.1 inches
- Max Seating Capacity: 5
- Minimum Ground Clearance: 5.7 inches
- Overall Length: 192.1 inches
- Front Shoulder Room: 57.7 inches
- Towing Capacity, Maximum: Not Recommended
- Trunk or Cargo Capacity: 14.1 cubic feet
- Turning Diameter: 37.4 feet
- Wheel Base: 111.2 inches
- Width with mirrors: 72.4 inches

See less

## 2020 Toyota Camry Safety

5.0

**Crash Test Rating**

Frontal Crash 5

Side Barrier 5

Rollover Rating 5

Side Crash 5

### 2020 Toyota Camry Safety Technology

**TSS-P**

Short for Toyota Safety Sense P, this standard suite bundles forward-collision warning and automatic emergency braking, lane-departure/lane-keep assist, and adaptive cruise control.

**Blind-spot monitoring with rear cross-traffic alert**

This extraordinarily helpful system is optional on LE models and standard on XLE and higher trims.

**Rear cross-traffic braking**

Optional on XLE and higher trims, this safety system can automatically apply the brakes when the car is backing up to prevent a collision.

## 2020 Toyota Camry Styles

| L<br>*Lowest Priced Style* | LE | SE | SE Nightshade Edition | XL |
|---|---|---|---|---|
| Combined Fuel Economy<br>34 MPG | Combined Fuel Economy<br>32 MPG | Combined Fuel Economy<br>32 MPG | Combined Fuel Economy<br>32 MPG | Cc<br>31 |
| Seating<br>Seats 5 | Seating<br>Seats 5 | Seating<br>Seats 5 | Seating<br>Seats 5 | Se<br>Se |
| Horsepower<br>203 @ 6600 RPM HP | Horsepower<br>203 @ 6600 RPM HP | Horsepower<br>203 @ 6600 RPM HP | Horsepower<br>203 @ 6600 RPM HP | Hc<br>20 |
| Engine<br>4-Cyl, 2.5 Liter | Engine<br>4-Cyl, 2.5 Liter | Engine<br>4-Cyl, 2.5 Liter | Engine<br>4-Cyl, 2.5 Liter | En<br>4-( |

## 2020 Toyota Camry Rankings

Horsepower 203 HP | MPG Combined 34 MPG | Consumer Ratings 3.8 Rating

| Rank | Vehicle | HP |
|---|---|---|
| #1 | 2020 Honda Civic | 205 HP |
| #2 | 2020 Toyota Camry | 203 HP |
| #3 | 2020 Hyundai Elantra | 201 HP |
| #4 | 2020 Honda Accord | 192 HP |
| #5 | 2020 Nissan Altima | 188 HP |

## People Who Viewed This Also Viewed

**2020 Toyota RAV4**

Starting at
$27,070

Combined Fuel Economy
28 MPG

**2020 Toyota Highlander**

Starting at
$35,720

Combined Fuel Economy
24 MPG

**2020 Toyota Corolla**

Starting at
$20,555

Combined Fuel Economy
32 MPG

**2020 Toyota Avalon**

Starting at
$36,830

Combined Fuel Economy
25 MPG

**2020 Honda Accord**

Starting at
$25,225

Combined Fuel Economy
33 MPG

See more

## Other Mid-Size Sedans

**2021 Kia K5**
Starting at $24,455

**2020 Kia Optima Hybrid**
Starting at $30,235

**2020 Kia Optima Plug-in Hybrid**
Starting at $37,150

See more

## Also from Toyota

2020 Toyota 4Runner
2020 Toyota 86
2020 Toyota Avalon
2020 Toyota Avalon Hybrid
2020 Toyota C-HR
2020 Toyota Camry
2020 Toyota Camry Hybrid
2020 Toyota Corolla
2020 Toyota Corolla Hatchback
2020 Toyota Corolla Hybrid
2020 Toyota GR Supra
2020 Toyota Highlander
2020 Toyota Highlander Hybrid
2020 Toyota Land Cruiser
2020 Toyota Mirai
2020 Toyota Prius
2020 Toyota Prius Prime
2020 Toyota RAV4
2020 Toyota RAV4 Hybrid
2020 Toyota Sequoia
2020 Toyota Sienna
2020 Toyota Tacoma Access Cab
2020 Toyota Tacoma Double Cab
2020 Toyota Tundra CrewMax
2020 Toyota Tundra Double Cab
2020 Toyota Yaris
2020 Toyota Yaris Hatchback

FAQ | Contact Us | Don't Sell My Info | About Us | Careers | Corporate | Advertising | Media | Site Map | KBB Brazil | KBB Canada

© 1995-2020 Kelley Blue Book Co.®, Inc. All rights reserved. Copyrights & Trademarks | Terms of Service | Privacy Policy | Linking Policy | Ad Choices

Test Drive From Home
Ad

**Popular Now** 10 Best Car Deals in April 202...

# Camry Non-Disclosure

Kelley Blue Book THE TRUSTED RESOURCE Home Car Values Cars For Sale Car Reviews Car Repair Pricing Research Tools

Home > Toyota > Camry > 2020

Used cars, New cars, Classic cars Join for Free. Worldwirde delivery! OPEN

Advertisement

# 2020 Toyota Camry

Change vehicle

Get Your Quote >

Overview Reviews Cars For Sale Photos Specs & Features Safety Styles

View more photos & videos (62)

Combined Fuel Economy
34 MPG

Horsepower
203 HP

KBB Expert Rating
4.6

KBB Consumer Rating
3.8

Write a review

Build and Price | Find Inventory | **MSRP $30,580**

Other Years

2020 2019 2018 2017 2016 2015 2014 2013
2012 2011 2010 2009 2008 2007 2006 2005
2004 2003 2002 2001 2000 1999 1998 1997
1996 1995 1994 1993 1992 Less years

Kelley Blue Book Instant Cash Offer

Get Cash

Advertisement

**Pros**

- Standard suite of safety & driver-assist systems
- Excellent history of reliability & resale value
- Choice of 4-cylinder, V6 or hybrid powertrains
- Comfortable yet taut driving manners
- Now available with all-wheel drive

**Cons**

- No manual transmission
- No plug-in hybrid option

**What's New For 2020**

- All-wheel drive available on most models
- Limited-edition Camry TRD performance variant debuts
- Android Auto joins Apple CarPlay and Amazon Alexa integration

Read less

Dealer Home Service
We'll bring this vehicle to you.
Video Walkaround
Test Drive at Home
Local Home Delivery
Find out about
Dealer Home Services
Search Available Vehicles

Kelley Blue Book
Get maintenance... from your door.
Learn more

Advertisement

## For Sale

**25373 Toyota Camry** vehicles nationwide

Browse Listings











NO PAYMENTS 90 DAYS. SHOP FROM HOME. WE DELIVER.

| 2020 Toyota Camry LE | 2020 Toyota Camry L | 2020 Toyota Camry LE | 2020 Toyota Camry LE |
|---|---|---|---|
| $21,731 | $21,814 | $21,914 | $21,914 |
| 0 | Mileage: 10 | Mileage: 1 | Mileage: 1 |

# New Car Price Quote

**Get the best deal on a new car!**

Compare prices from three local dealers.

Make
Toyota

Model
Camry

Style/Trim
L

ZIP Code

Find Dealers

## People Also Ask

DRIVE THE VOTE
Make Your Vote Count.
Election Day is November 3.
Register to Vote
Advertisement

^ Is the 2020 Toyota Camry a good car?

Yes, in fact the Camry is one of the best cars in its segment. It is safe, reliable, practical, stylish and drives well.

^ How much does a 2020 Toyota Camry cost?

A new Toyota Camry starts just over $24,000 and rises to beyond $37,000 for a loaded XSE V6 model.

Which is better, the Toyota Camry or Honda Accord?

Is the Toyota Camry available with all-wheel drive?

## 2020 Toyota Camry Expert Review

2020 Toyota Camry | Review & Road Test
Share
Best-selling Toyota Camry makes a sporty splash in the midsize sedan se…
KELLEY BLUE BOOK OFFICIAL GUIDE
Toyota Camry

Review 07:26

#2 in Best Midsize Cars of 2020

### Top 13 Features of the 2020 Toyota Camry

**#1. Roomy cabin**
The 2020 Camry is a midsize sedan, yet still comes with 38 inches of rear legroom. That's about four inches more than a full-size Mercedes-Benz S-Class.

**#2. Pleasurable driving experience**
The words "pleasure" and "Camry" haven't always been connected in this car's history, but Toyota has really honed the current generation's abilities.

**#3. Cavernous trunk**
Most versions of the 2020 Camry have 15.1 cubic feet of trunk space, enough for four medium-sized suitcases.

**#4. Hybrid drivetrain**
Toyota offers a 2020 Camry Hybrid that achieves 53 mpg on the highway.

**#5. Fuel-efficient 4-cylinder engine**
The base 2.5-liter engine develops a punchy 203 horsepower but can still run to 39 mpg on the highway.

**#6. Wonderful V6**
Smooth, quiet and endowed with 301 horsepower, this 3.5-liter V6 is for the more luxurious and/or sporty Camry variants.

**#7. Optional all-wheel drive**
For the first time in the Camry's history, all-wheel drive becomes available. It's paired with the 4-cylinder engine only and in LE trim or above.

**#8. Performance-oriented TRD version**
Another first for the Camry. This TRD (Toyota Racing Development) model has the V6, a sportier suspension setup, stronger brakes and grippier summer tires.

**#9. Toyota Safety Sense P**
Every 2020 Camry has adaptive cruise control, automatic emergency braking with pedestrian detection, active lane keeping and automatic high beams.

**#10. Solid reputation**
Over eight generations, the Camry has been a best-seller because of its reliability, build quality, affordability and robust resale values.

**#11. Android Auto, Apple CarPlay and Amazon Alexa**
For 2020, Android Auto smartphone integration joins Apple CarPlay as standard equipment. So does Amazon Alexa, which obeys spoken commands — for example, lock or unlock the doors.

**#12. Wi-Fi is standard**
Even in the most basic L trim.

**#13. Crash test champion**
The 2020 Camry received a perfect 5-star overall score from the National Highway Traffic Safety Administration (NHTSA), and the Insurance Institute for Highway Safety made it a "Top Safety Pick Plus."

### Overview

The Toyota Camry remains one of the most popular, most recommendable sedans you can buy. Long the default choice for those looking for a reliable, comfortable and inoffensive midsize car, the Camry was reborn two years ago packing serious style, more features and better handling than ever, all while losing none of its trademark outstanding qualities.

The 2020 Camry faces stiff competition in the Honda Accord, Hyundai Sonata and Nissan Altima, but it stands out as being the only mainstream midsize sedan to still offer a V6 in addition to the standard 4-cylinder. A hybrid model that's rated up to 53 mpg is also available.

For 2020, the Camry continues to improve with the arrival of optional all-wheel drive (AWD) which helps this popular midsize Toyota compete with the AWD Subaru Legacy and Nissan Altima. What's more, a track-tuned Camry TRD performance edition has made its debut, and Android Auto has finally joined Apple CarPlay as standard equipment. There are now more Camry variants than ever,

and it's hard to go wrong with any of them.

### Driving the 2020 Toyota Camry

For as long as we can remember, the Toyota Camry has been comfortable and compliant, but not all that invigorating to drive. It was essentially the vanilla ice cream of family sedans. That all changed with its revamp a couple of years ago that marked this Toyota sedan's eighth generation. A double-wishbone rear suspension, lower center of gravity and stiffer body structure all translated to a more dynamic and fun-to-drive experience. The Camry feels taut, but doesn't compromise the comfortable manners for which it's known.

Compared to the Honda Accord, the Camry still isn't quite as nimble, but it's close. And as it's long been, we think the Camry is slightly more comfortable and compliant than its Honda archrival. We are also fans of the Camry's precise steering feel and smooth 8-speed automatic transmission, which can also be shifted via paddles in some models.

The standard 4-cylinder engine that powers the majority of Camrys will suffice for most buyers and has a satisfying blend of performance and efficiency. The optional V6 making over 300 horsepower can easily chirp the front tires. Our surprise favorite is the Camry Hybrid (see Favorite Features).

New this year is the 2020 Camry TRD, developed in conjunction with Toyota Racing Development. This limited-edition Camry comes with the powerful V6 engine, a lower ride height and a host of suspension upgrades. The tweaks are noticeable, and the ride is stiff to the point that it can be jarring on rougher roads. We recommend giving it a good test drive first to see if it's your cup of tea. If it is, you'll be rewarded with the sharpest handling yet for a Toyota Camry.

Also new this year is all-wheel drive, available as an option on the 4-cylinder Camry LE, SE, XLE and XSE models. In good driving conditions, you'll never know this Camry has AWD because it drives just like a standard front-drive Camry. But in slippery wintry conditions, the AWD system helps this sedan move away from stoplights with ease while also contributing to improved stability when powering out of corners.

From 0 to 15 mph, the Dynamic Torque Control system, via an electromagnetic coupling in the rear differential, sends as much as 50 percent of the engine's power to the rear wheels, even before any front wheel slip is detected. This coupling disengages at higher speeds to improve fuel economy but automatically re-engages the moment AWD is needed.

A couple of downsides: AWD drops the Camry's EPA Combined fuel economy rating by about 3 mpg, and the fuel tank – reconfigured because of the driveshaft – shrinks from 16.0 gallons to 14.4.

**RELATED:** Best Midsize Cars of 2020

### Favorite Features

CAMRY HYBRID
The Camry Hybrid is the king of its castle, being the first midsize-hybrid sedan to break the 50-mpg barrier, with the current 2020 version earning a combined 52-mpg rating from the EPA. That easily beats competitors like the Honda Accord Hybrid, Kia Optima Hybrid and Ford Fusion Hybrid.

TOYOTA SAFETY SENSE P (TSS-P)
All new Camry models come with Toyota's robust suite of safety and active driver-assistance features. It bundles features like forward-collision warning, automatic emergency braking, lane-departure warning and lane-keeping assist, and adaptive cruise control.

### 2020 Toyota Camry Interior

The 2020 Camry's interior is an excellent blend of technology, style, comfort and practicality. As a whole, it functions amazingly well, with no unnecessary fluff. The Camry has a boldly designed dash composed of asymmetrical swoops and curves, a set of nicely bolstered front bucket seats and a spacious rear seat. Controls are straightforward and easy to use.

We like that the Toyota Camry has a traditional transmission selector, not potentially confusing buttons or a knob like the Honda Accord and Ford Fusion. The Camry has easy-to-use and easy-to-see controls for its 7- and 8-inch touch-screen infotainment systems, with redundant buttons on the steering wheel.

Base models get one USB port, while more expensive versions get three. Note that in the Camry TRD model, the rear seat doesn't fold as normal because of its additional rear bracing. Rear-seat air vents are standard on XLE and above models, or optional beginning on LE trims.

### 2020 Toyota Camry Exterior

Toyota continues to up its game with the Camry's exterior style, and this newest model is its most daring. We think this Camry is among the best-looking yet, and certainly the most design-forward. From front to back, the 2020 Camry aims to show off its dynamic athleticism and attitude. Its large front grille is hard to miss, and the Camry's sleek low aluminum hood shows off interesting creases.

One of the most surprising features is found on the sporty XSE models, which boast four — count

'em, four! — chrome exhaust tips. One of the most distinguishing style elements is the 2-tone Midnight Black Metallic roof, available on XSE and TRD models. The 2020 Camry Nightshade model, based on the SE, has blacked-out aesthetics, including black emblems and badges, and 18-inch black alloy wheels.

The new Toyota Camry TRD, meanwhile, is the most outrageous in the lineup. It also has blacked-out treatments, sits 0.6 inch lower, and is festooned with a black, boy-racer wing mounted to the trunk.

### 2020 Toyota Camry Standard Features

The 2020 Camry's lineup consists of L, LE, SE, XSE and XLE, with SE and XSE the sportier pair. A limited-edition TRD is new for 2020. The least expensive 2020 Toyota Camry L is a solid buy that includes automatic transmission, 6-way-manually adjustable front seats, the TSS-P suite of safety and driving aids, and an infotainment system that bundles a rearview camera and 6-speaker AM/FM audio system with Bluetooth, Apple CarPlay, Android Auto and Amazon Alexa integration, and USB/auxiliary inputs.

Still, for $545 more, we recommend stepping up to at least an LE as it includes a power driver's seat, 60/40-split/folding rear seats, an alarm system and 17-inch alloy wheels. Toyota Care (two years/25,000 miles of complimentary maintenance and 24/7 roadside assistance) is standard.

### 2020 Toyota Camry Options

Continuing the trim climb, the Toyota Camry SE brings more aggressive, darkened exterior aesthetics, 18-inch wheels, paddle shifters, sport front seats and sport-tuned suspension. XSE and XLE versions have dual-zone climate control, 7-inch configurable instrument display and 8-inch central touch screen, leather seats, selectable drive modes (Eco, Normal, Sport), blind-spot monitoring, panoramic glass roof with moonroof, and electric parking brake.

The Camry TRD is based on an SE model, but comes with the V6 engine that's optional in XSE and XLE models, plus a host of suspension and handling upgrades. Among the major options are a JBL premium audio system with navigation, full-speed radar cruise control, bird's-eye camera, ventilated front seats, Qi-compatible wireless phone-charging cradle and head-up display.

All grades of the AWD Toyota Camry are available with a Cold-Weather Package that includes heated seats and mirrors on the LE, plus a heated steering wheel on the XLE and XSE.

### 2020 Toyota Camry Engine

The 2020 Toyota Camry offers a choice of three powertrains. Most popular is the standard 2.5-liter 4-cylinder with 203 horsepower (206 in XSE models) and earning up to 41 mpg. The most powerful Camry is the 301-horsepower V6, available in XSE and XLE trims and standard in the new TRD model.

As with most new cars and certainly most family sedans, the Camry offers only an automatic transmission — a smooth 8-speed for gasoline models or an electronically controlled continuously variable transmission (CVT) in hybrids. If you're among the few enthusiasts who desire a manual transmission, look to the Honda Accord.

The 2020 Camry Hybrid pairs a 2.5-liter 4-cylinder gasoline engine and a battery-powered electric motor for outstanding fuel economy of up to 53 mpg. The AWD Camry is available only with the 2.5-liter 4-cylinder and the 8-speed automatic.

2.5-liter inline-4
203 horsepower @ 6,600 rpm (XSE: 206 horsepower @ 6,600 rpm)
184 lb-ft of torque @ 5,000 rpm (XSE: 186 lb-ft @ 5,000 rpm)
EPA city/highway fuel economy: 29/41 mpg (L), 28/39 mpg (LE, SE), 27/38 mpg (XLE, XSE), 25/34 mpg (AWD LE, SE, XLE, XSE)

3.5-liter V6
301 horsepower @ 6,600 rpm
267 lb-ft of torque @ 4,700 rpm
EPA city/highway fuel economy: 22/33 mpg (XLE), 22/32 mpg (XSE), 22/31 mpg (TRD)

2.5-liter inline-4 gasoline-electric hybrid
208 horsepower total
EPA city/highway fuel economy: 51/53 mpg (LE), 44/47 mpg (SE, XLE)

### How Much Does the 2020 Toyota Camry Cost?

The 2020 Toyota Camry has a Manufacturer's Suggested Retail Price (MSRP) of $24,295, plus a $955 destination charge. For $545 more, we recommend the better-equipped LE model. The sportier Camry SE bows at just over $26,000, while the very well-equipped XLE and XSE trims start around $30,000. All-wheel drive adds $1,400.

The V6 Camry formerly was only available in XLE and XSE trims that begin over $34,000. With the introduction of the performance-oriented Camry TRD, you can now get a new V6 Camry with a

starting price just over $31,000. The Camry Hybrid, meanwhile, starts at just over $28,000.

At these prices, the Camry is in line with a comparably equipped Honda Accord and Nissan Altima, though the Camry Hybrid is several thousand more than the Accord Hybrid. The Camry's starting price is slightly higher than those of the Hyundai Sonata, Chevrolet Malibu, Ford Fusion, Nissan Altima, Kia Optima and all-wheel-drive Subaru Legacy.

**RELATED:** **Best Midsize Cars of 2020**

Before buying, check the KBB.com Fair Purchase Price to see what others in your area are paying for their new Toyota Camry. The Camry's resale value is another bright spot, as Toyota's midsize sedan has historically held its value at or near the top of its class.

### Which 2020 Toyota Camry Model is Right for Me?

**2020 Toyota Camry L**

Apple CarPlay, Android Auto, Amazon Alexa
7-inch touch screen
TSS-P safety system
6-way manual-adjust driver's seat

**2020 Toyota Camry LE**

8-way-power driver's seat
60/40-split/fold rear seats
17-inch alloy wheels
Anti-theft alarm system
Optional all-wheel drive

**2020 Toyota Camry Hybrid LE**

8-way-power driver's seat
Push-button start
Up to 53-mpg rating
Dual-zone climate control

**2020 Toyota SE**

Darkened exterior aesthetics
18-inch alloy wheels
Sport-tuned suspension
Rear spoiler
Optional all-wheel drive

**2020 Toyota Camry Hybrid SE**

Darkened exterior aesthetics
18-inch alloy wheels
Sport-tuned suspension
Rear spoiler

**2020 Toyota Camry XLE**

Leather interior
Blind-spot monitoring
8-inch touch screen, upgraded audio
Heated front seats
Optional all-wheel drive

**2020 Toyota Camry XLE Hybrid**

Leather interior
8-inch touch screen, upgraded audio
Digital instrument display
Dual-zone climate control
18-inch alloy wheels

**2020 Toyota Camry XSE**

**2020 Toyota Camry XSE**

Darkened exterior aesthetics
19-inch alloy wheels
Leather-trimmed interior
8-inch touch screen, upgraded audio
Optional all-wheel drive

**2020 Toyota Camry TRD**

V6 engine
Track-tuned suspension
Lower ride height
TRD cat-back exhaust

**2020 Toyota Camry XLE V6**

V6 engine
8-inch touch screen, upgraded audio
Panoramic glass roof with moonroof
Color head-up display

**2020 Toyota Camry XSE V6**

V6 engine
Sport-tuned suspension
Darkened exterior aesthetics
19-inch alloy wheels
Rear spoiler

Read less

## 2020 Toyota Camry Photos & Videos (63)

Toyota Camry
Review
07:26

## 2020 Toyota Camry Consumer Reviews

3.8 Overall Rating

Based on 135 reviews

Write a review

5 star 46%
4 star 17%
3 star 19%
2 star 10%
1 star 7%

Value 3.8
Performance 4.1
Quality 3.9
Comfort 4
Reliability 4.1
Styling 4.3

Sissy
09/10/2020
2020 Toyota Camry

***"Uncomfortable"***

Very disappointed in this car. The seat hurts my back, I bought a memory foam cushion to install in my seat in order to drive it. It has had 1 recall and now has been in shop for a week: the whole instrument panel went out. I believe I purchased a "lemon".

Value Performance Quality
Comfort Reliability Styling

0 0 Was this review helpful? Yes | No



Chum
09/08/2020
2020 Toyota Camry

★★☆☆☆

***"Faulty electronic system/battery drain"***

PROS Looks good

CONS Battery drain, windshield angle, electrical system

Don't buy this car! After 3 months a full battery will drain in serval hours. Dealership says the battery is fine and may be a sensor issue. I refuse to believe they haven't seen this issue already based on all the complaints I have read. Completely unreliable for any vehicle let alone a brand new one. Be prepared for multiple trips to the dealer with no results. At this point I expect to file for lemon law. Besides that the car has no head room for a tall person. The windshield has a horrible angle that distorts the view when you wear eye glas...

Read more

| | | | | | |
|---|---|---|---|---|---|
| Value | ★★☆☆☆ | Performance | ★★★☆☆ | Quality | ★☆☆☆☆ |
| Comfort | ★☆☆☆☆ | Reliability | ★☆☆☆☆ | Styling | ★★★★☆ |

0 0 Was this review helpful? Yes | No

Great1
09/08/2020
2020 Toyota Camry

***"Nice looking vehicle"***

PROS Very nice and sleek looking. Comfortable seats.

CONS Drags when you drive it. Loud. Battery goes dead

I finally got the 2020 Toyota Camry that I wanted. But after only six months the battery just went dead. This car is very nice looking and it's comfortable. After reading a lot of the other reviews on here with complaints about the battery, makes me realize, that this is a common issue. So, therefore it's not a reliable car. Especially if I don't know from one day to the next if my car is going to crank. That was my reason for getting a brand new car so that I could have reliable transportation. Seems like Toyota should address the issue. Th...

Read more

| | | | | | |
|---|---|---|---|---|---|
| Value | ★★★★☆ | Performance | ★★☆☆☆ | Quality | ★★☆☆☆ |
| Comfort | ★★★★★ | Reliability | ★☆☆☆☆ | Styling | ★★★★★ |

0 0 Was this review helpful? Yes | No

See All 136 Reviews

## 2020 Toyota Camry Specs & Features

Based on lowest-priced style.

Get the News that drives you forward.
SUBSCRIBE
Ride

### Technology

- Bluetooth Wireless Technology
- Cruise Control
- Hands Free Phone
- Remote Keyless Entry
- Internet Access
- Smartphone Interface
- USB Port
- Voice Recognition System

### Entertainment

- Satellite Radio
- Bluetooth Streaming Audio

### Seating

- Cloth Seats

### Comfort & Convenience

- Remote Control Liftgate/Trunk Release

### Fuel Economy

- City: 29 MPG

* Highway: 41 MPG

* Combined: 34 MPG

**Performance**

* Horsepower: 203 @ 6600 RPM
* Torque: 184 @ 5000 rpm
* Engine: 4-Cyl, 2.5 Liter

**Interior**

* Power Windows
* Rear Window Defroster
* 12V Power Outlet
* Power Outlet
* Steering Wheel Controls
* Tilt Steering Wheel
* Tilt/Telescoping Steering Wheel

**Exterior**

* Number of Doors: 4 doors
* LED Headlights

**Warranty**

* Basic: 3 years / 36000 miles
* Powertrain: 5 years / 60000 miles
* Corrosion: 5 years / Unlimited miles

**Mechanical**

* Drivetrain: FWD
* Transmission Type: Automatic
* 8 speed
* Recommended Fuel: Regular
* Hill Start Assist

**Dimensions, Weights & Capacities**

* Curb Weight: 3241 pounds
* EPA Passenger: 100.4 cubic feet
* Fuel Capacity: 14.5 gallons
* Front Head Room: 38.3 inches
* Front Leg Room: 42.1 inches
* Max Seating Capacity: 5
* Minimum Ground Clearance: 5.7 inches
* Overall Length: 192.1 inches
* Front Shoulder Room: 57.7 inches
* Towing Capacity, Maximum: Not Recommended
* Trunk or Cargo Capacity: 14.1 cubic feet
* Turning Diameter: 37.4 feet
* Wheel Base: 111.2 inches
* Width with mirrors: 72.4 inches

See less

## 2020 Toyota Camry Safety

5.0

**Crash Test Rating**

Frontal Crash 5

Side Barrier 5

Rollover Rating 5

Side Crash 5

### 2020 Toyota Camry Safety Technology

**TSS-P**

Short for Toyota Safety Sense P, this standard suite bundles forward-collision warning and automatic emergency braking, lane-departure/lane-keep assist, and adaptive cruise control.

**Blind-spot monitoring with rear cross-traffic alert**

This extraordinarily helpful system is optional on LE models and standard on XLE and higher trims.

**Rear cross-traffic braking**

Optional on XLE and higher trims, this safety system can automatically apply the brakes when the car is backing up to prevent a collision.

## 2020 Toyota Camry Styles

| L *Lowest Priced Style* | LE | SE | SE Nightshade Edition | XL |
|---|---|---|---|---|
| Combined Fuel Economy 34 MPG | Combined Fuel Economy 32 MPG | Combined Fuel Economy 32 MPG | Combined Fuel Economy 32 MPG | Cc 31 |
| Seating Seats 5 | Seating Seats 5 | Seating Seats 5 | Seating Seats 5 | Se Se |
| Horsepower 203 @ 6600 RPM HP | Horsepower 203 @ 6600 RPM HP | Horsepower 203 @ 6600 RPM HP | Horsepower 203 @ 6600 RPM HP | Hc 20 |
| Engine 4-Cyl, 2.5 Liter | Engine 4-Cyl, 2.5 Liter | Engine 4-Cyl, 2.5 Liter | Engine 4-Cyl, 2.5 Liter | En 4-( |

## 2020 Toyota Camry Rankings

Horsepower 203 HP | MPG Combined 34 MPG | Consumer Ratings 3.8 Rating

| Rank | Vehicle | HP |
|---|---|---|
| #1 | 2020 Honda Civic | 205 HP |
| #2 | 2020 Toyota Camry | 203 HP |
| #3 | 2020 Hyundai Elantra | 201 HP |
| #4 | 2020 Honda Accord | 192 HP |
| #5 | 2020 Nissan Altima | 188 HP |

## People Who Viewed This Also Viewed

**2020 Toyota RAV4**

Starting at
$27,070

Combined Fuel Economy
28 MPG

**2020 Toyota Highlander**

Starting at
$35,720

Combined Fuel Economy
24 MPG

**2020 Toyota Corolla**

Starting at
$20,555

Combined Fuel Economy
32 MPG

**2020 Toyota Avalon**

Starting at
$36,830

Combined Fuel Economy
25 MPG

**2020 Honda Accord**

Starting at
$25,225

Combined Fuel Economy
33 MPG

## Other Mid-Size Sedans

**2021 Kia K5**
Starting at $24,455

**2020 Kia Optima Hybrid**
Starting at $30,235

**2020 Kia Optima Plug-in Hybrid**
Starting at $37,150

See more

## Also from Toyota

2020 Toyota 4Runner
2020 Toyota 86
2020 Toyota Avalon
2020 Toyota Avalon Hybrid
2020 Toyota C-HR
2020 Toyota Camry
2020 Toyota Camry Hybrid
2020 Toyota Corolla
2020 Toyota Corolla Hatchback
2020 Toyota Corolla Hybrid
2020 Toyota GR Supra
2020 Toyota Highlander
2020 Toyota Highlander Hybrid
2020 Toyota Land Cruiser
2020 Toyota Mirai
2020 Toyota Prius
2020 Toyota Prius Prime
2020 Toyota RAV4
2020 Toyota RAV4 Hybrid
2020 Toyota Sequoia
2020 Toyota Sienna
2020 Toyota Tacoma Access Cab
2020 Toyota Tacoma Double Cab
2020 Toyota Tundra CrewMax
2020 Toyota Tundra Double Cab
2020 Toyota Yaris
2020 Toyota Yaris Hatchback

FAQ | Contact Us | Don't Sell My Info | About Us | Careers | Corporate | Advertising | Media | Site Map
| KBB Brazil | KBB Canada
Roku

© 1995-2020 Kelley Blue Book Co.®, Inc. All rights reserved. Copyrights & Trademarks | Terms of Service | Privacy Policy | Linking Policy | Ad Choices

Kelley Blue Book
Test Drive
From Home
Ad

**Popular Now** 10 Best Car Deals in April 202...

# Camry Hybrid Disclosure

Kelley Blue Book THE TRUSTED RESOURCE
Home | Car Values | Cars for Sale | Car Reviews | Car Repair Pricing | Research Tools

Home > Toyota > Camry Hybrid > 2020

Used cars, New cars, Classic cars Join for Free. Worldwirde delivery! OPEN
Advertisement

# 2020 Toyota Camry Hybrid

Change vehicle | Get Your Quote >

Overview | Reviews | Cars For Sale | Photos | Specs & Features | Safety | Styles

Combined Fuel Economy
52 MPG

Horsepower
208 HP

KBB Expert Rating
4.6

KBB Consumer Rating
3.8

Write a review

Build and Price | Find Inventory | MSRP $29,777

View more photos & videos (76)

Other Years
2020 2019 2018 2017

Kelley Blue Book Instant Cash Offer
Get Cash for Your Car in Minutes.
Advertisement

## Pros

- Standard suite of safety & driver-assist systems
- Excellent history of reliability & resale value
- Choice of 4-cylinder, V6 or hybrid powertrains
- Comfortable yet taut driving manners
- Now available with all-wheel drive

## Cons

- No manual transmission
- No plug-in hybrid option
- Toyota has disclosed that the HVAC system in Camry and Camry HV models may emit a musty, damp, and/or sour odor. HVAC system odor has many causes, and may be caused by a design that allows condensing water to accumulate and for naturally occurring organic materials to be trapped in the system.

## What's New For 2020

- All-wheel drive available on most models
- Limited-edition Camry TRD performance variant debuts
- Android Auto joins Apple CarPlay and Amazon Alexa integration

Read less

Dealer Home Service
We'll bring this vehicle to you.
Video Walkaround
Test Drive at Home
Local Home Delivery
Find out about
Dealer Home Services
Search Available Vehicles

Guess How Much Your Car is Worth
Take the Kelley Blue Book Challenge and see how close you get!
Let Me Take a Guess

Advertisement

## For Sale

25392 **Toyota Camry Hybrid** vehicles nationwide | Browse Listings










NO PAYMENTS 90 DAYS. SHOP FROM HOME. WE DELIVER.

AutoNation

2020 Toyota Camry LE
$21,731
0

2020 Toyota Camry L
$21,814
Mileage: 10

2020 Toyota Camry LE
$21,914
Mileage: 1

2020 Toyota Camry LE
$21,914
Mileage: 1

# New Car Price Quote

**Get the best deal on a new car!**

Compare prices from three local dealers.

Make
Toyota
Style/Trim
LE

Model
Camry Hybrid
ZIP Code
Find Dealers

Get a Free New Car Price Quote
Take control! Ask dealers for their best price up front.
KELLEY BLUE BOOK
Get Quote

Advertisement

## People Also Ask

**Is the 2020 Toyota Camry a good car?**

Yes, in fact the Camry is one of the best cars in its segment. It is safe, reliable, practical, stylish and drives well.

**How much does a 2020 Toyota Camry cost?**

A new Toyota Camry starts just over $24,000 and rises to beyond $37,000 for a loaded XSE V6 model.

**Which is better, the Toyota Camry or Honda Accord?**

**Is the Toyota Camry available with all-wheel drive?**

## 2020 Toyota Camry Hybrid Expert Review

2020 Toyota Camry | Review & Road Test
Share
Best-selling Toyota Camry makes a sporty splash in the midsize sedan se...
KELLEY BLUE BOOK OFFICIAL GUIDE
Toyota Camry



**#2 in Best Midsize Cars of 2020**

### Top 13 Features of the 2020 Toyota Camry

**#1. Roomy cabin**
The 2020 Camry is a midsize sedan, yet still comes with 38 inches of rear legroom. That's about four inches more than a full-size Mercedes-Benz S-Class.

**#2. Pleasurable driving experience**
The words "pleasure" and "Camry" haven't always been connected in this car's history, but Toyota has really honed the current generation's abilities.

**#3. Cavernous trunk**
Most versions of the 2020 Camry have 15.1 cubic feet of trunk space, enough for four medium-sized suitcases.

**#4. Hybrid drivetrain**
Toyota offers a 2020 Camry Hybrid that achieves 53 mpg on the highway.

**#5. Fuel-efficient 4-cylinder engine**
The base 2.5-liter engine develops a punchy 203 horsepower but can still run to 39 mpg on the highway.

**#6. Wonderful V6**
Smooth, quiet and endowed with 301 horsepower, this 3.5-liter V6 is for the more luxurious and/or sporty Camry variants.

**#7. Optional all-wheel drive**
For the first time in the Camry's history, all-wheel drive becomes available. It's paired with the 4-cylinder engine only and in LE trim or above.

**#8. Performance-oriented TRD version**
Another first for the Camry. This TRD (Toyota Racing Development) model has the V6, a sportier suspension setup, stronger brakes and grippier summer tires.

**#9. Toyota Safety Sense P**
Every 2020 Camry has adaptive cruise control, automatic emergency braking with pedestrian detection, active lane keeping and automatic high beams.

**#10. Solid reputation**
Over eight generations, the Camry has been a best-seller because of its reliability, build quality, affordability and robust resale values.

**#11. Android Auto, Apple CarPlay and Amazon Alexa**
For 2020, Android Auto smartphone integration joins Apple CarPlay as standard equipment. So does Amazon Alexa, which obeys spoken commands — for example, lock or unlock the doors.

**#12. Wi-Fi is standard**
Even in the most basic L trim.

**#13. Crash test champion**
The 2020 Camry received a perfect 5-star overall score from the National Highway Traffic Safety Administration (NHTSA), and the Insurance Institute for Highway Safety made it a "Top Safety Pick Plus."

### Overview

The Toyota Camry remains one of the most popular, most recommendable sedans you can buy. Long the default choice for those looking for a reliable, comfortable and inoffensive midsize car, the Camry was reborn two years ago packing serious style, more features and better handling than ever, all while losing none of its trademark outstanding qualities.

The 2020 Camry faces stiff competition in the Honda Accord, Hyundai Sonata and Nissan Altima, but it stands out as being the only mainstream midsize sedan to still offer a V6 in addition to the standard 4-cylinder. A hybrid model that's rated up to 53 mpg is also available.

For 2020, the Camry continues to improve with the arrival of optional all-wheel drive (AWD) which helps this popular midsize Toyota compete with the AWD Subaru Legacy and Nissan Altima. What's more, a track-tuned Camry TRD performance edition has made its debut, and Android Auto has

finally joined Apple CarPlay as standard equipment. There are now more Camry variants than ever, and it's hard to go wrong with any of them.

### Driving the 2020 Toyota Camry Hybrid

For as long as we can remember, the Toyota Camry has been comfortable and compliant, but not all that invigorating to drive. It was essentially the vanilla ice cream of family sedans. That all changed with its revamp a couple of years ago that marked this Toyota sedan's eighth generation. A double-wishbone rear suspension, lower center of gravity and stiffer body structure all translated to a more dynamic and fun-to-drive experience. The Camry feels taut, but doesn't compromise the comfortable manners for which it's known.

Compared to the Honda Accord, the Camry still isn't quite as nimble, but it's close. And as it's long been, we think the Camry is slightly more comfortable and compliant than its Honda archrival. We are also fans of the Camry's precise steering feel and smooth 8-speed automatic transmission, which can also be shifted via paddles in some models.

The standard 4-cylinder engine that powers the majority of Camrys will suffice for most buyers and has a satisfying blend of performance and efficiency. The optional V6 making over 300 horsepower can easily chirp the front tires. Our surprise favorite is the Camry Hybrid (see Favorite Features).

New this year is the 2020 Camry TRD, developed in conjunction with Toyota Racing Development. This limited-edition Camry comes with the powerful V6 engine, a lower ride height and a host of suspension upgrades. The tweaks are noticeable, and the ride is stiff to the point that it can be jarring on rougher roads. We recommend giving it a good test drive first to see if it's your cup of tea. If it is, you'll be rewarded with the sharpest handling yet for a Toyota Camry.

Also new this year is all-wheel drive, available as an option on the 4-cylinder Camry LE, SE, XLE and XSE models. In good driving conditions, you'll never know this Camry has AWD because it drives just like a standard front-drive Camry. But in slippery wintry conditions, the AWD system helps this sedan move away from stoplights with ease while also contributing to improved stability when powering out of corners.

From 0 to 15 mph, the Dynamic Torque Control system, via an electromagnetic coupling in the rear differential, sends as much as 50 percent of the engine's power to the rear wheels, even before any front wheel slip is detected. This coupling disengages at higher speeds to improve fuel economy but automatically re-engages the moment AWD is needed.

A couple of downsides: AWD drops the Camry's EPA Combined fuel economy rating by about 3 mpg, and the fuel tank – reconfigured because of the driveshaft – shrinks from 16.0 gallons to 14.4.

**RELATED:** Best Midsize Cars of 2020

### Favorite Features

CAMRY HYBRID
The Camry Hybrid is the king of its castle, being the first midsize-hybrid sedan to break the 50-mpg barrier, with the current 2020 version earning a combined 52-mpg rating from the EPA. That easily beats competitors like the Honda Accord Hybrid, Kia Optima Hybrid and Ford Fusion Hybrid.

TOYOTA SAFETY SENSE P (TSS-P)
All new Camry models come with Toyota's robust suite of safety and active driver-assistance features. It bundles features like forward-collision warning, automatic emergency braking, lane-departure warning and lane-keeping assist, and adaptive cruise control.

### 2020 Toyota Camry Hybrid Interior

The 2020 Camry's interior is an excellent blend of technology, style, comfort and practicality. As a whole, it functions amazingly well, with no unnecessary fluff. The Camry has a boldly designed dash composed of asymmetrical swoops and curves, a set of nicely bolstered front bucket seats and a spacious rear seat. Controls are straightforward and easy to use.

We like that the Toyota Camry has a traditional transmission selector, not potentially confusing buttons or a knob like the Honda Accord and Ford Fusion. The Camry has easy-to-use and easy-to-see controls for its 7- and 8-inch touch-screen infotainment systems, with redundant buttons on the steering wheel.

Base models get one USB port, while more expensive versions get three. Note that in the Camry TRD model, the rear seat doesn't fold as normal because of its additional rear bracing. Rear-seat air vents are standard on XLE and above models, or optional beginning on LE trims.

### 2020 Toyota Camry Hybrid Exterior

Toyota continues to up its game with the Camry's exterior style, and this newest model is its most daring. We think this Camry is among the best-looking yet, and certainly the most design-forward. From front to back, the 2020 Camry aims to show off its dynamic athleticism and attitude. Its large front grille is hard to miss, and the Camry's sleek low aluminum hood shows off interesting creases.

One of the most surprising features is found on the sporty XSE models, which boast four — count

'em, four! — chrome exhaust tips. One of the most distinguishing style elements is the 2-tone Midnight Black Metallic roof available on XSE and TRD models. The 2020 Camry Nightshade model, based on the SE, has blacked-out aesthetics, including black emblems and badges, and 18-inch black alloy wheels.

The new Toyota Camry TRD, meanwhile, is the most outrageous in the lineup. It also has blacked-out treatments, sits 0.6 inch lower, and is festooned with a black, boy-racer wing mounted to the trunk.

### 2020 Toyota Camry Hybrid Standard Features

The 2020 Camry's lineup consists of L, LE, SE, XSE and XLE, with SE and XSE the sportier pair. A limited-edition TRD is new for 2020. The least expensive 2020 Toyota Camry L is a solid buy that includes automatic transmission, 6-way-manually adjustable front seats, the TSS-P suite of safety and driving aids, and an infotainment system that bundles a rearview camera and 6-speaker AM/FM audio system with Bluetooth, Apple CarPlay, Android Auto and Amazon Alexa integration, and USB/auxiliary inputs.

Still, for $545 more, we recommend stepping up to at least an LE as it includes a power driver's seat, 60/40-split/folding rear seats, an alarm system and 17-inch alloy wheels. Toyota Care (two years/25,000 miles of complimentary maintenance and 24/7 roadside assistance) is standard.

### 2020 Toyota Camry Hybrid Options

Continuing the trim climb, the Toyota Camry SE brings more aggressive, darkened exterior aesthetics, 18-inch wheels, paddle shifters, sport front seats and sport-tuned suspension. XSE and XLE versions have dual-zone climate control, 7-inch configurable instrument display and 8-inch central touch screen, leather seats, selectable drive modes (Eco, Normal, Sport), blind-spot monitoring, panoramic glass roof with moonroof, and electric parking brake.

The Camry TRD is based on an SE model, but comes with the V6 engine that's optional in XSE and XLE models, plus a host of suspension and handling upgrades. Among the major options are a JBL premium audio system with navigation, full-speed radar cruise control, bird's-eye camera, ventilated front seats, Qi-compatible wireless phone-charging cradle and head-up display.

All grades of the AWD Toyota Camry are available with a Cold-Weather Package that includes heated seats and mirrors on the LE, plus a heated steering wheel on the XLE and XSE.

### 2020 Toyota Camry Hybrid Engine

The 2020 Toyota Camry offers a choice of three powertrains. Most popular is the standard 2.5-liter 4-cylinder with 203 horsepower (206 in XSE models) and earning up to 41 mpg. The most powerful Camry is the 301-horsepower V6, available in XSE and XLE trims and standard in the new TRD model.

As with most new cars and certainly most family sedans, the Camry offers only an automatic transmission — a smooth 8-speed for gasoline models or an electronically controlled continuously variable transmission (CVT) in hybrids. If you're among the few enthusiasts who desire a manual transmission, look to the Honda Accord.

The 2020 Camry Hybrid pairs a 2.5-liter 4-cylinder gasoline engine and a battery-powered electric motor for outstanding fuel economy of up to 53 mpg. The AWD Camry is available only with the 2.5-liter 4-cylinder and the 8-speed automatic.

2.5-liter inline-4
203 horsepower @ 6,600 rpm (XSE: 206 horsepower @ 6,600 rpm)
184 lb-ft of torque @ 5,000 rpm (XSE: 186 lb-ft @ 5,000 rpm)
EPA city/highway fuel economy: 29/41 mpg (L), 28/39 mpg (LE, SE), 27/38 mpg (XLE, XSE), 25/34 mpg (AWD LE, SE, XLE, XSE)

3.5-liter V6
301 horsepower @ 6,600 rpm
267 lb-ft of torque @ 4,700 rpm
EPA city/highway fuel economy: 22/33 mpg (XLE), 22/32 mpg (XSE), 22/31 mpg (TRD)

2.5-liter inline-4 gasoline-electric hybrid
208 horsepower total
EPA city/highway fuel economy: 51/53 mpg (LE), 44/47 mpg (SE, XLE)

### How Much Does the 2020 Toyota Camry Hybrid Cost?

The 2020 Toyota Camry has a Manufacturer's Suggested Retail Price (MSRP) of $24,295, plus a $955 destination charge. For $545 more, we recommend the better-equipped LE model. The sportier Camry SE bows at just over $26,000, while the very well-equipped XLE and XSE trims start around $30,000. All-wheel drive adds $1,400.

The V6 Camry formerly was only available in XLE and XSE trims that begin over $34,000. With the

introduction of the performance-oriented Camry TRD, you can now get a new V6 Camry with a starting price just over $31,000. The Camry Hybrid, meanwhile, starts at just over $28,000.

At these prices, the Camry is in line with a comparably equipped Honda Accord and Nissan Altima, though the Camry Hybrid is several thousand more than the Accord Hybrid. The Camry's starting price is slightly higher than those of the Hyundai Sonata, Chevrolet Malibu, Ford Fusion, Nissan Altima, Kia Optima and all-wheel-drive Subaru Legacy.

**RELATED: Best Midsize Cars of 2020**

Before buying, check the KBB.com Fair Purchase Price to see what others in your area are paying for their new Toyota Camry. The Camry's resale value is another bright spot, as Toyota's midsize sedan has historically held its value at or near the top of its class.

### Which 2020 Toyota Camry Hybrid Model is Right for Me?

**2020 Toyota Camry L**

Apple CarPlay, Android Auto, Amazon Alexa
7-inch touch screen
TSS-P safety system
6-way manual-adjust driver's seat

**2020 Toyota Camry LE**

8-way-power driver's seat
60/40-split/fold rear seats
17-inch alloy wheels
Anti-theft alarm system
Optional all-wheel drive

**2020 Toyota Camry Hybrid LE**

8-way-power driver's seat
Push-button start
Up to 53-mpg rating
Dual-zone climate control

**2020 Toyota SE**

Darkened exterior aesthetics
18-inch alloy wheels
Sport-tuned suspension
Rear spoiler
Optional all-wheel drive

**2020 Toyota Camry Hybrid SE**

Darkened exterior aesthetics
18-inch alloy wheels
Sport-tuned suspension
Rear spoiler

**2020 Toyota Camry XLE**

Leather interior
Blind-spot monitoring
8-inch touch screen, upgraded audio
Heated front seats
Optional all-wheel drive

**2020 Toyota Camry XLE Hybrid**

Leather interior
8-inch touch screen, upgraded audio
Digital instrument display
Dual-zone climate control
18-inch alloy wheels

**2020 Toyota Camry XSE**

Darkened exterior aesthetics
19-inch alloy wheels
Leather-trimmed interior
8-inch touch screen, upgraded audio
Optional all-wheel drive

**2020 Toyota Camry TRD**

V6 engine
Track-tuned suspension
Lower ride height
TRD cat-back exhaust

**2020 Toyota Camry XLE V6**

V6 engine
8-inch touch screen, upgraded audio
Panoramic glass roof with moonroof
Color head-up display

**2020 Toyota Camry XSE V6**

V6 engine
Sport-tuned suspension
Darkened exterior aesthetics
19-inch alloy wheels
Rear spoiler

Read less

## 2020 Toyota Camry Hybrid Photos & Videos (77)

## 2020 Toyota Camry Hybrid Consumer Reviews  3.8 Overall Rating

Based on 135 reviews

Write a review

| | |
|---|---|
| 5 star | 46% |
| 4 star | 17% |
| 3 star | 19% |
| 2 star | 10% |
| 1 star | 7% |

| | | | |
|---|---|---|---|
| Value | 3.8 | Performance | 4.1 |
| Quality | 3.9 | Comfort | 4 |
| Reliability | 4.1 | Styling | 4.3 |

Chum
09/08/2020
2020 Toyota Camry

***"Faulty electronic system/battery drain"***

PROS Looks good

CONS Battery drain, windshield angle, electrical system

Don't buy this car! After 3 months a full battery will drain in serval hours. Dealership says the battery is fine and may be a sensor issue. I refuse to believe they haven't seen this issue already based on all the complaints I have read. Completely unreliable for any vehicle let alone a brand new one. Be prepared for multiple trips to the dealer with no results. At this point I expect to file for lemon law. Besides that the car has no head room for a tall person. The windshield has a horrible angle that distorts the view when you wear eye glas...

Read more

Value Performance Quality
Comfort Reliability Styling

0 0 Was this review helpful? Yes | No

Great1
09/08/2020
2020 Toyota Camry

***"Nice looking vehicle"***

PROS Very nice and sleek looking. Comfortable seats.

CONS Drags when you drive it. Loud. Battery goes dead

I finally got the 2020 Toyota Camry that I wanted. But after only six months the battery just went dead. This car is very nice looking and it's comfortable. After reading a lot of the other reviews on here with complaints about the battery, makes me realize, that this is a common issue. So, therefore it's not a reliable car. Especially if I don't know from one day to the next if my car is going to crank. That was my reason for getting a brand new car so that I could have reliable transportation. Seems like Toyota should address the issue. Th...

Read more

Value Performance Quality
Comfort Reliability Styling

0 0 Was this review helpful? Yes | No

do not have one
09/05/2020
2018 Toyota Camry

***"White toyota camry se in excellent shape."***

PROS extreamly comfortable with great safety features.

CONS

excellent safety features and very comfortable

Value Performance Quality
Comfort Reliability Styling

0 0 Was this review helpful? Yes | No

See All 135 Reviews

## 2020 Toyota Camry Hybrid Specs & Features

Based on lowest-priced style.

### Technology

- Bluetooth Wireless Technology
- Cruise Control
- Hands Free Phone
- Remote Keyless Entry
- Internet Access
- Proximity Sensing Keyless Entry
- Push-Button Engine Start
- Smartphone Interface
- USB Port
- Voice Recognition System

### Entertainment

- Satellite Radio
- Bluetooth Streaming Audio

### Seating

- Folding Rear Seat
- Cloth Seats
- Power Driver's Seat

Advertisement

**Comfort & Convenience**

- Integrated Garage Door Opener

**Fuel Economy**

- Gas
  - City: 51 MPG
  - Highway: 53 MPG
  - Combined: 52 MPG
- Electric

**Performance**

- Horsepower-Combined: 208 @ 5700 RPM
- Torque: 163 @ 5200 rpm
- Engine: 4-Cyl, Hybrid, 2.5 Liter

**Interior**

- Rear Window Defroster
- 12V Power Outlet
- Power Outlet
- Steering Wheel Controls
- Tilt Steering Wheel
- Tilt/Telescoping Steering Wheel

**Exterior**

- Alloy Wheels
- Number of Doors: 4 doors
- LED Headlights
- Moon Roof/Sun Roof

**Security**

- Alarm System

**Warranty**

- Basic: 3 years / 36000 miles
- Powertrain: 5 years / 60000 miles
- Corrosion: 5 years / Unlimited miles

**Mechanical**

- Drivetrain: FWD
- Transmission Type: Automatic
- Recommended Fuel: Regular
- Hill Start Assist

**Dimensions, Weights & Capacities**

- Curb Weight: 3472 pounds
- EPA Passenger: 99.9 cubic feet
- Fuel Capacity: 13.2 gallons
- Front Head Room: 38.3 inches
- Front Leg Room: 42.1 inches
- Max Seating Capacity: 5
- Minimum Ground Clearance: 5.7 inches
- Overall Length: 192.1 inches
- Front Shoulder Room: 57.7 inches
- Towing Capacity, Maximum: Not Recommended
- Trunk or Cargo Capacity: 15.1 cubic feet

- Turning Diameter: 37.4 feet
- Wheel Base: 111.2 inches
- Width with mirrors: 72.4 inches

See less

## 2020 Toyota Camry Hybrid Safety

**5.0** Crash Test Rating

Frontal Crash 5

Side Barrier 5

Rollover Rating 5

Side Crash 5

Provided by the National Highway Traffic Safety Administration

### 2020 Toyota Camry Hybrid Safety Technology

**TSS-P**

Short for Toyota Safety Sense P, this standard suite bundles forward-collision warning and automatic emergency braking, lane-departure/lane-keep assist, and adaptive cruise control.

**Blind-spot monitoring with rear cross-traffic alert**

This extraordinarily helpful system is optional on LE models and standard on XLE and higher trims.

**Rear cross-traffic braking**

Optional on XLE and higher trims, this safety system can automatically apply the brakes when the car is backing up to prevent a collision.

## 2020 Toyota Camry Hybrid Styles

**LE**

*Lowest Priced Style*

Combined Fuel Economy
52 MPG

Seating
Seats 5

Horsepower
208 @ 5700 RPM HP

Engine
4-Cyl, Hybrid, 2.5 Liter

**SE**

Combined Fuel Economy
46 MPG

Seating
Seats 5

Horsepower
208 @ 5700 RPM HP

Engine
4-Cyl, Hybrid, 2.5 Liter

**XLE**

Combined Fuel Economy
46 MPG

Seating
Seats 5

Horsepower
208 @ 5700 RPM HP

Engine
4-Cyl, Hybrid, 2.5 Liter

## 2020 Toyota Camry Hybrid Rankings

Horsepower 208 HP | MPG Combined 52 MPG | Consumer Ratings 3.8 Rating

| Rank | Vehicle | HP |
|---|---|---|
| #1 | 2020 Subaru WRX | 268 HP |
| #2 | 2020 Buick Regal Sportback | 250 HP |
| #3 | 2020 Toyota Camry Hybrid | 208 HP |
| #4 | 2020 Toyota Camry | 202 HP |
| #5 | 2020 Acura ILX | 201 HP |

## People Who Viewed This Also Viewed

## People Who Viewed This Also Viewed

**2020 Toyota RAV4**
Starting at
$27,070
Combined Fuel Economy
28 MPG

**2020 Toyota Highlander**
Starting at
$35,720
Combined Fuel Economy
24 MPG

**2020 Toyota Corolla**
Starting at
$20,555
Combined Fuel Economy
32 MPG

**2020 Toyota Avalon**
Starting at
$36,830
Combined Fuel Economy
25 MPG

**2020 Honda Accord**
Starting at
$25,225
Combined Fuel Economy
33 MPG

See more

## Other Mid-Size Sedans

**2020 Kia Optima Hybrid**
Starting at $30,235

**2020 Kia Optima Plug-in Hybrid**
Starting at $37,150

**2020 Lexus ES**
Starting at $40,925

See more

## Also from Toyota

2020 Toyota 4Runner
2020 Toyota 86
2020 Toyota Avalon
2020 Toyota Avalon Hybrid
2020 Toyota C-HR
2020 Toyota Camry
2020 Toyota Camry Hybrid
2020 Toyota Corolla
2020 Toyota Corolla Hatchback
2020 Toyota Corolla Hybrid
2020 Toyota GR Supra
2020 Toyota Highlander
2020 Toyota Highlander Hybrid
2020 Toyota Land Cruiser
2020 Toyota Mirai
2020 Toyota Prius
2020 Toyota Prius Prime
2020 Toyota RAV4
2020 Toyota RAV4 Hybrid
2020 Toyota Sequoia
2020 Toyota Sienna
2020 Toyota Tacoma Access Cab
2020 Toyota Tacoma Double Cab
2020 Toyota Tundra CrewMax
2020 Toyota Tundra Double Cab
2020 Toyota Yaris
2020 Toyota Yaris Hatchback

FAQ | Contact Us | Don't Sell My Info | About Us | Careers | Corporate | Advertising | Media | Site Map | KBB Brazil | KBB Canada

© 1995-2020 Kelley Blue Book Co.®, Inc. All rights reserved. Copyrights & Trademarks | Terms of Service | Privacy Policy | Linking Policy | Ad Choices

Used cars, New cars, Classic cars
Join for Free. Worldwirde delivery!
OPEN

**Popular Now** 10 Best Car Deals in April 202...

# Camry Hybrid Non-Disclosure

Kelley Blue Book THE TRUSTED RESOURCE
Home Car Values Cars for Sale Car Reviews Car Repair Pricing Research Tools

Home > Toyota > Camry Hybrid > 2020

Used cars, New cars, Classic cars Join for Free. Worldwirde delivery! OPEN
Advertisement

# 2020 Toyota Camry Hybrid

Change vehicle Get Your Quote >

Overview Reviews Cars For Sale Photos Specs & Features Safety Styles

Combined Fuel Economy
52 MPG

Horsepower
208 HP

KBB Expert Rating
4.6

KBB Consumer Rating
3.8

Write a review

Build and Price Find Inventory MSRP $29,777

Kelley Blue Book Instant Cash Offer
Get Cash for Your Car in Minutes.
Advertisement

View more photos & videos (76)

Other Years
2020 2019 2018 2017

**Pros**

- Standard suite of safety & driver-assist systems
- Excellent history of reliability & resale value
- Choice of 4-cylinder, V6 or hybrid powertrains
- Comfortable yet taut driving manners
- Now available with all-wheel drive

**Cons**

- No manual transmission
- No plug-in hybrid option

**What's New For 2020**

- All-wheel drive available on most models
- Limited-edition Camry TRD performance variant debuts
- Android Auto joins Apple CarPlay and Amazon Alexa integration

Read less

Dealer Home Service
We'll bring this vehicle to you.
Video Walkaround
Test Drive at Home
Local Home Delivery
Find out about
Dealer Home Services
Search Available Vehicles

Guess How Much Your Car is Worth
Take the Kelley Blue Book Challenge and see how close you get!
Let Me Take a Guess

Advertisement

## For Sale

25392 **Toyota Camry Hybrid** vehicles nationwide Browse Listings











NO PAYMENTS 90 DAYS. SHOP FROM HOME. WE DELIVER.

2020 Toyota Camry LE
$21,731
0

2020 Toyota Camry L
$21,814
Mileage: 10

2020 Toyota Camry LE
$21,914
Mileage: 1

2020 Toyota Camry LE
$21,914
Mileage: 1

# New Car Price Quote

**Get the best deal on a new car!**

Compare prices from three local dealers.

Make
Toyota
Style/Trim
LE

Model
Camry Hybrid
ZIP Code
Find Dealers

## People Also Ask

Is the 2020 Toyota Camry a good car?

Yes, in fact the Camry is one of the best cars in its segment. It is safe, reliable, practical, stylish and drives well.

How much does a 2020 Toyota Camry cost?

A new Toyota Camry starts just over $24,000 and rises to beyond $37,000 for a loaded XSE V6 model.

Which is better, the Toyota Camry or Honda Accord?

Is the Toyota Camry available with all-wheel drive?

Get a Free New Car Price Quote
KELLEY BLUE BOOK
Take control! Ask dealers for their best price up front.
Get Quote
Advertisement

## 2020 Toyota Camry Hybrid Expert Review

2020 Toyota Camry | Review & Road Test
Share
Best-selling Toyota Camry makes a sporty splash in the midsize sedan se…
KELLEY BLUE BOOK OFFICIAL GUIDE
Toyota Camry

**#2 in Best Midsize Cars of 2020**

### Top 13 Features of the 2020 Toyota Camry

**#1. Roomy cabin**
The 2020 Camry is a midsize sedan, yet still comes with 38 inches of rear legroom. That's about four inches more than a full-size Mercedes-Benz S-Class.

**#2. Pleasurable driving experience**
The words "pleasure" and "Camry" haven't always been connected in this car's history, but Toyota has really honed the current generation's abilities.

**#3. Cavernous trunk**
Most versions of the 2020 Camry have 15.1 cubic feet of trunk space, enough for four medium-sized suitcases.

**#4. Hybrid drivetrain**
Toyota offers a 2020 Camry Hybrid that achieves 53 mpg on the highway.

**#5. Fuel-efficient 4-cylinder engine**
The base 2.5-liter engine develops a punchy 203 horsepower but can still run to 39 mpg on the highway.

**#6. Wonderful V6**
Smooth, quiet and endowed with 301 horsepower, this 3.5-liter V6 is for the more luxurious and/or sporty Camry variants.

**#7. Optional all-wheel drive**
For the first time in the Camry's history, all-wheel drive becomes available. It's paired with the 4-cylinder engine only and in LE trim or above.

**#8. Performance-oriented TRD version**
Another first for the Camry. This TRD (Toyota Racing Development) model has the V6, a sportier suspension setup, stronger brakes and grippier summer tires.

**#9. Toyota Safety Sense P**
Every 2020 Camry has adaptive cruise control, automatic emergency braking with pedestrian detection, active lane keeping and automatic high beams.

**#10. Solid reputation**
Over eight generations, the Camry has been a best-seller because of its reliability, build quality, affordability and robust resale values.

**#11. Android Auto, Apple CarPlay and Amazon Alexa**
For 2020, Android Auto smartphone integration joins Apple CarPlay as standard equipment. So does Amazon Alexa, which obeys spoken commands — for example, lock or unlock the doors.

**#12. Wi-Fi is standard**
Even in the most basic L trim.

**#13. Crash test champion**
The 2020 Camry received a perfect 5-star overall score from the National Highway Traffic Safety Administration (NHTSA), and the Insurance Institute for Highway Safety made it a "Top Safety Pick Plus."

### Overview

The Toyota Camry remains one of the most popular, most recommendable sedans you can buy. Long the default choice for those looking for a reliable, comfortable and inoffensive midsize car, the Camry was reborn two years ago packing serious style, more features and better handling than ever, all while losing none of its trademark outstanding qualities.

The 2020 Camry faces stiff competition in the Honda Accord, Hyundai Sonata and Nissan Altima, but it stands out as being the only mainstream midsize sedan to still offer a V6 in addition to the standard 4-cylinder. A hybrid model that's rated up to 53 mpg is also available.

For 2020, the Camry continues to improve with the arrival of optional all-wheel drive (AWD) which helps this popular midsize Toyota compete with the AWD Subaru Legacy and Nissan Altima. What's more, a track-tuned Camry TRD performance edition has made its debut, and Android Auto has

finally joined Apple CarPlay as standard equipment. There are now more Camry variants than ever, and it's hard to go wrong with any of them.

**Driving the 2020 Toyota Camry Hybrid**

For as long as we can remember, the Toyota Camry has been comfortable and compliant, but not all that invigorating to drive. It was essentially the vanilla ice cream of family sedans. That all changed with its revamp a couple of years ago that marked this Toyota sedan's eighth generation. A double-wishbone rear suspension, lower center of gravity and stiffer body structure all translated to a more dynamic and fun-to-drive experience. The Camry feels taut, but doesn't compromise the comfortable manners for which it's known.

Compared to the Honda Accord, the Camry still isn't quite as nimble, but it's close. And as it's long been, we think the Camry is slightly more comfortable and compliant than its Honda archrival. We are also fans of the Camry's precise steering feel and smooth 8-speed automatic transmission, which can also be shifted via paddles in some models.

The standard 4-cylinder engine that powers the majority of Camrys will suffice for most buyers and has a satisfying blend of performance and efficiency. The optional V6 making over 300 horsepower can easily chirp the front tires. Our surprise favorite is the Camry Hybrid (see Favorite Features).

New this year is the 2020 Camry TRD, developed in conjunction with Toyota Racing Development. This limited-edition Camry comes with the powerful V6 engine, a lower ride height and a host of suspension upgrades. The tweaks are noticeable, and the ride is stiff to the point that it can be jarring on rougher roads. We recommend giving it a good test drive first to see if it's your cup of tea. If it is, you'll be rewarded with the sharpest handling yet for a Toyota Camry.

Also new this year is all-wheel drive, available as an option on the 4-cylinder Camry LE, SE, XLE and XSE models. In good driving conditions, you'll never know this Camry has AWD because it drives just like a standard front-drive Camry. But in slippery wintry conditions, the AWD system helps this sedan move away from stoplights with ease while also contributing to improved stability when powering out of corners.

From 0 to 15 mph, the Dynamic Torque Control system, via an electromagnetic coupling in the rear differential, sends as much as 50 percent of the engine's power to the rear wheels, even before any front wheel slip is detected. This coupling disengages at higher speeds to improve fuel economy but automatically re-engages the moment AWD is needed.

A couple of downsides: AWD drops the Camry's EPA Combined fuel economy rating by about 3 mpg, and the fuel tank – reconfigured because of the driveshaft – shrinks from 16.0 gallons to 14.4.

**RELATED:** Best Midsize Cars of 2020

**Favorite Features**

CAMRY HYBRID
The Camry Hybrid is the king of its castle, being the first midsize-hybrid sedan to break the 50-mpg barrier, with the current 2020 version earning a combined 52-mpg rating from the EPA. That easily beats competitors like the Honda Accord Hybrid, Kia Optima Hybrid and Ford Fusion Hybrid.

TOYOTA SAFETY SENSE P (TSS-P)
All new Camry models come with Toyota's robust suite of safety and active driver-assistance features. It bundles features like forward-collision warning, automatic emergency braking, lane-departure warning and lane-keeping assist, and adaptive cruise control.

**2020 Toyota Camry Hybrid Interior**

The 2020 Camry's interior is an excellent blend of technology, style, comfort and practicality. As a whole, it functions amazingly well, with no unnecessary fluff. The Camry has a boldly designed dash composed of asymmetrical swoops and curves, a set of nicely bolstered front bucket seats and a spacious rear seat. Controls are straightforward and easy to use.

We like that the Toyota Camry has a traditional transmission selector, not potentially confusing buttons or a knob like the Honda Accord and Ford Fusion. The Camry has easy-to-use and easy-to-see controls for its 7- and 8-inch touch-screen infotainment systems, with redundant buttons on the steering wheel.

Base models get one USB port, while more expensive versions get three. Note that in the Camry TRD model, the rear seat doesn't fold as normal because of its additional rear bracing. Rear-seat air vents are standard on XLE and above models, or optional beginning on LE trims.

**2020 Toyota Camry Hybrid Exterior**

Toyota continues to up its game with the Camry's exterior style, and this newest model is its most daring. We think this Camry is among the best-looking yet, and certainly the most design-forward. From front to back, the 2020 Camry aims to show off its dynamic athleticism and attitude. Its large front grille is hard to miss, and the Camry's sleek low aluminum hood shows off interesting creases.

One of the most surprising features is found on the sporty XSE models, which boast four — count

'em, four! — chrome exhaust tips. One of the most distinguishing style elements is the 2-tone Midnight Black Metallic roof available on XSE and TRD models. The 2020 Camry Nightshade model, based on the SE, has blacked-out aesthetics, including black emblems and badges, and 18-inch black alloy wheels.

The new Toyota Camry TRD, meanwhile, is the most outrageous in the lineup. It also has blacked-out treatments, sits 0.6 inch lower, and is festooned with a black, boy-racer wing mounted to the trunk.

### 2020 Toyota Camry Hybrid Standard Features

The 2020 Camry's lineup consists of L, LE, SE, XSE and XLE, with SE and XSE the sportier pair. A limited-edition TRD is new for 2020. The least expensive 2020 Toyota Camry L is a solid buy that includes automatic transmission, 6-way-manually adjustable front seats, the TSS-P suite of safety and driving aids, and an infotainment system that bundles a rearview camera and 6-speaker AM/FM audio system with Bluetooth, Apple CarPlay, Android Auto and Amazon Alexa integration, and USB/auxiliary inputs.

Still, for $545 more, we recommend stepping up to at least an LE as it includes a power driver's seat, 60/40-split/folding rear seats, an alarm system and 17-inch alloy wheels. Toyota Care (two years/25,000 miles of complimentary maintenance and 24/7 roadside assistance) is standard.

### 2020 Toyota Camry Hybrid Options

Continuing the trim climb, the Toyota Camry SE brings more aggressive, darkened exterior aesthetics, 18-inch wheels, paddle shifters, sport front seats and sport-tuned suspension. XSE and XLE versions have dual-zone climate control, 7-inch configurable instrument display and 8-inch central touch screen, leather seats, selectable drive modes (Eco, Normal, Sport), blind-spot monitoring, panoramic glass roof with moonroof, and electric parking brake.

The Camry TRD is based on an SE model, but comes with the V6 engine that's optional in XSE and XLE models, plus a host of suspension and handling upgrades. Among the major options are a JBL premium audio system with navigation, full-speed radar cruise control, bird's-eye camera, ventilated front seats, Qi-compatible wireless phone-charging cradle and head-up display.

All grades of the AWD Toyota Camry are available with a Cold-Weather Package that includes heated seats and mirrors on the LE, plus a heated steering wheel on the XLE and XSE.

### 2020 Toyota Camry Hybrid Engine

The 2020 Toyota Camry offers a choice of three powertrains. Most popular is the standard 2.5-liter 4-cylinder with 203 horsepower (206 in XSE models) and earning up to 41 mpg. The most powerful Camry is the 301-horsepower V6, available in XSE and XLE trims and standard in the new TRD model.

As with most new cars and certainly most family sedans, the Camry offers only an automatic transmission — a smooth 8-speed for gasoline models or an electronically controlled continuously variable transmission (CVT) in hybrids. If you're among the few enthusiasts who desire a manual transmission, look to the Honda Accord.

The 2020 Camry Hybrid pairs a 2.5-liter 4-cylinder gasoline engine and a battery-powered electric motor for outstanding fuel economy of up to 53 mpg. The AWD Camry is available only with the 2.5-liter 4-cylinder and the 8-speed automatic.

2.5-liter inline-4
203 horsepower @ 6,600 rpm (XSE: 206 horsepower @ 6,600 rpm)
184 lb-ft of torque @ 5,000 rpm (XSE: 186 lb-ft @ 5,000 rpm)
EPA city/highway fuel economy: 29/41 mpg (L), 28/39 mpg (LE, SE), 27/38 mpg (XLE, XSE), 25/34 mpg (AWD LE, SE, XLE, XSE)

3.5-liter V6
301 horsepower @ 6,600 rpm
267 lb-ft of torque @ 4,700 rpm
EPA city/highway fuel economy: 22/33 mpg (XLE), 22/32 mpg (XSE), 22/31 mpg (TRD)

2.5-liter inline-4 gasoline-electric hybrid
208 horsepower total
EPA city/highway fuel economy: 51/53 mpg (LE), 44/47 mpg (SE, XLE)

### How Much Does the 2020 Toyota Camry Hybrid Cost?

The 2020 Toyota Camry has a Manufacturer's Suggested Retail Price (MSRP) of $24,295, plus a $955 destination charge. For $545 more, we recommend the better-equipped LE model. The sportier Camry SE bows at just over $26,000, while the very well-equipped XLE and XSE trims start around $30,000. All-wheel drive adds $1,400.

The V6 Camry formerly was only available in XLE and XSE trims that begin over $34,000. With the introduction of the performance-oriented Camry TRD, you can now get a new V6 Camry with a

introduction of the performance-oriented Camry TRD, you can now get a new V6 Camry with a starting price just over $31,000. The Camry Hybrid, meanwhile, starts at just over $28,000.

At these prices, the Camry is in line with a comparably equipped Honda Accord and Nissan Altima, though the Camry Hybrid is several thousand more than the Accord Hybrid. The Camry's starting price is slightly higher than those of the Hyundai Sonata, Chevrolet Malibu, Ford Fusion, Nissan Altima, Kia Optima and all-wheel-drive Subaru Legacy.

**RELATED:** **Best Midsize Cars of 2020**

Before buying, check the KBB.com Fair Purchase Price to see what others in your area are paying for their new Toyota Camry. The Camry's resale value is another bright spot, as Toyota's midsize sedan has historically held its value at or near the top of its class.

### Which 2020 Toyota Camry Hybrid Model is Right for Me?

#### 2020 Toyota Camry L

Apple CarPlay, Android Auto, Amazon Alexa
7-inch touch screen
TSS-P safety system
6-way manual-adjust driver's seat

#### 2020 Toyota Camry LE

8-way-power driver's seat
60/40-split/fold rear seats
17-inch alloy wheels
Anti-theft alarm system
Optional all-wheel drive

#### 2020 Toyota Camry Hybrid LE

8-way-power driver's seat
Push-button start
Up to 53-mpg rating
Dual-zone climate control

#### 2020 Toyota SE

Darkened exterior aesthetics
18-inch alloy wheels
Sport-tuned suspension
Rear spoiler
Optional all-wheel drive

#### 2020 Toyota Camry Hybrid SE

Darkened exterior aesthetics
18-inch alloy wheels
Sport-tuned suspension
Rear spoiler

#### 2020 Toyota Camry XLE

Leather interior
Blind-spot monitoring
8-inch touch screen, upgraded audio
Heated front seats
Optional all-wheel drive

#### 2020 Toyota Camry XLE Hybrid

Leather interior
8-inch touch screen, upgraded audio
Digital instrument display
Dual-zone climate control
18-inch alloy wheels

**2020 Toyota Camry XSE**

Darkened exterior aesthetics
19-inch alloy wheels
Leather-trimmed interior
8-inch touch screen, upgraded audio
Optional all-wheel drive

**2020 Toyota Camry TRD**

V6 engine
Track-tuned suspension
Lower ride height
TRD cat-back exhaust

**2020 Toyota Camry XLE V6**

V6 engine
8-inch touch screen, upgraded audio
Panoramic glass roof with moonroof
Color head-up display

**2020 Toyota Camry XSE V6**

V6 engine
Sport-tuned suspension
Darkened exterior aesthetics
19-inch alloy wheels
Rear spoiler

Read less

## 2020 Toyota Camry Hybrid Photos & Videos (77)

## 2020 Toyota Camry Hybrid Consumer Reviews

3.8 Overall Rating

Based on 135 reviews

Write a review

| | |
|---|---|
| 5 star | 46% |
| 4 star | 17% |
| 3 star | 19% |
| 2 star | 10% |
| 1 star | 7% |

| | | | |
|---|---|---|---|
| Value | 3.8 | Performance | 4.1 |
| Quality | 3.9 | Comfort | 4 |
| Reliability | 4.1 | Styling | 4.3 |

Chum
09/08/2020
2020 Toyota Camry

***"Faulty electronic system/battery drain"***

PROS Looks good

CONS Battery drain, windshield angle, electrical system

Don't buy this car! After 3 months a full battery will drain in serval hours. Dealership says the battery is fine and may be a sensor issue. I refuse to believe they haven't seen this issue already based on all the complaints I have read. Completely unreliable for any vehicle let alone a brand new one. Be prepared for multiple trips to the dealer with no results. At this point I expect to file for lemon law. Besides that the car has no head room for a tall person. The windshield has a horrible angle that distorts the view when you wear eye glas...

Read more



Value Performance Quality

Comfort Reliability Styling

0 0 Was this review helpful? Yes | No

Great1
09/08/2020
2020 Toyota Camry

***"Nice looking vehicle"***

PROS Very nice and sleek looking. Comfortable seats.

CONS Drags when you drive it. Loud. Battery goes dead

I finally got the 2020 Toyota Camry that I wanted. But after only six months the battery just went dead. This car is very nice looking and it's comfortable. After reading a lot of the other reviews on here with complaints about the battery, makes me realize, that this is a common issue. So, therefore it's not a reliable car. Especially if I don't know from one day to the next if my car is going to crank. That was my reason for getting a brand new car so that I could have reliable transportation. Seems like Toyota should address the issue. Th...

Read more

Value Performance Quality

Comfort Reliability Styling

0 0 Was this review helpful? Yes | No

do not have one
09/05/2020
2018 Toyota Camry

***"White toyota camry se in excellent shape."***

PROS extreamly comfortable with great safety features.

CONS

excellent safety features and very comfortable

Value Performance Quality

Comfort Reliability Styling

0 0 Was this review helpful? Yes | No

See All 135 Reviews

## 2020 Toyota Camry Hybrid Specs & Features

Based on lowest-priced style.

Advertisement

### Technology

- Bluetooth Wireless Technology
- Cruise Control
- Hands Free Phone
- Remote Keyless Entry
- Internet Access
- Proximity Sensing Keyless Entry
- Push-Button Engine Start
- Smartphone Interface
- USB Port
- Voice Recognition System

### Entertainment

- Satellite Radio
- Bluetooth Streaming Audio

### Seating

- Folding Rear Seat
- Cloth Seats
- Power Driver's Seat

**Comfort & Convenience**

- Integrated Garage Door Opener

**Fuel Economy**

- Gas
  - City: 51 MPG
  - Highway: 53 MPG
  - Combined: 52 MPG
- Electric

**Performance**

- Horsepower-Combined: 208 @ 5700 RPM
- Torque: 163 @ 5200 rpm
- Engine: 4-Cyl, Hybrid, 2.5 Liter

**Interior**

- Rear Window Defroster
- 12V Power Outlet
- Power Outlet
- Steering Wheel Controls
- Tilt Steering Wheel
- Tilt/Telescoping Steering Wheel

**Exterior**

- Alloy Wheels
- Number of Doors: 4 doors
- LED Headlights
- Moon Roof/Sun Roof

**Security**

- Alarm System

**Warranty**

- Basic: 3 years / 36000 miles
- Powertrain: 5 years / 60000 miles
- Corrosion: 5 years / Unlimited miles

**Mechanical**

- Drivetrain: FWD
- Transmission Type: Automatic
- Recommended Fuel: Regular
- Hill Start Assist

**Dimensions, Weights & Capacities**

- Curb Weight: 3472 pounds
- EPA Passenger: 99.9 cubic feet
- Fuel Capacity: 13.2 gallons
- Front Head Room: 38.3 inches
- Front Leg Room: 42.1 inches
- Max Seating Capacity: 5
- Minimum Ground Clearance: 5.7 inches
- Overall Length: 192.1 inches
- Front Shoulder Room: 57.7 inches
- Towing Capacity, Maximum: Not Recommended
- Trunk or Cargo Capacity: 15.1 cubic feet

- Turning Diameter: 37.4 feet
- Wheel Base: 111.2 inches
- Width with mirrors: 72.4 inches

See less

## 2020 Toyota Camry Hybrid Safety

**5.0** Crash Test Rating

Frontal Crash 5

Side Barrier 5

Rollover Rating 5

Side Crash 5

Provided by the National Highway Traffic Safety Administration

### 2020 Toyota Camry Hybrid Safety Technology

**TSS-P**

Short for Toyota Safety Sense P, this standard suite bundles forward-collision warning and automatic emergency braking, lane-departure/lane-keep assist, and adaptive cruise control.

**Blind-spot monitoring with rear cross-traffic alert**

This extraordinarily helpful system is optional on LE models and standard on XLE and higher trims.

**Rear cross-traffic braking**

Optional on XLE and higher trims, this safety system can automatically apply the brakes when the car is backing up to prevent a collision.

## 2020 Toyota Camry Hybrid Styles

**LE**
*Lowest Priced Style*
Combined Fuel Economy
52 MPG
Seating
Seats 5
Horsepower
208 @ 5700 RPM HP
Engine
4-Cyl, Hybrid, 2.5 Liter

**SE**
Combined Fuel Economy
46 MPG
Seating
Seats 5
Horsepower
208 @ 5700 RPM HP
Engine
4-Cyl, Hybrid, 2.5 Liter

**XLE**
Combined Fuel Economy
46 MPG
Seating
Seats 5
Horsepower
208 @ 5700 RPM HP
Engine
4-Cyl, Hybrid, 2.5 Liter

## 2020 Toyota Camry Hybrid Rankings

Horsepower 208 HP | MPG Combined 52 MPG | Consumer Ratings 3.8 Rating

| Rank | Vehicle | HP |
|---|---|---|
| #1 | 2020 Subaru WRX | 268 HP |
| #2 | 2020 Buick Regal Sportback | 250 HP |
| #3 | 2020 Toyota Camry Hybrid | 208 HP |
| #4 | 2020 Toyota Camry | 202 HP |
| #5 | 2020 Acura ILX | 201 HP |

## People Who Viewed This Also Viewed

## People Who Viewed This Also Viewed

**2020 Toyota RAV4**
Starting at
$27,070
Combined Fuel Economy
28 MPG

**2020 Toyota Highlander**
Starting at
$35,720
Combined Fuel Economy
24 MPG

**2020 Toyota Corolla**
Starting at
$20,555
Combined Fuel Economy
32 MPG

**2020 Toyota Avalon**
Starting at
$36,830
Combined Fuel Economy
25 MPG

**2020 Honda Accord**
Starting at
$25,225
Combined Fuel Economy
33 MPG

See more

## Other Mid-Size Sedans

**2020 Kia Optima Hybrid**
Starting at $30,235

**2020 Kia Optima Plug-in Hybrid**
Starting at $37,150

**2020 Lexus ES**
Starting at $40,925

See more

## Also from Toyota

2020 Toyota 4Runner
2020 Toyota 86
2020 Toyota Avalon
2020 Toyota Avalon Hybrid
2020 Toyota C-HR
2020 Toyota Camry
2020 Toyota Camry Hybrid
2020 Toyota Corolla
2020 Toyota Corolla Hatchback
2020 Toyota Corolla Hybrid
2020 Toyota GR Supra
2020 Toyota Highlander
2020 Toyota Highlander Hybrid
2020 Toyota Land Cruiser
2020 Toyota Mirai
2020 Toyota Prius
2020 Toyota Prius Prime
2020 Toyota RAV4
2020 Toyota RAV4 Hybrid
2020 Toyota Sequoia
2020 Toyota Sienna
2020 Toyota Tacoma Access Cab
2020 Toyota Tacoma Double Cab
2020 Toyota Tundra CrewMax
2020 Toyota Tundra Double Cab
2020 Toyota Yaris
2020 Toyota Yaris Hatchback

FAQ | Contact Us | Don't Sell My Info | About Us | Careers | Corporate | Advertising | Media | Site Map

| KBB Brazil | KBB Canada

Roku

© 1995-2020 Kelley Blue Book Co.®, Inc. All rights reserved. Copyrights & Trademarks | Terms of Service | Privacy Policy | Linking Policy | Ad Choices

Used cars, New cars, Classic cars Join for Free. Worldwirde delivery! OPEN

**Popular Now** 10 Best Car Deals in April 202...

# Exhibit G

Data produced in native format

# Exhibit H

**Respondent Purchase Intent**
**(Male Respondents)**

| Response Option | Disclosure | | Non-Disclosure | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Very likely | 53 | 42.1% | 67 | 54.5% |
| Somewhat likely | 51 | 40.5% | 35 | 28.5% |
| Neither likely nor unlikely | 10 | 7.9% | 12 | 9.8% |
| Somewhat unlikely | 4 | 3.2% | 6 | 4.9% |
| Very unlikely | 7 | 5.6% | 3 | 2.4% |
| Don't know / unsure | 1 | 0.8% | 0 | 0.0% |
| **Total Respondents** | **126** | **100.0%** | **123** | **100.0%** |

**Respondent Purchase Intent**
**(Female Respondents)**

| | Disclosure | | Non-Disclosure | |
|---|---|---|---|---|
| **Response Option** | **Count** | **Percent** | **Count** | **Percent** |
| Very likely | 31 | 39.2% | 36 | 42.9% |
| Somewhat likely | 28 | 35.4% | 30 | 35.7% |
| Neither likely nor unlikely | 12 | 15.2% | 6 | 7.1% |
| Somewhat unlikely | 6 | 7.6% | 6 | 7.1% |
| Very unlikely | 2 | 2.5% | 4 | 4.8% |
| Don't know / unsure | 0 | 0.0% | 2 | 2.4% |
| **Total Respondents** | **79** | **100.0%** | **84** | **100.0%** |

**Respondent Purchase Intent**
**(Respondents Aged 18-34)**

| | Disclosure | | Non-Disclosure | |
|---|---|---|---|---|
| **Response Option** | **Count** | **Percent** | **Count** | **Percent** |
| Very likely | 19 | 45.2% | 26 | 60.5% |
| Somewhat likely | 18 | 42.9% | 11 | 25.6% |
| Neither likely nor unlikely | 1 | 2.4% | 3 | 7.0% |
| Somewhat unlikely | 3 | 7.1% | 3 | 7.0% |
| Very unlikely | 1 | 2.4% | 0 | 0.0% |
| Don't know / unsure | 0 | 0.0% | 0 | 0.0% |
| **Total Respondents** | **42** | **100.0%** | **43** | **100.0%** |

**Respondent Purchase Intent**
**(Respondents Aged 35-54)**

| | Disclosure | | Non-Disclosure | |
|---|---|---|---|---|
| **Response Option** | **Count** | **Percent** | **Count** | **Percent** |
| Very likely | 44 | 57.1% | 36 | 46.8% |
| Somewhat likely | 25 | 32.5% | 33 | 42.9% |
| Neither likely nor unlikely | 5 | 6.5% | 3 | 3.9% |
| Somewhat unlikely | 3 | 3.9% | 3 | 3.9% |
| Very unlikely | 0 | 0.0% | 2 | 2.6% |
| Don't know / unsure | 0 | 0.0% | 0 | 0.0% |
| **Total Respondents** | **77** | **100.0%** | **77** | **100.0%** |

**Respondent Purchase Intent**
**(Respondents Aged 55 or Older)**

| | Disclosure | | Non-Disclosure | |
|---|---|---|---|---|
| **Response Option** | **Count** | **Percent** | **Count** | **Percent** |
| Very likely | 21 | 24.4% | 41 | 47.1% |
| Somewhat likely | 36 | 41.9% | 21 | 24.1% |
| Neither likely nor unlikely | 16 | 18.6% | 12 | 13.8% |
| Somewhat unlikely | 4 | 4.7% | 6 | 6.9% |
| Very unlikely | 8 | 9.3% | 5 | 5.7% |
| Don't know / unsure | 1 | 1.2% | 2 | 2.3% |
| **Total Respondents** | **86** | **100.0%** | **87** | **100.0%** |

**Respondent Purchase Intent**
**(Northeast U.S. Census Region Respondents)**

| | Disclosure | | Non-Disclosure | |
|---|---|---|---|---|
| **Response Option** | **Count** | **Percent** | **Count** | **Percent** |
| Very likely | 17 | 42.5% | 21 | 52.5% |
| Somewhat likely | 12 | 30.0% | 10 | 25.0% |
| Neither likely nor unlikely | 7 | 17.5% | 3 | 7.5% |
| Somewhat unlikely | 3 | 7.5% | 3 | 7.5% |
| Very unlikely | 1 | 2.5% | 3 | 7.5% |
| Don't know / unsure | 0 | 0.0% | 0 | 0.0% |
| **Total Respondents** | **40** | **100.0%** | **40** | **100.0%** |

**Respondent Purchase Intent**
**(Midwest U.S. Census Region Respondents)**

| | Disclosure | | Non-Disclosure | |
|---|---|---|---|---|
| **Response Option** | **Count** | **Percent** | **Count** | **Percent** |
| Very likely | 11 | 31.4% | 17 | 45.9% |
| Somewhat likely | 18 | 51.4% | 13 | 35.1% |
| Neither likely nor unlikely | 3 | 8.6% | 3 | 8.1% |
| Somewhat unlikely | 0 | 0.0% | 2 | 5.4% |
| Very unlikely | 3 | 8.6% | 2 | 5.4% |
| Don't know / unsure | 0 | 0.0% | 0 | 0.0% |
| **Total Respondents** | **35** | **100.0%** | **37** | **100.0%** |

**Respondent Purchase Intent**
**(South U.S. Census Region Respondents)**

| | Disclosure | | Non-Disclosure | |
|---|---|---|---|---|
| **Response Option** | **Count** | **Percent** | **Count** | **Percent** |
| Very likely | 39 | 42.9% | 44 | 51.8% |
| Somewhat likely | 35 | 38.5% | 26 | 30.6% |
| Neither likely nor unlikely | 7 | 7.7% | 8 | 9.4% |
| Somewhat unlikely | 6 | 6.6% | 4 | 4.7% |
| Very unlikely | 3 | 3.3% | 2 | 2.4% |
| Don't know / unsure | 1 | 1.1% | 1 | 1.2% |
| **Total Respondents** | **91** | **100.0%** | **85** | **100.0%** |

**Respondent Purchase Intent**
**(West U.S. Census Region Respondents)**

| Response Option | Disclosure | | Non-Disclosure | |
|---|---|---|---|---|
| | **Count** | **Percent** | **Count** | **Percent** |
| Very likely | 17 | 43.6% | 21 | 46.7% |
| Somewhat likely | 14 | 35.9% | 16 | 35.6% |
| Neither likely nor unlikely | 5 | 12.8% | 4 | 8.9% |
| Somewhat unlikely | 1 | 2.6% | 3 | 6.7% |
| Very unlikely | 2 | 5.1% | 0 | 0.0% |
| Don't know / unsure | 0 | 0.0% | 1 | 2.2% |
| **Total Respondents** | **39** | **100.0%** | **45** | **100.0%** |

# Exhibit I

**Respondent Purchase Intent**
**(Hybrid Respondent Group)**

| | Disclosure | | Non-Disclosure | |
|---|---|---|---|---|
| **Response Option** | **Count** | **Percent** | **Count** | **Percent** |
| Very likely | 62 | 45.9% | 76 | 55.5% |
| Somewhat likely | 49 | 36.3% | 44 | 32.1% |
| Neither likely nor unlikely | 11 | 8.1% | 7 | 5.1% |
| Somewhat unlikely | 7 | 5.2% | 6 | 4.4% |
| Very unlikely | 5 | 3.7% | 3 | 2.2% |
| Don't know / unsure | 1 | 0.7% | 1 | 0.7% |
| **Total Respondents** | **135** | **100.0%** | **137** | **100.0%** |

**Respondent Purchase Intent**
**(Non-Hybrid Respondent Group)**

| | Disclosure | | Non-Disclosure | |
|---|---|---|---|---|
| **Response Option** | **Count** | **Percent** | **Count** | **Percent** |
| Very likely | 22 | 31.4% | 27 | 38.6% |
| Somewhat likely | 30 | 42.9% | 21 | 30.0% |
| Neither likely nor unlikely | 11 | 15.7% | 11 | 15.7% |
| Somewhat unlikely | 3 | 4.3% | 6 | 8.6% |
| Very unlikely | 4 | 5.7% | 4 | 5.7% |
| Don't know / unsure | 0 | 0.0% | 1 | 1.4% |
| **Total Respondents** | **70** | **100.0%** | **70** | **100.0%** |