UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-cv-22798-CIV-FAM

JAVIER CARDENAS and RODNEY
BAKER, individually and on behalf of all
others similarly situated,

    Plaintiffs,

v.

TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR SALES, U.S.A., INC.,
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA,
INC., and SOUTHEAST TOYOTA
DISTRIBUTORS, LLC,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING INTRODUCTOY DESCRIPTION OF THE CASE**

As directed by the Court at the February 21, 2023 Calendar Call, Plaintiffs submit the following description of Plaintiffs' claims for the preliminary jury instructions.

**Description of Plaintiffs' Claims**

This is a class action about an alleged defect in model year 2012-2014 non-hybrid Toyota Camrys.  In a class action, one or several people bring a lawsuit on behalf of themselves and a larger group of people who have common legal interests. The entire group of people together is called a "Class."  And the Plaintiff who comes to Court on behalf of the Class is called the Class Representative. The Court has named Javier Cardenas as the Class Representative in this case, and the Class includes "All persons who purchased a 2012-2014 model year non-hybrid Toyota Camry in the state of Florida from an authorized Toyota dealer on or after July 12, 2014."  In addition, there is a separate Plaintiff in this case named Rodney Baker, who does not represent the Class and is suing on his own behalf.  Both Mr. Cardenas and Mr. Baker have sued Defendants Toyota Motor Corporation, Toyota Motor Sales, USA, Inc., Toyota Motor Engineering & Manufacturing, Inc., and Southeast Toyota Distributors, LLC for violating a law called the Florida Deceptive and

Unfair Trade Practices Act. This law allows Plaintiffs and the Class to recover monetary compensation if they prove that (1) Defendants engaged in deceptive acts or practices in the conduct of trade or commerce; and (2) Defendants' conduct caused economic damages to Plaintiffs and the Class. The deceptive act or practice in this case, Plaintiffs allege, is that the Defendants knew, but failed to disclose that the heating, ventilation, and air conditioning ("HVAC") systems in the 2012-2014 Camrys have a design defect. As a result of this defect, Plaintiffs contend, moisture and organic matter build up in the HVAC system, which can cause microbial growth and foul smells. Plaintiffs further allege that Defendants knew that the only way to fix the defect was an expensive redesign of the HVAC system. Because Defendants didn't want to pay to fix the problem, Plaintiffs allege, Defendants hid the defect and directed dealerships to tell customers that the foul smell coming from the HVAC was "normal," even though Defendants knew it was not. This conduct, Plaintiffs allege, caused Plaintiffs and the Class to pay more for their Camrys than they would have paid if they had been told about the defect at the time of sale.  Plaintiffs are therefore seeking compensation for the amount that they overpaid for their vehicles, not for any personal injuries.

Dated: February 23, 2023

Respectfully submitted,

**PODHURST ORSECK, P.A.**

/s/ *Peter Prieto*
Peter Prieto (FB# 501492)
pprieto@podhurst.com
John Gravante, III (FB# 617113)
jgravante@podhurst.com
Matthew Weinshall (FB# 84783)
mweinshall@podhurst.com
SunTrust International Center
One S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Joseph H. Meltzer, Esq.
jmeltzer@ktmc.com
Melissa L. Troutner, Esq.
mtroutner@ktmc.com
Tyler S. Graden, Esq.
tgraden@ktmc.com
Jordan E. Jacobson, Esq.
jjacobson@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Attorneys for Plaintiffs and the FDUTPA Class*

**KIESEL LAW LLP**
Paul R. Kiesel, Esq.
kiesel@kiesel.law
Jeffrey A. Koncius, Esq.
koncius@kiesel.law
Nicole Ramirez, Esq.
ramirez@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel.: (310) 854-4444
Fax: (310) 854-0812

*Additional Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 23, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                */s/ Peter Prieto*
                Peter Prieto