UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-CV-22798-FAM

JAVIER CARDENAS and RODNEY
BAKER, individually and on behalf of all
others similarly situated,

        Plaintiffs,

v.

TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR SALES, U.S.A., INC.,
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA,
INC., and SOUTHEAST TOYOTA
DISTRIBUTORS, LLC,

        Defendants.

## DEFENDANT, SOUTHEAST TOYOTA DISTRIBUTORS, LLC'S NOTICE OF FILING VIDEOTAPED DEPOSITION TRANSCRIPT OF MASON FINCH

In accordance with the Court's Order Regarding Witness Finch [D.E. 526], Defendant, Southeast Toyota Distributors, LLC ("SET"), files the attached videotaped deposition transcript of Mason Finch that was taken on February 23, 2023.

Dated:  February 28, 2023      Respectfully submitted,

                                  *s/ Robert E. Sacks*
                                  ROBERT E. SACKS, ESQ
                                  Florida Bar No. 110019
                                  E-Mail: rsacks@sbwh.law
                                  JOSHUA L. ZIPPER, ESQ.
                                  Florida Bar No. 0045247
                                  E-Mail: jzipper@sbwh.law
                                  SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.
                                  7777 Glades Road, Suite 400

[1019.013/5474079/1]

        Boca Raton, Florida 33434
Telephone:   (561) 477-7800
Facsimile:   (561) 477-7722
*Attorneys for Defendant Southeast Toyota Distributors, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 28, 2023, a true and correct copy of the foregoing document is being electronically filed with the Clerk of Court using CM/ECF and is being served via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record identified in the Service List below.

        *s/ Robert E. Sacks*
        ROBERT E. SACKS, ESQ

# SERVICE LIST

*Javier Cardenas, et al. v. Toyota Motor Corporation, et al.*
Case No.: 1:18-cv-22798-FAM
United States District Court, Southern District of Florida

Peter Prieto, Esq.
E-Mail: pprieto@podhurst.com
John Gravante, III, Esq.
E-Mail: jgravante@podhurst.com
          iyarzabal@podhurst.com
Matthew Weinshall, Esq.
E-Mail: mweinshall@podhurst.com
Alissa Del Riego, Esq.
E-Mail: adelriego@podhurst.com
Podhurst Orseck, P.A.
One S.E. 3rd Ave., Suite 2300
Miami, FL  33131
Tel:   (305) 358-2800
Fax:   (305) 358-2382
Attorneys for Plaintiffs
*Via CM/ECF*

Tyler S. Graden, Esq.
E-Mail: tgraden@ktmc.com
Nathan A. Hasiuk, Esq.
E-Mail: nhasiuk@ktmc.com
Natalie Lesser, Esq.
E-Mail: nlesser@ktmc.com
Joseph H. Meltzer, Esq.
E-Mail:  jmeltzer@ktmc.com
Lisa M. Port, Esq.
E-Mail:  llambport@ktmc.com
Richard A. Russo, Jr., Esq.
E-Mail:  rrusso@ktmc.com
Melissa L. Troutner, Esq.
E-Mail:  mtroutner@ktmc.com
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Rd.
Radnor, PA  19087
Tel:   (610) 667-7706
Fax:   (610) 667-7056
Attorneys for Plaintiffs
*(Admitted Pro Hac Vice)*
*Via CM/ECF*

Paul R. Kiesel, Esq.
E-Mail: kiesel@kiesel.law
Jeffrey A. Koncius, Esq.
E-Mail: koncius@kiesel.law
          mcruz@kiesel.law
Nicole Ramirez, Esq.
E-Mail: ramirez@kiesel.law
Kiesel Law LLP
8648 Wilshire Blvd.
Beverly Hills, CA  90211
Tel:   (310) 854-4444
Attorneys for Plaintiffs
*(Admitted Pro Hac Vice)*
*Via CM/ECF*

Peter A. Muhic, Esq.
E-Mail: pmuhic@levanlawgroup.com
LeVan Law Group, LLC
One Logan Square – 27th Floor
Philadelphia, PA  19103
Tel:   (215) 561-1500
Fax:   (215) 827-5390
Attorney for Plaintiffs
*(Admitted Pro Hac Vice)*
*Via CM/ECF*

| | |
|---|---|
| Brian M. Ercole, Esq.<br>E-Mail: brian.ercole@morganlewis.com<br>Melissa M. Coates, Esq.<br>E-Mail: melissa.coates@morganlewis.com<br>Matthew M. Papkin, Esq.<br>E-Mail: matthew.papkin@morganlewis.com<br>Morgan, Lewis & Bockius LLP<br>200 S. Biscayne Blvd., Suite 5300<br>Miami, FL 33131<br>Tel:   (305) 415-3000<br>Fax:  (305) 415-3001<br>Attorneys for Defendants Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc.<br>*Via CM/ECF* | David L. Schrader, Esq.<br>E-Mail: david.schrader@morganlewis.com<br>Lisa R. Weddle, Esq.<br>E-Mail: lisa.weddle@morganlewis.com<br>Morgan, Lewis & Bockius LLP<br>300 S. Grand Ave., 22nd Floor<br>Los Angeles, CA  90071<br>Tel:   (213) 612-2500<br>Fax:  (213) 612-2501<br>Attorney for Defendants Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc.<br>*(Admitted Pro Hac Vice)*<br>*Via CM/ECF* |