UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 18-22798-CIV-MORENO**

JAVIER CARDENAS and RODNEY BAKER,
individually and on behalf of all others simiarly
situated,

       Plaintiffs,

vs.

TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR SALES, U.S.A., INC.;
TOYOTA MOTOR ENGINEERING &
MANUFACTURING, INC.; and
SOUTHEAST TOYOTA DISTRIBUTORS,
LLC,

       Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO DECERTIFY THE CLASS AS TO SOUTHEAST TOYOTA DISTRIBUTORS, LLC

THIS CAUSE came before the Court upon Plaintiffs' Motion to Decertify the Class as to Southeast Toyota Distributors, LLC only, made in open court on **March 2, 2023**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED**, as stated in open court.

DONE AND ORDERED in ~~Chambers~~ Open Court at Miami, Florida, this 2nd of March 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record