UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 18-22798-CIV-MORENO**

JAVIER CARDENAS and RODNEY BAKER,
individually and on behalf of all others simiarly
situated,

      Plaintiffs,

vs.

TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR SALES, U.S.A., INC.;
TOYOTA MOTOR ENGINEERING &
MANUFACTURING, INC.; and
SOUTHEAST TOYOTA DISTRIBUTORS,
LLC,

      Defendants.
_____/

## ORDER GRANTING DEFENDANT
## <u>SOUTHEAST TOYOTA DISTRIBUTORS, LLC'S MOTION TO DISMISS</u>

THIS CAUSE came before the Court upon Defendant Southeast Toyota Distributors, LLC's motion to dismiss, made in open court on **March 2, 2023**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED** with each party bearing its own fees and costs, as stated in open court.

DONE AND ORDERED in ~~Chambers~~ Open Court at Miami, Florida, this 2nd of March 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record