UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **18-22798-CV-MORENO**

**CARDENAS et. al.,**

       **Plaintiff,**

vs.

**NOTICE OF FILING**

**TOYOTA MOTOR CORPORATION, et. al.,**

       **Defendant.**

_____/

THE COURT hereby files the attached Jury Instructions letter in the above styled case.

DONE and ORDERED in Miami-Dade County Florida this ____ day of March 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record

*Defendants' Requested Jury Instruction*

## DEALERSHIPS

Automobile dealerships are independent of Defendants and do not act as Defendants' agents. Defendants are not responsible under the law for the acts or statements of dealerships or dealership employees.

3/3/23

*Denied as instructed by FS §§ 681.10/ 681.102*

*See Jury Instructions #1*

[Signature]
U.S.D.J
18-22798-CIV-MOREN0

Defense **PROPOSED ADDITION TO INSTRUCTION 7**

Because Mr. Cardenas has asserted a claim on behalf of himself and a Class, he must prove all of these elements on behalf of himself and every Class member.

3/3/23 Denied as contrary to the reason to try class actions with a representative

*[signature]*
US DJ
18-22798-CIV-MORENO