UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MINUTES – CIVIL JURY TRIAL

HONORABLE FEDERICO A. MORENO

**CASE NO:** 18-22798-CV-MORENO

**DAY #:** 6

**DATE:** Monday, March 06, 2023

**REPORTER:** Patricia Diaz

**DEPUTY CLERK:** Shirley Christie

**Court Interpreters:** N/A

**STYLE:** Cardenas et al
v.
Toyota Motor Corporation et al

**COUNSEL:** Peter Prieto, Esq.

David Schrader, Esq.

Richard Hermann, Esq.

_____ a.m./p.m. – Jury Trial – Selection of jurors
_____ Voir dire begins.
_____ Jury impaneled & sworn.
_____ Opening statements to the jury.
__X__ Jury trial held.
_____ Closing Arguments to the jury.
_____ Jury Instructions.
_____ Jury Deliberating.
_____ Mistrial.
_____ Jury returned verdict. See verdict form.
_____ Court trial continued to _____

TIME: 7 hours 45 minutes