UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 18-22798-CIV-MORENO**

JAVIER CARDENAS, on behalf of all others
similarly situated, and RODNEY BAKER,
individually,

        Plaintiffs,

vs.

TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR SALES, U.S.A., INC.;
TOYOTA MOTOR ENGINEERING &
MANUFACTURING, INC.; and
SOUTHEAST TOYOTA DISTRIBUTORS,
LLC,

        Defendants.
_____/

## **ORDER DENYING TOYOTA DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

THIS CAUSE came before the Court upon the Toyota Defendants' Motion for Judgment as a Matter of Law **(D.E. 547)**, filed on **March 8, 2023**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th of March 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record