## CARDENAS AND BAKER v. TOYOTA DEFENDANTS
### WITNESSES

1. Javier Cardenas
2. David Cosgrove
3. Daniel Silva
4. Ethan Leighton
5. Murat Okcuoglu
6. Steven Parkhurst
7. Rodney Baker
8. Jennifer Guthrie (formerly Geiger)
9. Russell Suzuki
10. Steven Gaskin
11. Stefan Young
12. Sarah Butler
13. Dwayne Kinsey
14. Ronald Wilcox
15. Robert Kuhn
16. Jeffrey Hicks
17. Antonio Saenz
18. Colin Weir
19. Peter Rossi
20. Steven Gaskin (again)