UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-22798-CIV-MORENO

JAVIER CARDENAS, on behalf of all others
similarly situated, and RODNEY BAKER,
individually,

        Plaintiffs,

vs.

TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR SALES, U.S.A., INC.; and
TOYOTA MOTOR ENGINEERING &
MANUFACTURING, INC.,

        Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 54 and 58, and in accordance with the verdict rendered by the jury on March 10, 2023, judgment is entered in favor of the Defendants Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing, Inc. and against Plaintiffs Javier Cardenas, on behalf of all others similarly situated, and Rodney Baker, individually.

DONE AND ORDERED in Chambers at Miami, Florida, this ___10___ of March 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record