UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-22798-CV-MORENO

CARDENAS, et al.,

       Plaintiffs,

vs.

TOYOTA MOTOR CORPORATION, et al.,

       Defendants.
_____/

**QUESTION/NOTE FROM DELIBERATING JURY TO THE COURT**

**DO NOT DESTROY**

We Have Reached a Verdict

_3/10/23_
DATE

_____
FOREPERSON

Print Name