UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-22798-CIV-MORENO**

JAVIER CARDENAS on behalf of all others
similarly situated,

        Plaintiffs,

vs.

TOYOTA MOTOR CORPORATION,

        Defendant.
_____/

## VERDICT FORM 1A: PLAINTIFF CARDENAS' CLAIM FOR VIOLATION OF THE FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT AS TO TOYOTA MOTOR CORPORATION

We the jury, return the following verdict in this matter:

Did Plaintiff Javier Cardenas, on behalf of the Class, prove that Toyota Motor Corporation violated the Florida Deceptive and Unfair Trade Practices Act?

_____ YES        ✓ NO

If you have indicated yes, your verdict is for Plaintiff Cardenas, on behalf of the Class, and you may award damages in verdict form 4. If no, your verdict is for Defendant.

Please sign and date this verdict form.

So say we all this _10th_ day of March 2023.

                                        Jury Foreperson

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-22798-CIV-MORENO

JAVIER CARDENAS on behalf of all others
similarly situated,

        Plaintiffs,

vs.

TOYOTA MOTOR SALES, U.S.A., INC.

        Defendant.
_____/

## VERDICT FORM 1B: PLAINTIFF CARDENAS' CLAIM FOR VIOLATION OF THE FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT AS TO TOYOTA MOTOR SALES, U.S.A., INC.

We the jury, return the following verdict in this matter:

    Did Plaintiff Javier Cardenas, on behalf of the Class, prove that Toyota Motor Sales, U.S.A., Inc. violated the Florida Deceptive and Unfair Trade Practices Act?

        _____ YES          __✓__ NO

If you have indicated yes, your verdict is for Plaintiff Cardenas, on behalf of the Class, and you may award damages in verdict form 4. If no, your verdict is for Defendant.

Please sign and date this verdict form.

So say we all this _10th_ day of March 2023.

                                                                   Jury Foreperson

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-22798-CIV-MORENO**

JAVIER CARDENAS on behalf of all others
similarly situated,

        Plaintiffs,

vs.

TOYOTA MOTOR ENGINEERING &
MANUFACTURING, INC.,

        Defendant.
_____/

### VERDICT FORM 1C: PLAINTIFF CARDENAS' CLAIM FOR VIOLATION OF THE FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT AS TO TOYOTA MOTOR ENGINEERING & MANUFACTURING, INC.

We the jury, return the following verdict in this matter:

    Did Plaintiff Javier Cardenas, on behalf of the Class, prove that Toyota Motor Engineering & Manufacturing, Inc. violated the Florida Deceptive and Unfair Trade Practices Act?

        _____ YES          √ NO

If you have indicated yes, your verdict is for Plaintiff Cardenas, on behalf of the Class, and you may award damages in verdict form 4. If no, your verdict is for Defendant.

Please sign and date this verdict form.

    So say we all this 10th day of March 2023.

                                                     Jury Foreperson

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-22798-CIV-MORENO**

RODNEY BAKER, individually,

    Plaintiff,

vs.

TOYOTA MOTOR CORPORATION,

    Defendant.

_____/

### VERDICT FORM 2A: PLAINTIFF BAKER'S CLAIM FOR VIOLATION OF THE FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT AS TO TOYOTA MOTOR CORPORATION

We the jury, return the following verdict in this matter:

Did Plaintiff Rodney Baker prove that Toyota Motor Corporation violated the Florida Deceptive and Unfair Trade Practices Act?

_____ YES          ✓ NO

If yes, your verdict is for Plaintiff Baker, and you may award damages in verdict form 4.
If no, your verdict is for Defendant.

Please sign and date this verdict form.

So say we all this 10th day of March 2023.

                                                      _____
                                                      Jury Foreperson

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-22798-CIV-MORENO

RODNEY BAKER, individually,

    Plaintiff,

vs.

TOYOTA MOTOR ENGINEERING &
MANUFACTURING, INC.,

    Defendant.
_____/

### VERDICT FORM 2C: PLAINTIFF BAKER'S CLAIM FOR VIOLATION OF THE FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT AS TO TOYOTA MOTOR ENGINEERING & MANUFACTURING, INC.

We the jury, return the following verdict in this matter:

    Did Plaintiff Rodney Baker prove that Toyota Motor Engineering & Manufacturing, Inc. violated the Florida Deceptive and Unfair Trade Practices Act?

    _____ YES      √\_\_\_\_ NO

    If yes, your verdict is for Plaintiff Baker, and you may award damages in verdict form 4.
    If no, your verdict is for Defendant.

Please sign and date this verdict form.

    So say we all this 10th day of March 2023.

                                                     Jury Foreperson

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-22798-CIV-MORENO

RODNEY BAKER, individually,

        Plaintiff,

vs.

TOYOTA MOTOR SALES, U.S.A., INC.,

        Defendant.
_____/

### VERDICT FORM 2B: PLAINTIFF BAKER'S CLAIM FOR VIOLATION OF THE FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT AS TO TOYOTA MOTOR SALES, U.S.A., INC.

We the jury, return the following verdict in this matter:

    Did Plaintiff Rodney Baker prove that Toyota Motor Sales, U.S.A., Inc. violated the Florida Deceptive and Unfair Trade Practices Act?

    _____ YES        ✓ NO

If yes, your verdict is for Plaintiff Baker, and you may award damages in verdict form 4.
If no, your verdict is for Defendant.

Please sign and date this verdict form.

So say we all this 10th day of March 2023.

                                                      Jury Foreperson

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-22798-CIV-MORENO

RODNEY BAKER, individually,

        Plaintiff,

vs.

TOYOTA MOTOR CORPORATION,

        Defendant.
_____/

### VERDICT FORM 3A: DEFENDANT TOYOTA MOTOR CORPORATION'S AFFIRMATIVE DEFENSE OF STATUTE OF LIMITATIONS

We the jury, return the following verdict in this matter:

    Did Plaintiff Rodney Baker prove that Toyota Motor Corporation actively and willfully concealed the cause of action from Mr. Baker after his vehicle purchases by making fraudulent statements or committing fraudulent acts that prevented Mr. Baker from bringing a timely claim and that Mr. Baker exercised reasonable care and diligence in seeking to discover the facts that form the basis of the claim?

      _____ YES          ✓_____ NO

If yes, you have found for Mr. Baker. If no, you have found for the Defendant.

Please sign and date this verdict form.
    So say we all this _10th_ day of March 2023.

                                                        _____
                                                        Jury Foreperson

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-22798-CIV-MORENO

RODNEY BAKER, individually,

    Plaintiff,

vs.

TOYOTA MOTOR SALES, U.S.A., INC.,

    Defendant.

_____/

## VERDICT FORM 3B: DEFENDANT TOYOTA MOTOR SALES, U.S.A., INC'S AFFIRMATIVE DEFENSE OF STATUTE OF LIMITATIONS

We the jury, return the following verdict in this matter:

Did Plaintiff Rodney Baker prove that Toyota Motor Sales, U.S.A., Inc. actively and willfully concealed the cause of action from Mr. Baker after his vehicle purchases by making fraudulent statements or committing fraudulent acts that prevented Mr. Baker from bringing a timely claim and that Mr. Baker exercised reasonable care and diligence in seeking to discover the facts that form the basis of the claim?

    _____ YES         ✓ NO

If yes, you have found for Mr. Baker. If no, you have found for the Defendant.

Please sign and date this verdict form.

So say we all this /0th day of March 2023.

                                                    Jury Foreperson

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-22798-CIV-MORENO

RODNEY BAKER, individually,

    Plaintiff,

vs.

TOYOTA MOTOR ENGINEERING &
MANUFACTURING, INC.,

    Defendant.
_____/

**VERDICT FORM 3C: DEFENDANT TOYOTA MOTOR ENGINEERING & MANUFACTURING, INC.'S AFFIRMATIVE DEFENSE OF STATUTE OF LIMITATIONS**

We the jury, return the following verdict in this matter:

    Did Plaintiff Rodney Baker prove that Toyota Motor Engineering & Manufacturing, Inc. actively and willfully concealed the cause of action from Mr. Baker after his vehicle purchases by making fraudulent statements or committing fraudulent acts that prevented Mr. Baker from bringing a timely claim and that Mr. Baker exercised reasonable care and diligence in seeking to discover the facts that form the basis of the claim?

    _____ YES        ✓_____ NO

If yes, you have found for Mr. Baker. If no, you have found for the Defendant.

Please sign and date this verdict form.
    So say we all this 10ᵗʰ day of March 2023.

                                      Jury Foreperson