UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-CV-22798-FAM

JAVIER CARDENAS, individually and on
behalf of all others similarly situated, and
RODNEY BAKER, individually,

        Plaintiffs,

v.

TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR SALES, U.S.A., INC.,
and TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA,
INC.,

        Defendants.

## AMENDED FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 54 and 58, and in accordance with the verdict rendered by the jury on March 10, 2023, the Court amends its March 10, 2023 judgment (ECF No. 555) to address the requirements of Rule 23(c)(3).

Final judgment is entered in favor of Defendants Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc., and against Rodney Baker, Javier Cardenas, and all members of the certified Rule 23(b)(3) class who did not request exclusion.[1] The certified class consists of all purchasers of 2012-2014

---

[1] Those individuals who requested exclusion from the certified class are set forth in Exhibit A.

1

model year non-hybrid Toyota Camry vehicles that were first sold on or after July 12, 2014 in Florida from an authorized Toyota dealership. Notice was directed to all class members.

DONE AND ORDERED in Chambers at Miami, Florida this 3rd day of April 2023.

_____
HONORABLE FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

# EXHIBIT A

## (LIST OF INDIVIDUALS WHO REQUESTED EXCLUSION FROM THE CLASS)

- Estate of Dale Cohen
- Sonia Cohen
- Diane Reece-King
- Kimberly McClean
- Marie Morency
- Sandra Pothul
- Gabriel Velasco
- Fairra McMahon
- The Estate of Thomas Kay
- Leigh Clarke
- Corey Alderman
- Helen Hironimus
- Linda Grote
- Pamela Hurlburt
- Timothy and Sarah Orr
- Alfred Lozar
- Annie Lou Owens
- Charles Dietrich
- Frank Maundy
- Helena Hulton
- Leonor Drake

1

- Maria Hennings
- Mark Feierstein
- Milton Mikesell
- Steven Henley
- Susan McGee
- Sylvia Davis
- Jim Kroeker
- Carol Lucas-Gary
- Diana Haag
- Frank Luongo
- Jose Luis
- Kariel Scott
- Jean Walters
- Louise Galyo
- Margaret Leuze
- Nancy Williams
- Sue Griesi
- Thelma Saxe
- Patricia Mullenix
- Georgia Silva
- Rebecca Bickford
- Frank Greco
- James Tries

- Monica Salazar-Doniro
- Estela Chavez Remis
- Margie Lowhorn
- Colleen Carr
- Maria Garcia
- Marie Cottom
- Beverly Borawski
- Barbara Gianini
- Elizabeth Welzenbach
- Irene Diaz
- Judith Zecher
- Judy Thompson
- Melanie Mikaelian
- Nancy White
- Ruth Martin
- Mohamed Elbially
- Omar Fahad Alhajri