UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22798-MORENO

JAVIER CARDENAS and RODNEY
BAKER, individually and on behalf of all
others similarly situated,

      Plaintiffs,

v.

TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR SALES, U.S.A., INC.,
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA,
INC., and SOUTHEAST TOYOTA
DISTRIBUTORS, LLC,

      Defendants.

_____/

## ORDER GRANTING JOINT MOTION TO VACATE TAXABLE COST AWARD AND DISMISSING THE ENTIRE ACTION WITH PREJUDICE

**THIS CAUSE** is before the Court on the Joint Motion of Plaintiffs Rodney Baker and Javier Cardenas, individually and on behalf of a certified FDUTPA class of similar individuals ("Plaintiffs"), and Defendants Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc. ("Defendants"), to vacate the Court's Order granting Defendants an award of taxable costs under 28 U.S.C. § 1920 (ECF No. 595) and to dismiss this action with prejudice ("Motion"). Upon consideration of the Motion, the Amended Final Judgment, and the parties' agreement, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The Motion is **GRANTED.**

    2.    The Order Granting in Part Toyota Defendants' Motion for Award of Taxable Costs Under 28 U.S.C. § 1920 (ECF No. 595) is **VACATED.**

3.   This entire action is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees pursuant to the parties' agreement. The Court finds that no further notice or action is required under Federal Rule of Civil Procedure 23.

**DONE AND ORDERED** in Chambers, at Miami, FL, this 22nd day of August, 2023.

_____
HONORABLE FEDERICO A. MORENO
United States District Court Judge

Copies to:  All Counsel of Record

2